**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | | California Hispanic Commission on Drug and Alcohol Abuse |
| 2. | All other names debtor used in the last 8 years | | aka CHCADA |
| | Include any assumed names, trade names and *doing business as* names | | |

**3. Debtor's federal Employer Identification Number (EIN)**    9  4 – 2  3  0  1  5  5  1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9942 W. 13th St. | 1419 21st St. |
| Number    Street | Number    Street |
| | P.O. Box |
| Garden Grove          CA      92844 | Sacramento          CA      95811 |
| City                        State    ZIP Code | City                        State    ZIP Code |
| Orange | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | 9842 W. 13th St. St   CA      92844 |
| | City                        State    ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

**7.** **Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/*

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
          District _____ When _____ Case number _____
                                      MM / DD / YYYY
          District _____ When _____ Case number _____
                                      MM / DD / YYYY

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. |

List all cases.  If more than 1, attach a separate list.

Debtor _____   Relationship _____

District _____   When _____
                                                MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                                MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number      Street

_____

_____
City                          State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

███ **Statistical and adminstrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | | | | |
|---|---|---|---|---|---|
| | | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |

| 15. | Estimated assets | | | | |
|---|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

| 16. | Estimated liabilities | | | | |
|---|---|---|---|---|---|
| | | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Part X:  Request for Relief, Declaration, and Signatures

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/29/2016**
　　　　　　MM / DD / YYYY

X  **/s/ James Hernandez**                    **James Hernandez**
　　Signature of authorized representative of debtor    Printed name

Title  **Director**

| 18. | Signature of attorney | X  /s/ Michael R. Totaro                  Date  **01/29/2016** |
|---|---|---|

　　Signature of Attorney for Debtor                 MM / DD / YYYY

**Michael R. Totaro**
Printed name

**Totaro & Shanahan**
Firm Name

**P.O. Box 789**
Number        Street

**Pacific Palisades**                    **CA**      **90272**
City                         State    ZIP Code

Contact phone **(310) 573-0276**     Email address **Ocbkatty@aol.com**

**102229**
Bar number                          State

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar Number & Email Address | |
|---|---|
| Michael R. Totaro<br>Pacific Palisades, CA 90272<br><br>(310) 573-0276 Fax(319) 496-1260<br>102229 | CASE NO.:<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br>*(if applicable)* |
| *Attorney for:* | |
| In re:  California Hispanic Commission on Drug a<br><br><br>Debtor(s) | **ELECTRONIC FILING DECLARATION<br>(NON-INDIVIDUAL)<br>[LBR 1002-1(f)]** |

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____

☐ Other *(specify)*: _____        Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: 1-29-16

_____
Signature (handwritten)of authorized signatory of Filing Party

_____
Printed Name of authorized signatory of Filing Party

_____
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: January 29, 2016

_____
Signature (handwritten) of attorney for Filing Party
Michael R. Totaro
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(310) 573-0276<br>(319) 496-1260<br>102229<br>Ocbkatty@aol.com<br>☐ *Attorney for :*   California Hispanic Commission on Drug a | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>California Hispanic Commission on Drug a<br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| <br><br><br>Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO FRBP 1007(a) (1)<br>and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No Hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Michael R. Totaro                                , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☒ I am the attorney for the Debtor corporation

2. a.        ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

None

[For additional names, attach an addendum to this form.]

b.        ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Date:   January 29, 2016

By: /s/  Michael R. Totaro
Signature of Debtor, or attorney for Debtor

Name:  Michael R. Totaro
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

## United States Bankruptcy Court

## Central District of California

In Re:                                              Case No:_____
                                                    Chapter:

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

        I, James  Hernandez, declare under penalty of perjury that I am the President of California Hispanic Commission on Drug and Alcohol Abuse, a California Non-Profit Corporation and that on January 29, 2016,_ the following resolution was duly adopted by the Board of this Corporation:

        "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

        Be it Therefore Resolved, that James Hernandez, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

        Be it Further Resolved, that James Hernandez, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

        Be it Further Resolved that James Hernandez, President of this Corporation, is autorized and directed to employ Michael R. Totaro and the law firm of Totaro & Shanahan to represent the Corporation in such bankruptcy case."

Executed on: January 29, 2016        Signed:  /s/ James Hernandez
                                              _____
                                              **James Hernandez, Director**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **California Hispanic Commission on Drug and Alcohol Abu** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Long Term Care Properties, Inc. 7 Corporate Plaza Newport Beach, CA 92660 | | Guarntee | Disputed | | | $1,400,000.00 |
| 2  Genesis Title Holding Co. 1419 21st St. Sacramento, CA 95811 | | Operating Expenses | Disputed | | | $358,119.81 |
| 3  Blue Sheild of California Attn. Nora Galicia 4203 Town Center Dr. El Dorado Hills, Ca 95762 | | Insurance Medical | Disputed | | | $102,984.03 |
| 4  American Express P.O. Box 981537 El Paso, TX 79998 | | Credit Card | Disputed | | | $80,300.88 |
| 5  Non-Profit United Worker's Comp. 610 Fulton Ave.#200 Sacramento, CA 95825 | | Worker's Comp | Disputed | | | $60,846.00 |
| 6  James Hernandez 1419 21St Sacramento, CA 95811 | | Loan | | | | $36,000.00 |

Debtor    Case 8:16-bk-10424-SC   Doc 1   Filed 02/02/16   Entered 02/02/16 21:32:52    Desc
     Name
                    Main Document     Page 10 of 99

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   Lewitt, Hackman, Shapiro et al<br>16633 Ventura Blvd. # 1100<br>Encino, CA 91436 | | Professional Fees | Disputed | | | $34,324.59 |
| 8   Prosight Specialty Ins.<br>P.O. Box 969<br>Westbrook, CT 06498 | | Worker's Comp | Disputed | | | $22,494.00 |
| 9   Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154 | | Contract/Lease | Disputed | $70,499.62 | $51,025.00 | $19,474.62 |
| 10   Home Depot Credit Services<br>P.O. Box 183175<br>Dept. 32-2149092011<br>Columbus,OH 43218 | | Supplies | Disputed | | | $15,456.63 |
| 11   Clinivate<br>115 California Blvd. #156<br>Pasadena,CA 91105 | | Software Maintenance | Disputed | | | $13,750.00 |
| 12   Premier Access Ins. Co.<br>P.O. Box 39000<br>Dept. 34114<br>San Francisco, CA 94139 | | Insurance | Disputed | | | $13,468.50 |
| 13   Alliance Member Services<br>P.O. Box 49050<br>San Jose, CA 95161 | | Services | Disputed | | | $11,788.53 |
| 14   Emilo Huerta<br>Law Offices of Emilo J. Huerta<br>P.O. Box 2244<br>Bakersfield, CA 93303 | | Professional Fees | Disputed | | | $9,832.50 |

Debtor    Case 8:16-bk-1424-SC   Doc 1   Filed 02/02/16   Entered 02/02/16 21:32:52    Desc
Name
Main Document     Page 11 of 99

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 Abila Dept. 3303 P.O. Box 12303 Dallas, TX 75312 | | Accounting Software | Disputed | | | $9,280.00 |
| 16 JD Telecom 31372 Mesa View Dr. Victorville, CA 92392 | | Communications | Disputed | | | $7,929.92 |
| 17 Coverall North America Inc. 2955 Momentum Pl. Chicago, IL 60689 | | Janitorial Service | Disputed | | | $7,078.00 |
| 18 2010 Office Furniture 2227 N. Merce Ave. South El Monte, CA 91733 | | Furniture | Disputed | | | $6,705.13 |
| 19 Toshiba Financial Services P.O. Box 31001 Pasadena, CA 95110 | | Lease | Disputed | $5,975.25 | $0.00 | $5,975.25 |
| 20 AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197 | | Wireless Phone | Disputed | | | $5,970.17 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:                                          CHAPTER   **11**
**California Hispanic Commission on Drug and Alcohol Abuse**


**DEBTOR(S)**                                   CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Director** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **1/29/2016** _____      Signature: /s/ James Hernandez _____

                                        ***James Hernandez***
                                        **Director**

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.    A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

       None

2.    (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

       None

3.    (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows.  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

       None

4.    (If petitioner is an individual)  A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

       None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Garden Grove_____ , California          _/s/ James Hernandez_____
                                                                Debtor

Dated       _January 29, 2016_____          _____
                                                                Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor Name    **California Hispanic Commission on Drug and Alcohol Abuse**

United States Bankruptcy Court for the:    **CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.......................................................................................  **$2,065,000.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B..................................................................................  **$3,740,503.00**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.....................................................................................  **$5,805,503.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................  **$1,339,945.39**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F......................................................  **$2,976.36**

    3b.  **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................  **+  $2,269,464.08**

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................  **$3,612,385.83**

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **California Hispanic Commission on Drug and Alcohol Abu** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

## Part 1:      Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo Checking** | **Checking account** | __ __ __ __ | **$200,000.00** |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

**$200,000.00**

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Current value of
debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

11.  **Accounts receivable**

| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............. ➤ | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $3,298,103.00 | – | $0.00 | = ............. ➤ | $3,298,103.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$3,298,103.00

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method           Current value of
used for current value     debtor's interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |
| See attached List. | 02/02/2016 | | | $182,000.00 |

**23.** Total of Part 5
Add lines 19 through 22. Copy the total to line 84.

$182,000.00

**24.** Is any of the property listed in Part 5 perishable?
- ☑ No
- ☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
- ☑ No
- ☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
- ☑ No
- ☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.** Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
- ☑ No.  Go to Part 7.
- ☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** Crops--either planted or harvested | | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | | |

**33.** Total of Part 6.
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.** Is the debtor a member of an agricultural cooperative?
- ☑ No
- ☐ Yes.  Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
- ☑ No
- ☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
- ☑ No
- ☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
- ☑ No
- ☐ Yes

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2013 Ford Van E350** | | **Nada Guides** | **$21,375.00** |
| 47.2. **Ford Van 2014 E350** | | **NADA Guides** | **$21,175.00** |
| 47.3. **Ford Van 2013 E350** | | **NADA Guides** | **$21,375.00** |
| 47.4. **Ford Van 2014 E350** | | **NADA Guides** | **$21,175.00** |
| 47.5. **Ford Van 2014 E350** | | **NADA Guides** | **$21,175.00** |
| 47.6. **Ford Van 2013 E350** | | **NADA Guides** | **$21,375.00** |
| 47.7. **Ford Van 2014 E350** | | **NADA Guides** | **$21,175.00** |
| 47.8. **Ford Van 2013 E350** | | **NADA Guides** | **$21,375.00** |
| 47.9. **Ford Van 2014 E350** | | **NADA Guides** | **$21,175.00** |
| 47.10. **Lincoln Navigator 2015** | | **NADA Guides** | **$51,025.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

---

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$242,400.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial Property**<br>**1322 D. Street Sacramento, Ca. 95840** | Fee Simple | $400,000.00 | Realtor | $400,000.00 |
| 55.2.  **Commercial Property**<br>**1419 21st St. Sacramento, Ca 95811** | Fee Simple | $1,340,000.00 | Realtor | $1,340,000.00 |
| 55.3.  **9217 Caldera Way**<br>**Sacramento, CA 95826**<br>**Commercial Property**<br>**9217 Caldera Way Sacramento CA 95826** | Fee Simple | | | $325,000.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$2,065,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.  **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.  **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $200,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,298,103.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $182,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $242,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................➔ | | $2,065,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $3,922,503.00 + 91b. | $2,065,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................... | | $5,987,503.00 |

| Homes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | LATINOS | LATINAS | PALOMA | AGUILA | MUJERES | SERENIDAD | Casa Elena | Unidos | iWisteria House | Gilbert House | CASC/FSP | SGVC | La Familia | CASC CR | MASA | LFC | BEV CASC | Admin Office | Caldera | D Street |
| | 2436 Wabash Av | 927 N. St. Louis | 28 N. Avenue 5 | 524 N. Ave 54 | 30 N. Avenue 51 | Via San Dela | 832 S. Anaheim Blvd, Anaheim, CA 92801 | 2 W. 13th St. St Garden Grove, CA 92843 | 5424 W. Wisteria Pl. Santa Ana, CA 92801 | 1242 N. Gilbert St. Anaheim, CA 92801 | 9033 Washington Blvd Pico Rivera, CA 90660 | 11046 Valley Mall El Monte, CA 91731 | 1905 N. College Ave Santa Ana CA 92706 | 10012 Norwalk Blvd. Santa Fe Springs, CA | 2309 Daily St. Los Angeles, CA90031 | 1516 W. Beverly Blv Montebello, CA90640 | 5813 & 5833 W. Beverly Blvd Los Angeles, CA90022 | 1419 21st St Sacramento , CA 95811 | 9217 Caldera Sacramento, CA 95826 | 1322 Dt St Sacramento , CA 95840 |
| | Los Angeles, CA90033 | Los Angeles, CA90033 | Los Angeles, CA 90042 | Los Angeles, CA90042 | Los Angeles, CA90042 | Los Angeles, CA90022 | | | | | | | | | | | | | | |
| beds | 6 | 6 | 6 | 12 | 6 | 3 | 6 | 162 | 12 | 6 | | | | | | | | | | |
| computers | 1 | 1 | 2 | 2 | 1 | | | 5 | | | | | | | | | | | | |
| printers | 1 | 1 | 1 | | | | 1 | 3 | | | | | | | | | | | | |
| fax mahines | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | |
| projectors | | | | | | | | 1 | | | | | | | | | | | | |
| television sets | 1 | 1 | 1 | 1 | 1 | 1 | | 5 | 1 | 1 | | | | | | | | | | |
| refrigerators | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | | | | | | | | | | |
| freezer | | | | | | | | 1 | | | | | | | | | | | | |
| microwave ovens | 1 | 1 | | 1 | 1 | | | 1 | | | | | | | | | | | | |
| stove | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | 1 | | | | | | | | | | |
| commercial gas range | | | | | | | | 1 | | | | | | | | | | | | |
| gas grill | | | | | | | | 1 | | | | | | | | | | | | |
| washer | 1 | 1 | 1 | 1 | 1 | | 1 | 2 | 1 | 1 | | | | | | | | | | |
| dryer | 1 | 1 | 1 | 1 | 1 | | | 2 | 1 | 1 | | | | | | | | | | |
| airconditioning unit | | | 3 | | | | 1 | | | | | | | | | | | | | |
| dining table | 1 | 1 | | 1 | 1 | 1 | 4 | 5 | 1 | | | | | | | | | | | |
| patio dining set | | | | | | | | 2 | | | | | | | | | | | | |
| desk | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 4 | 1 | | | | | | | | | | | |
| chairs | 4 | 4 | 4 | 4 | 3 | 2 | 2 | 11 | 2 | 2 | | | | | | | | | | |
| sofas | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | | | | | | | | | | |
| shelf | | | | | | | | 1 | | | | | | | | | | | | |
| steel drawers | | 2 | | | | | | 2 | | | | | | | | | | | | |
| chest drawers | 2 | 3 | | | | | | 65 | | | | | | | | | | | | |
| carpet cleaner | | | | | | | | 1 | | | | | | | | | | | | |
| property insured value | 5,000.00 | 6,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 3,000.00 | 5,000.00 | 75,000.00 | 5,000.00 | 5,000.00 | 10,000.00 | 5,000.00 | 8,000.00 | 4,000.00 | 10,815.00 | 15,000.00 | 3,000.00 | 10000 | 3000 | 4000 |

**Fill in this information to identify the case:**

Debtor name      **California Hispanic Commission on Drug and Alcohol Abu**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|-----------------------------------------|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

| **2.1** | **Creditor's name**<br>**Ace Commercial Laundry** | **Describe debtor's property that is subject to a lien**<br>**Washer and Dryer Lease** | **$314.00** | **$0.00** |

**Creditor's mailing address**
**14404 Hoover St.**

**Describe the lien**
**Lease / Agreement**

**Westminster      CA    92683**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred      2015**

**Last 4 digits of account number      ___ ___ ___ ___**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $1,339,945.39

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.2**    Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**P.O. Box 542000**

_____

**Omaha    NE    68154**

Creditor's email address, if known

_____

Date debt was incurred    **2013**

Last 4 digits of account
number    **4   6   8   2**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2013 FordE350 (MASA)**

Describe debtor's property that is subject to a lien    **$21,278.69**    **$21,375.00**

**2013 Ford E350 (MASA)**

Describe the lien
**Contract/Lease / Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.3**    Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**P.O. Box 542000**

_____

**Omaha    NE    68154**

Creditor's email address, if known

_____

Date debt was incurred    **2014**

Last 4 digits of account
number    **4   7   7   4**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2014 E350 (CASC CR)**

Describe debtor's property that is subject to a lien    **$21,278.69**    **$21,175.00**

**2014 E350 (CASC CR)**

Describe the lien
**Contract/Lease / Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| **Part 1:** Additional Page | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A  Amount of claim  Do not deduct the value of collateral. | Column B  Value of collateral that supports this claim |
|---|---|---|

**2.4**

**Creditor's name**
**Ford Motor Credit**

**Creditor's mailing address**
**P.O. Box 542000**

**Omaha          NE    68154**

**Creditor's email address, if known**

**Date debt was incurred    2013**

**Last 4 digits of account number    4  3  8  6**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　☐ Yes.  The relative priority of creditors is specified on lines _____

**2013 Ford E350 (CASC)**

**Describe debtor's property that is subject to a lien**
**2013 Ford E350 (CASC)**        $22,190.59        $21,375.00

**Describe the lien**
**Contract/Lease / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.5**

**Creditor's name**
**Ford Motor Credit**

**Creditor's mailing address**
**P.O. Box 542000**

**Omaha          NE    68154**

**Creditor's email address, if known**

**Date debt was incurred    2014**

**Last 4 digits of account number    7  6  6  6**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　☐ Yes.  The relative priority of creditors is specified on lines _____

**2014 Ford E350 (BEVERLY)**

**Describe debtor's property that is subject to a lien**
**2014 Ford E350 (BEVERLY)**        $22,194.25        $21,175.00

**Describe the lien**
**Contract/Lease / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.6**   **Creditor's name**
Ford Motor Credit

**Creditor's mailing address**
P.O. Box 542000

Omaha       NE    68154

**Creditor's email address, if known**

**Date debt was incurred**   2014

**Last 4 digits of account number**   6   1   9   9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

2014 E350 (LATINOS)

**Describe debtor's property that is subject to a lien**

2014 E350 (LATINOS)

**Describe the lien**

Contract/Lease / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$24,233.70      $21,175.00

---

**2.7**   **Creditor's name**
Ford Motor Credit

**Creditor's mailing address**
P.O. Box 542000

Omaha       NE    68154

**Creditor's email address, if known**

**Date debt was incurred**   2013

**Last 4 digits of account number**   6   3   2   9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

2013 Ford E350 (LATINAS)

**Describe debtor's property that is subject to a lien**

2013 Ford E350 (LATINAS)

**Describe the lien**

Contract/Lease / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$22,729.64      $21,375.00

Case 8:16-bk-10424-SC   Doc 1   Filed 02/02/16   Entered 02/02/16 21:32:52   Desc
Main Document   Page 27 of 99

**Part 1:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.8**

**Creditor's name**
Ford Motor Credit

**Creditor's mailing address**
P.O. Box 542000

Omaha                    NE    68154

**Creditor's email address, if known**

**Date debt was incurred**    2014

**Last 4 digits of account number**    6  3  7  7

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

2014 Ford E350 (UNIDOS)

**Describe debtor's property that is subject to a lien**
2014 Ford E350 (UNIDOS)      $24,234.59      $21,175.00

**Describe the lien**
Contract/Lease / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.9**

**Creditor's name**
Ford Motor Credit

**Creditor's mailing address**
P.O. Box 542000

Omaha                    NE    68154

**Creditor's email address, if known**

**Date debt was incurred**    2013

**Last 4 digits of account number**    6  4  4  7

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

2013 Ford E350 (PALOMA)

**Describe debtor's property that is subject to a lien**
2013 Ford E350 (PALOMA)      $22,729.64      $21,375.00

**Describe the lien**
Contract/Lease / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| **Part 1:**    Additional Page | |

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.10**

Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**P.O. Box 542000**

_____

**Omaha                NE    68154**

Creditor's email address, if known

_____

Date debt was incurred      **2014**

Last 4 digits of account
number              **6   5   6   3**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2014 Ford E350 (CASC)**

Describe debtor's property that is subject to a lien
**2014 Ford E350 (CASC)**

Describe the lien
**Contract/Lease / Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$24,233.70**   Value of collateral: **$21,175.00**

---

**2.11**

Creditor's name
**Ford Motor Credit**

Creditor's mailing address
**P.O. Box 542000**

_____

**Omaha                NE    68154**

Creditor's email address, if known

_____

Date debt was incurred      **2015**

Last 4 digits of account
number              **3   4   3   0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2015 Lincoln Navigator**

Describe debtor's property that is subject to a lien
**2015 Lincoln Navigator**

Describe the lien
**Contract/Lease / Agreement**

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$70,499.62**   Value of collateral: **$51,025.00**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.12**

| | | |
|---|---|---|
| **Creditor's name**<br>Los Angeles County Tax Collector | **Describe debtor's property that is subject to a lien** | **$5,062.57**    **$0.00** |

**Creditor's mailing address**
Revenue & Enforcement

P.O. Box 51391

**Describe debtor's property that is subject to a lien**

**Real Property**

**Describe the lien**

**Taxes / Statutory Lien**

Los Angeles    CA    90051

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☒ No
☐ Yes

**Date debt was incurred**    2015

**Last 4 digits of account number**    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.13**

**Creditor's name**
Toshiba Financial Services

**Creditor's mailing address**
P.O. Box 31001

Pasadena    CA    95110

**Creditor's email address, if known**

**Date debt was incurred**    2015

**Last 4 digits of account number**    _p_ _i_ _e_ _r_

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Copier**

**Describe the lien**

**Lease / Agreement**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

$5,975.25    $0.00

| | Column A | Column B |
|---|---|---|
| **Part 1:    Additional Page** | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.14** Creditor's name
**Wells Fargo Bank, NA**

Describe debtor's property that is subject to a lien

**Commercial Property**

| | $217,520.04 | $400,000.00 |
|---|---|---|

Creditor's mailing address
**P.O. Box 14517**

Describe the lien
**Purchase Money / Agreement**

**Des Moines          IA     50306**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2005**

Last 4 digits of account
number          **1    2    4    0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the
            relative priority?

☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
          specified on lines _____

**2.15** Creditor's name
**Wells Fargo Bank, NA**

Describe debtor's property that is subject to a lien

**Commercial Property**

| | $744,262.01 | $1,340,000.00 |
|---|---|---|

Creditor's mailing address
**P.O. Box 14517**

Describe the lien
**Purchase Money / Agreement**

**Des Moines          IA     50306**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2010**

Last 4 digits of account
number          **1    2    7    3**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the
            relative priority?

☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
          specified on lines _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.16**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| **Wells Fargo Bank, NA** | |

| | | |
|---|---|---|
| | | $91,208.41    $325,000.00 |

Creditor's mailing address

**P.O. Box 14517**

**Commercial Property**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?

**Des Moines        IA      50306**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2004**

Last 4 digits of account
number                **1   2   1   6**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **California Hispanic Commission on Drug and Alcohol Abu** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$19,800.00** | **$19,800.00** |

**CHCADA Dental Benefits**

**1419 21st St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sacramento          CA      95811**

Date or dates debt was incurred

**2015**

Basis for the claim:

**Accrued Dental Benefit**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **C   A   D   A**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **5** )

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$136,094.00** | **$136,094.00** |
|---|---|---|---|---|

**CHCADA Health Benefits**

**1419 21st St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sacramento          CA      95811**

Date or dates debt was incurred

**2015**

Basis for the claim:

**Employee Benefit**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **C   A   D   A**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **5** )

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.3**   Priority creditor's name and mailing address

**CHCADA Retirement**

**1419 21st St.**

_____

_____

**Sacramento          CA       95811**

**Date or dates debt was incurred**

**2013-2015**

**Last 4 digits of account
number      C    A    D    A**

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(     **5**     )

**As of the petition filing date, the
claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Accrued Retirement**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$1,174,342.00**    Priority amount: **$1,174,342.00**

**2.4**   Priority creditor's name and mailing address

**Orange County Treasure-Tax Collector**

**625 N. Ross St. Bldg. 11 Rm G58**

_____

_____

**Santa Ana          CA       92702**

**Date or dates debt was incurred**

**2015**

**Last 4 digits of account
number      ___  ___  ___  ___**

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(     **8**     )

**As of the petition filing date, the
claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Property Tax**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$2,976.36**    Priority amount: **$2,976.36**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,705.13** |
| --- | --- | --- | --- |

**2010 Office Furniture**

**2227 N. Merce Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **South El Monte** | **CA** | **91733** |
| --- | --- | --- |

**Basis for the claim:**
**Furniture**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **2   6   1   5**

---

| 3.2 | **Nonpriority creditor's name and mailing address** | | **$9,280.00** |
| --- | --- | --- | --- |

**Abila**

**Dept. 3303**

**P.O. Box 12303**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Dallas** | **TX** | **75312** |
| --- | --- | --- |

**Basis for the claim:**
**Accounting Software**

Date or dates debt was incurred    **2014**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **2   3   6   4**

---

| 3.3 | **Nonpriority creditor's name and mailing address** | | **$11,788.53** |
| --- | --- | --- | --- |

**Alliance Member Services**

**P.O. Box 49050**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **San Jose** | **CA** | **95161** |
| --- | --- | --- |

**Basis for the claim:**
**Services**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **3   0   2   6**

---

| 3.4 | **Nonpriority creditor's name and mailing address** | | **$2,329.46** |
| --- | --- | --- | --- |

**Aramark Uniform Services**

**P.O. Box 101179**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Pasadena** | **CA** | **91189** |
| --- | --- | --- |

**Basis for the claim:**
**Service**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **2   3   0   6**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $123.92 |
| --- | --- | --- | --- | --- |

*Check all that apply.*

**Arkadin, Inc.**

**Box 32726**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60693** | **Phone Conferences** |
| --- | --- | --- | --- |

**Date or dates debt was incurred**    2015    **Is the claim subject to offset?**

**Last 4 digits of account number**    1 8 5 9    ☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $5,970.17 |
| --- | --- | --- | --- | --- |

*Check all that apply.*

**AT&T Mobility**

**P.O. Box 6463**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Carol Stream** | **IL** | **60197** | **Wireless Phone** |
| --- | --- | --- | --- |

**Date or dates debt was incurred**    2015    **Is the claim subject to offset?**

**Last 4 digits of account number**    3 1 2 9    ☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $219.95 |
| --- | --- | --- | --- | --- |

*Check all that apply.*

**AT&T U-Verse**

**P.O. Box 5014**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Carol Stream** | **IL** | **60197** | **Utility** |
| --- | --- | --- | --- |

**Date or dates debt was incurred**    2015    **Is the claim subject to offset?**

**Last 4 digits of account number**    3 1 4 3    ☑ No
☐ Yes

**2309 Daly St. LA, CA**
**1104 Valley Mall, El MOnt, CA**

---

| 3.8 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $856.66 |
| --- | --- | --- | --- | --- |

*Check all that apply.*

**AT&T Wireless**

**P.O. Box 5019**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Carol Stream** | **IL** | **60197** | **Utility** |
| --- | --- | --- | --- |

**Date or dates debt was incurred**    2015    **Is the claim subject to offset?**

**Last 4 digits of account number**    2 0 9 8    ☑ No
☐ Yes

**5424 W. Wisteria Pl, Santa Ana, CA**
**1905 N. College St. Santa Ana CA**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,369.49 |
| --- | --- | --- | --- |

AT&T Wireless

P.O. Box 5019

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Utility

| Carol Stream | IL | 60197 |
| --- | --- | --- |

Date or dates debt was incurred      2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      5  5  5  9

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
| --- | --- | --- | --- |

Benicomp, Inc.

8310 Clinton Park Cr.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Directors Insurance

| Fort Wayne | IN | 46825 |
| --- | --- | --- |

Date or dates debt was incurred      2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      8  7  5  9

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,984.03 |
| --- | --- | --- | --- |

Blue Sheild of California

Attn. Nora Galicia

4203 Town Center Dr.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Insurance Medical

| El Dorado Hills | CA | 95762 |
| --- | --- | --- |

Date or dates debt was incurred      2015-2016

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      1  0  0  0

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.11 |
| --- | --- | --- | --- |

Bode & Bode Lock and Safe

1215 21st St.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Service

| Sacramento | CA | 95811 |
| --- | --- | --- |

Date or dates debt was incurred      2015

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      C  A  D  A

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.97 |

*Check all that apply.*

**Cal Water Service**

**P.O. Box 940001**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**San Jose**    **CA**   **95194**    **Service**

Date or dates debt was incurred   **2015**    **Is the claim subject to offset?**

Last 4 digits of account number   **C   A   D   A**    ☑ No   ☐ Yes

**5331 Via San Delarro, LA, CA**
**3316 W. Beverly Blvd. Montebello, CA**
**3322 W. Beverly Blvd. Montebello, CA**
**5831 E. Beverly Blvd. LA, CA**
**3320 W. Beverly Blvd. Montebello, CA**
**3324 W. Beverly Blvd. Monbebello, CA**

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.55 |

*Check all that apply.*

**Citizens Utility**

**American Water Co.**

**P.O. Box 7150**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Pasadena**    **CA**   **91109**    **Water**

Date or dates debt was incurred   **2015**    **Is the claim subject to offset?**

Last 4 digits of account number   **6   4   3   8**    ☑ No   ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.57 |

*Check all that apply.*

**City of Anaheim**

**Business License Division**

**P.O. Box 61042**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Anaheim**    **CA**   **92803**    **License**

Date or dates debt was incurred   **2015**    **Is the claim subject to offset?**

Last 4 digits of account number   **4   0   0   6**    ☑ No   ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.66 |

*Check all that apply.*

**City of LA-LAHD**

**Building and Collection Unit**

**P.O. Box 30970**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Los Angeles**    **CA**   **90030**    **License**

Date or dates debt was incurred   **2015**    **Is the claim subject to offset?**

Last 4 digits of account number   **5   8   2   0**    ☑ No   ☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$434.80

**City of Sacramento**

☐ Contingent
☐ Unliquidated
☑ Disputed

**P.O. Box 2770**

Basis for the claim:
**License**

**Sacramento**     **CA**    **95812**

Date or dates debt was incurred   **2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **8**   **6**   **5**   **8**

**1419 21st St. Sacramento, CA**
**1322 D. St. Sacramento, CA**

**3.18**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$32.00

**City of Sacramento**

☐ Contingent
☐ Unliquidated
☑ Disputed

**915 I St. Rm 1214**

Basis for the claim:
**License**

**Sacramento**     **CA**    **95814**

Date or dates debt was incurred   **2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **C**   **A**   **D**   **A**

**3.19**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$13,750.00

**Clinivate**

☐ Contingent
☐ Unliquidated
☑ Disputed

**115 California Blvd. #156**

Basis for the claim:
**Software Maintenance**

**Pasadena**     **CA**    **91105**

Date or dates debt was incurred   **2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **C**   **A**   **D**   **A**

**3.20**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$2,233.46

**Colonial Life**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Premium Processing**

**P.O. Box 903**

Basis for the claim:
**Insurance**

**Montebello**     **CA**    **90640**

Date or dates debt was incurred   **2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **3**   **9**   **1**   **6**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21** Nonpriority creditor's name and mailing address

**County of Sacramento Tax Collector**

**Unsecured Tax Dept.**

**P.O. Box 508**

**Sacramento**    **CA**    **95812**

Date or dates debt was incurred    **2015**

Last 4 digits of account number   __ __ __ __

1419 21st Sacramento, CA
9217 Caldera Way, Sacramento, CA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Unsecured Property Tax**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,945.37**

---

**3.22** Nonpriority creditor's name and mailing address

**Coverall North America Inc.**

**2955 Momentum Pl.**

**Chicago**    **IL**    **60689**

Date or dates debt was incurred    **2015**

Last 4 digits of account number   **C A D A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Janitorial Service**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$7,078.00**

---

**3.23** Nonpriority creditor's name and mailing address

**Department of Justice**

**P.O. Box 944255**

**Sacramento**    **CA**    **94244**

Date or dates debt was incurred    **2015**

Last 4 digits of account number   **C A D A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Live Scan**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$217.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Dept. of Motor Vehicles**

**P.O. Box 942894**

**Sacramento**    **CA**    **94294**

Date or dates debt was incurred    **2015**

Last 4 digits of account number   **C A D a**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
**Registration**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,160.00**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.25**  Nonpriority creditor's name and mailing address

**DSA Technologies, Inc.**

**2372 Maritime Dr.**

**Elk Grove Village**      **CA      95758**

Date or dates debt was incurred      **2015**

Last 4 digits of account number      **8    9    0    0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Internet Upgrade**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,295.92**

---

**3.26**  Nonpriority creditor's name and mailing address

**Emilo Huerta**

**Law Offices of Emilo J. Huerta**

**P.O. Box 2244**

**Bakersfield**      **CA      93303**

Date or dates debt was incurred      **2015**

Last 4 digits of account number      **C    A    D    A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Professional Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,832.50**

---

**3.27**  Nonpriority creditor's name and mailing address

**Federal Express Corp**

**P.O. Box 7221**

**Pasadena**      **CA      91109**

Date or dates debt was incurred      **2015**

Last 4 digits of account number      **8    3    2    5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Delivery**

Is the claim subject to offset?
☑ No
☐ Yes

**$746.88**

---

**3.28**  Nonpriority creditor's name and mailing address

**Firetech Services**

**1012 W. Beverly Blvd. #321**

**Montebello**      **CA      90640**

Date or dates debt was incurred      **2015**

Last 4 digits of account number      **C    A    D    A**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Fire Extinguisher Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,736.44**

---

Case 2:16-bk-01424-SC    Doc 1    Filed 02/02/16    Entered 02/02/16 21:32:52    Desc

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29**  Nonpriority creditor's name and mailing address

Genesis Title Holding Co.

1419 21st St.

Sacramento          CA    95811

Date or dates debt was incurred    2015

Last 4 digits of account number    E  S  I  S

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Operating Expenses

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$358,119.81

---

**3.30**  Nonpriority creditor's name and mailing address

Graves Services, Inc.

9630 John St. #101

Santa Fe Springs          CA    90670

Date or dates debt was incurred    2015

Last 4 digits of account number    0  1  0  5

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$283.86

---

**3.31**  Nonpriority creditor's name and mailing address

Hi-Tech Services

115 California St. #250

Pasadena          CA    91105

Date or dates debt was incurred    2015

Last 4 digits of account number    C  A  D  A

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Consultant for Prevention

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,975.00

---

**3.32**  Nonpriority creditor's name and mailing address

Home Depot Credit Services

P.O. Box 183175

Dept. 32-2149092011

Columbus          OH    43218

Date or dates debt was incurred    2015

Last 4 digits of account number    7  6  0  6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,456.63

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.33**  Nonpriority creditor's name and mailing address

IN Health

An In Health Bibbeo Systems

5076 Winters Chapel Rd. #200

| | | |
|---|---|---|
| Atlanta | GA | 30360 |

Date or dates debt was incurred        2015

Last 4 digits of account number       4   7   8   4

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
Supplies

Is the claim subject to offset?
- [x] No
- [ ] Yes

$659.34

---

**3.34**  Nonpriority creditor's name and mailing address

Industrial Door Group, Inc.

1070 N. Armador St.

| | | |
|---|---|---|
| Anaheim | CA | 92806 |

Date or dates debt was incurred        2015

Last 4 digits of account number       C   A   D   A

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
Services

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,185.00

---

**3.35**  Nonpriority creditor's name and mailing address

Integrated Office Technology

12150 Mora Dr. #2

| | | |
|---|---|---|
| Santa Fe Springs | CA | 90670 |

Date or dates debt was incurred        2015

Last 4 digits of account number       4   4   4   3

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
Service

Is the claim subject to offset?
- [x] No
- [ ] Yes

$62.96

---

**3.36**  Nonpriority creditor's name and mailing address

James Hernandez

1419 21St

| | | |
|---|---|---|
| Sacramento | CA | 95811 |

Date or dates debt was incurred        2015

Last 4 digits of account number       C   A   D   A

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
- [x] No
- [ ] Yes

$36,000.00

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$7,929.92

**JD Telecom**

**31372 Mesa View Dr.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Communications**

| Victorville | CA | 92392 |
|---|---|---|

Date or dates debt was incurred     2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     C  A  D  A

---

**3.38**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$34,324.59

**Lewitt, Hackman, Shapiro et al**

**16633 Ventura Blvd. #1100**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Professional Fees**

| Encino | CA | 91436 |
|---|---|---|

Date or dates debt was incurred     2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     C  A  D  A

---

**3.39**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,400,000.00

**Long Term Care Properties, Inc.**

**7 Corporate Plaza**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Guarntee**

| Newport Beach | CA | 92660 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     e  s  i  s

---

**3.40**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,017.00

**Neshek's Auto**

**5034 E.Third St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Repair**

| Los Angeles | CA | 90022 |
|---|---|---|

Date or dates debt was incurred     2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     C  A  D  A

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41** Nonpriority creditor's name and mailing address

Non-Profit United Worker's Comp.

610 Fulton Ave.#200

Sacramento        CA    95825

Date or dates debt was incurred    2015

Last 4 digits of account number    2  0  1  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Worker's Comp

Is the claim subject to offset?
☑ No
☐ Yes

$60,846.00

**3.42** Nonpriority creditor's name and mailing address

OC Fire Protection

137 W. Bristol Ln

Orange        CA    92865

Date or dates debt was incurred    2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Service

Is the claim subject to offset?
☑ No
☐ Yes

$226.26

**3.43** Nonpriority creditor's name and mailing address

OC Health Care Agency

405 W. Fifth St. 6th Fl

Santa Ana        CA    92701

Date or dates debt was incurred    2015

Last 4 digits of account number    C  A  D  A

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Overpayment

Is the claim subject to offset?
☑ No
☐ Yes

$5,217.00

**3.44** Nonpriority creditor's name and mailing address

Office Pride Commercial

P.O. Box 577

Franklin        IN    46131

Date or dates debt was incurred    2015

Last 4 digits of account number    0  2  2  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Cleaning Services

Is the claim subject to offset?
☑ No
☐ Yes

$529.81

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**   **Nonpriority creditor's name and mailing address**

**On Trac**

**P.O. Box 841664**

**Los Angeles**     **CA**    **90084**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **9**   **8**   **2**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Delivery**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$146.13

---

**3.46**   **Nonpriority creditor's name and mailing address**

**Ontario Refrigeration**

**635 S. Mountain Ave.**

**Ontariom**     **CA**    **91762**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **0**   **7**   **8**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Service**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$448.00

---

**3.47**   **Nonpriority creditor's name and mailing address**

**Orion**

**18047 Oak St.**

**Omaha**     **NE**    **68130**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **3**   **0**   **4**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Software**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$4,320.00

---

**3.48**   **Nonpriority creditor's name and mailing address**

**Pacific Rim Printer and Mailer**

**5760 Hannum Ave.**

**Culver City**     **CA**    **95887**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **0**   **3**   **7**   **7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:**
**Printing**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$1,362.11

---

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**    **Nonpriority creditor's name and mailing address**

**Performance Systems. LC**

**1701 W. D St.**

_____

**Vinton**      **IA**      **52349**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **C**   **A**   **D**   **A**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Shipping**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$250.00**

---

**3.50**    **Nonpriority creditor's name and mailing address**

**Premier Access Ins. Co.**

**P.O. Box 39000**

**Dept. 34114**

_____

**San Francisco**      **CA**      **94139**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **1**   **9**   **0**   **8**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,468.50**

---

**3.51**    **Nonpriority creditor's name and mailing address**

**Prosight Specialty Ins.**

**P.O. Box 969**

_____

**Westbrook**      **CT**      **06498**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **0**   **2**   **8**   **5**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Worker's Comp**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$22,494.00**

---

**3.52**    **Nonpriority creditor's name and mailing address**

**Purchase Power**

**P.O. Box 371874**

_____

**Pittsburg**      **PA**      **15250**

**Date or dates debt was incurred**    **2015**

**Last 4 digits of account number**    **9**   **6**   **8**   **7**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Service**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$65.38**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.53** Nonpriority creditor's name and mailing address

R&S Architectural Products, Inc.

8711 Elder Creek Rd. #400

Sacramento    CA   95828

Date or dates debt was incurred   2015

Last 4 digits of account number   C   A   D   A

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Maintenance Gate at Admin

Is the claim subject to offset?
☑ No
☐ Yes

$424.00

**3.54** Nonpriority creditor's name and mailing address

Raven Termite and Pest Control

3227 Producer Way #101

Pomona    CA   91768

Date or dates debt was incurred   2015

Last 4 digits of account number   C   A   D   A

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

**3.55** Nonpriority creditor's name and mailing address

Rocker Brothers

405 N. Centinela

Inglewood    CA   90302

Date or dates debt was incurred   2015

Last 4 digits of account number   C   A   D   A

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Food

Is the claim subject to offset?
☑ No
☐ Yes

$1,167.39

**3.56** Nonpriority creditor's name and mailing address

Second Harvest Food Bank

8014 Marine Way

Irvine    CA   92618

Date or dates debt was incurred   2015

Last 4 digits of account number   2   4   2   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Food

Is the claim subject to offset?
☑ No
☐ Yes

$688.47

Case 8:16-bk-10424-SC   Doc 1   Filed 02/02/16   Entered 02/02/16 21:32:52   Desc

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $4,939.98 |

**Siemens Healtcare Diagnostic**

**P.O. Box 121102**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Dallas** | **TX** | **75312** |

**Basis for the claim:**
**Supplies**

**Date or dates debt was incurred**   2015

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8  2  5  2

---

| 3.58 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $1,289.77 |

**Sierra**

**9950 Horn Rd. #5**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Sacramento** | **CA** | **95827** |

**Basis for the claim:**
**Office Supplies**

**Date or dates debt was incurred**   2015

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6  5  7  7

---

| 3.59 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $113.47 |

**SMUD**

**P.O. Box 15555**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Sacramento** | **CA** | **95852** |

**Basis for the claim:**
**Services**

**Date or dates debt was incurred**   2015

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1  5  6  5

---

| 3.60 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $194.65 |

**So Cal Gas Co.**

**P.O. Box C**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

| **Monterey Park** | **CA** | **91756** |

**Basis for the claim:**
**Utility**

**Date or dates debt was incurred**   2015

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   C  A  D  A

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**    Nonpriority creditor's name and mailing address

SOLER

910 Florin Rd. #111

Sacramento    CA    95831

Date or dates debt was incurred    2015

Last 4 digits of account number    8 4 5 4

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Audit Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.00

---

**3.62**    Nonpriority creditor's name and mailing address

Southern California Edison

1551 W. San Bernardino Rd.

Covina    CA    91722

Date or dates debt was incurred    2015

Last 4 digits of account number    C A D A

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,477.65

---

**3.63**    Nonpriority creditor's name and mailing address

Stanley Pest Control El Monte

2555 Loma Ave.

South El Monte    CA    91733

Date or dates debt was incurred    2015

Last 4 digits of account number    C A D A

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$396.00

---

**3.64**    Nonpriority creditor's name and mailing address

Staples

Dept. 51-7815445415

P.O. Box 689020

Des Moines    IA    50368

Date or dates debt was incurred    2015

Last 4 digits of account number    3 7 8 2

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Office Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,002.38

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**SYVA**

**P.O. Box 121102**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$4,939.98

| **Dallas** | **TX** | **75312** |

**Basis for the claim:**

**Testing**

| **Date or dates debt was incurred** | **2015** |

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Last 4 digits of account number** | **8  9  5  2** |

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**The Bugman**

**525 N. Shepard St.**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$99.00

| **Anaheim** | **CA** | **92806** |

**Basis for the claim:**

**Pest Control Service**

| **Date or dates debt was incurred** | **2015** |

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Last 4 digits of account number** | **C  A  D  A** |

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**Time Warner Cable**

**P.O. Box 60074**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$476.33

| **City of Industry** | **CA** | **91771** |

**Basis for the claim:**

**Utility**

| **Date or dates debt was incurred** | **2015** |

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Last 4 digits of account number** | **C  A  D  A** |

---

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**Time Warner Cable Business**

**P.O. Box 223085**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

$303.57

| **Pittsburg** | **PA** | **15251** |

**Basis for the claim:**

**Utility**

| **Date or dates debt was incurred** | **2015** |

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Last 4 digits of account number** | **C  A  D  A** |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69  Nonpriority creditor's name and mailing address**

TNT Auto Repair

4739 Telegraph Rd.

Los Angeles          CA      90022

Date or dates debt was incurred      2015

Last 4 digits of account number     3  8  5  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
Vehicle Repair

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$240.00

**3.70  Nonpriority creditor's name and mailing address**

ULine Ship Supplies

P.O. Box 88741

Chicago          IL      60680

Date or dates debt was incurred      2015

Last 4 digits of account number     7  7  7  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$172.80

**3.71  Nonpriority creditor's name and mailing address**

US Healthworks

P.O. Box 50042

Los Angeles          CA      90074

Date or dates debt was incurred      2015

Last 4 digits of account number     3  8  5  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
Physical and Testing

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,764.00

**3.72  Nonpriority creditor's name and mailing address**

Vaultlogix

P.O. Box 842605

Boston          MA      02284

Date or dates debt was incurred      2015

Last 4 digits of account number     1  1  2  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**
Service

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,030.56

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

$205.33

*Check all that apply.*

**Verizon Wireless**

☐ Contingent

**P.O. Box 660108**

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75266** |
|---|---|---|

**Utility**

**Date or dates debt was incurred**    2015

**Is the claim subject to offset?**

**Last 4 digits of account number**    5    1    0    4

☑ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**  Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $1,333,212.36 |
| 5b. | **Total claims from Part 2** | 5b. + | $2,189,163.20 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $3,522,375.56 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>California Hispanic Commission on Drug and Alcohol Abu</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>CENTRAL DIST. OF CALIFORNIA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td>Chapter    <strong>11</strong></td></tr>
</table>

☐ Check if this is an
    amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   Does the debtor have any executory contracts or unexpired leases?

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Washer and Dryer Lease**<br>**Contract to be ASSUMED** | **Ace Commercial Laundry**<br>14404 Hoover St.<br><br>Westminster          CA      92683 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Security Systems**<br>**Contract to be ASSUMED** | **ADT Home Systems**<br>4128 N. Freeway Blvd.<br><br>Sacramento          CA      95834 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Alarm System**<br>**Contract to be ASSUMED** | **Bay Alarm**<br>P.O. Box 7137<br><br>San Francisco        CA      94120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **2013 Ford E350 (CASC)**<br>**Contract to be ASSUMED**<br>**Contract is in DEFAULT** | **Ford Motor Credit**<br>P.O. Box 542000<br><br>Omaha                NE      68154 |
| | State the term remaining | **24 payment(s)** | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest

2013 FordE350 (MASA)
Contract to be ASSUMED

Ford Motor Credit
P.O. Box 542000

Omaha    NE    68154

State the term remaining    24 payment(s)

List the contract number of any government contract

**2.6** State what the contract or lease is for and the nature of the debtor's interest

2014 E350 (CASC CR)
Contract to be ASSUMED

Ford Motor Credit
P.O. Box 542000

Omaha    NE    68154

State the term remaining    24 payment(s)

List the contract number of any government contract

**2.7** State what the contract or lease is for and the nature of the debtor's interest

2014 Ford E350 (BEVERLY)
Contract to be ASSUMED

Ford Motor Credit
P.O. Box 542000

Omaha    NE    68154

State the term remaining    24 payment(s)

List the contract number of any government contract

**2.8** State what the contract or lease is for and the nature of the debtor's interest

2014 E350 (LATINOS)
Contract to be ASSUMED

Ford Motor Credit
P.O. Box 542000

Omaha    NE    68154

State the term remaining    25 payment(s)

List the contract number of any government contract

**2.9** State what the contract or lease is for and the nature of the debtor's interest

2013 Ford E350 (LATINAS)
Contract to be ASSUMED

Ford Motor Credit
P.O. Box 542000

Omaha    NE    68154

State the term remaining    25 payment(s)

List the contract number of any government contract

**2.10** State what the contract or lease is for and the nature of the debtor's interest

2014 Ford E350 (UNIDOS)
Contract to be ASSUMED

Ford Motor Credit
P.O. Box 542000

Omaha    NE    68154

State the term remaining    25 payment(s)

List the contract number of any government contract

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.11** State what the contract or lease is for and the nature of the debtor's interest

**2013 Ford E350 (PALOMA)**
**Contract to be ASSUMED**

Ford Motor Credit
P.O. Box 542000

Omaha                     NE      68154

State the term remaining — **25 payment(s)**

List the contract number of any government contract

**2.12** State what the contract or lease is for and the nature of the debtor's interest

**2014 Ford E350 (CASC)**
**Contract to be ASSUMED**

Ford Motor Credit
P.O. Box 542000

Omaha                     NE      68154

State the term remaining — **25 payment(s)**

List the contract number of any government contract

**2.13** State what the contract or lease is for and the nature of the debtor's interest

**2015 Lincoln Navigator**
**Contract to be ASSUMED**

Ford Motor Credit
P.O. Box 542000

Omaha                     NE      68154

State the term remaining — **50 payment(s)**

List the contract number of any government contract

**2.14** State what the contract or lease is for and the nature of the debtor's interest

**327 N. St. Louis, Los Angeles, CA 90033**
**Contract to be ASSUMED**

Genesis Tilte Holding Corp.
1419 21st St.

Sacramento                CA      95611

State the term remaining — **60 payment(s)**

List the contract number of any government contract

**2.15** State what the contract or lease is for and the nature of the debtor's interest

**524 N. Ave 54, Los Angeles, CA 90042**
**Contract to be ASSUMED**

Genesis Title Holding Corp
1419 21st St.

Sacramento                CA      95811

State the term remaining — **60 payment(s)**

List the contract number of any government contract

**2.16** State what the contract or lease is for and the nature of the debtor's interest

**328 N. Ave 59, Los Angeles, CA 90042**
**Contract to be ASSUMED**

Genesis Title Holding Corp.
1419 21st St.

Sacramento                CA      95611

State the term remaining — **60 payment(s)**

List the contract number of any government contract

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.17**  State what the contract or lease is for and the nature of the debtor's interest

9033 Washington Blvd. Pico Rivera, CA 90660
**Contract to be ASSUMED**

Genesis Title Holding Corp.
1419 21st St.

Sacramento          CA      95611

State the term remaining    35 payment(s)

List the contract number of any government contract

**2.18**  State what the contract or lease is for and the nature of the debtor's interest

2309 Daly St. Los Angeles, CA 90031
**Contract to be ASSUMED**

Genesis Title Holding Corp.
1419 21st St.

Sacramento          CA      95611

State the term remaining    20 payment(s)

List the contract number of any government contract

**2.19**  State what the contract or lease is for and the nature of the debtor's interest

2436 Wabash Ave. Los Angeles, CA 90033
**Contract to be ASSUMED**

Genesis Title Holding Corp.
1419 21st St.

Sacramento          CA      95611

State the term remaining    60 payment(s)

List the contract number of any government contract

**2.20**  State what the contract or lease is for and the nature of the debtor's interest

530 N. Ave 54, Los Angeles, CA 90042
**Contract to be ASSUMED**

Genesis Title Holding Corp.
1419 21st St.

Sacramento          CA      95611

State the term remaining    60 payment(s)

List the contract number of any government contract

**2.21**  State what the contract or lease is for and the nature of the debtor's interest

832 S. Anaheim Blvd. Anaheim, CA 92801

Genesis Title Holding Corp.
1419 21st St.

Sacramento          CA      95611

State the term remaining    60 payment(s)

List the contract number of any government contract

**2.22**  State what the contract or lease is for and the nature of the debtor's interest

3316-3320 Beverly Blvd. Montebello, CA 90640
**Contract to be ASSUMED**

Genesis Title Holding Corp.
1419 21st St.

Sacramento          CA      95611

State the term remaining    1 payment(s)

List the contract number of any government contract

Debtor    California Hispanic Commission on Drug and Alcohol Abus.    Case number (if known)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.23** State what the contract or lease is for and the nature of the debtor's interest

10012 Norwalk Blvd. #140, Santa Fe Springs, CA 90670
Contract to be ASSUMED

Genesis Title Holding Corp.
1419 21st St.

State the term remaining  6 payment(s)

Sacramento                    CA      95611

List the contract number of any government contract

---

**2.24** State what the contract or lease is for and the nature of the debtor's interest

11046 Valley Mall, El Monte, CA 91731
Contract to be ASSUMED

Genesis Title Holding Corp.
1419 21st St.

State the term remaining  30 payment(s)

Sacramento                    CA      95611

List the contract number of any government contract

---

**2.25** State what the contract or lease is for and the nature of the debtor's interest

9842 W. 13th St. Garden Grove, CA 92844

Genesis Title Holding Corp.
1419 21st St.

State the term remaining  35 payment(s)

Sacramento                    CA      95611

List the contract number of any government contract

---

**2.26** State what the contract or lease is for and the nature of the debtor's interest

5424 W. Wisteria Pl, Santa Ana, CA 92704

Genesis Title Holding Corp.
1419 21st St.

State the term remaining  5

Sacramento                    CA      95611

List the contract number of any government contract

---

**2.27** State what the contract or lease is for and the nature of the debtor's interest

5831 & 5833 Beverly Blvd. Los Angeles, CA 90022
Contract to be ASSUMED

Genesis Title Holding Corp.
1419 21st St.

State the term remaining  33

Sacramento                    CA      95611

List the contract number of any government contract

---

**2.28** State what the contract or lease is for and the nature of the debtor's interest

1242 N. Gilbert St. Anaheim, CA 92801

Genesis Title Holding Corp.
1419 21st St.

State the term remaining  4

Sacramento                    CA      95611

List the contract number of any government contract

Debtor   California Hispanic Commission on Drug and Alcohol Abus...   Case number (if known)


**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | 5331 Via San Delarro, Los Angeles, CA 90022<br>**Contract to be ASSUMED** | **Nancy Perez**<br>**20 Verdin Lane** |
|---|---|---|---|
| | State the term remaining | 6 | **Aliso Viejo**        **CA**      **92656** |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | 1905 N. College Ave. Santa Ana, CA 92706 | **Pacific Coast Holding Investments**<br>**6800 Indiana Ave. #130** |
| | State the term remaining | Month to Month | **Riverside**       **CA**      **92506** |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Copier<br>**Contract to be ASSUMED** | **Toshiba Financial Services**<br>**P.O. Box 31001** |
| | State the term remaining | | **Pasadena**        **CA**      **95110** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **California Hispanic Commission on Drug and Alcohol Abu** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                              12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

## Statement of Revenue and Expenditures 12/31/15

| | | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUJERES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| Grant Support | 40 00 | 130,211.75 | 125,555.84 | 125,555.84 | ######### | 889,050.75 | 130,211.75 | 87,913.15 | 136,605.00 | 917,986.14 | 219,166.00 |
| Client Supportive Services | 40 01 | 0.00 | 0.00 | 0.00 | 79,640.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Client Fees | 40 10 | 3,372.28 | 1,681.50 | 1,681.50 | 0.00 | 0.00 | 3,372.27 | 2,565.45 | 5,111.06 | 13,137.00 | 0.00 |
| Food Stamp Income | 40 20 | 2,769.35 | 0.00 | 0.00 | 0.00 | 0.00 | 2,769.35 | 4,468.32 | 1,962.78 | 0.00 | 0.00 |
| State Disability | 40 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dom Violence Client | 40 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,100.00 | 0.00 |
| Insurance | 40 45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Misc. Income | 40 50 | 0.00 | 0.00 | 0.00 | 348.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131,895.00 | 0.00 |
| Interest Income | 40 80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Match Revenue | 40 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHCADA Cash | 41 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Income | 42 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Revenue** | | 136,353.38 | 127,237.34 | 127,237.34 | ######### | 889,050.75 | 136,353.37 | 94,946.92 | 143,678.84 | ######### | 219,166.00 |
| **Expenditures** | | | | | | | | | | | |
| Administrative | | 0.00 | 0.00 | 0.00 | 0.00 | 163.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Salaries | 50 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| 2.11 SSVC | 2.12 UNIDOS | 2.13 WISTERIA HOUSE | 2.14 BEV CASC | 2.15 GILBERT HOUSE | 2.16 SERENIDAD | 2.17 LA FAMILIA | 1419 21 St. Corporate | 9217 Caldera Way (Owned Properties) | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 420,542.35 | 0.00 | 59,681.00 | 0.00 | 0.00 | 8,970.00 | ####### | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ####### | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 14,400.00 | 4,990.00 | 67.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,715.00 | 47,718.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ####### | ####### | 35.00 |
| 0.00 | 15,798.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ####### | 0.00 | 5,226.00 |
| 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ####### | 0.00 | 0.00 | 0.00 | 0.00 | ####### |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ####### | ####### | ####### |
| 41,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ####### | 0.00 | 0.00 | 0.00 | ####### |
| 466,917.35 | ######### | 59,681.00 | 0.00 | 14,400.00 | 13,960.00 | ####### | 0.00 | 0.00 | ####### | ####### | ####### |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

## Statement of Revenue and Expenditures — 12/31/15

| Expenditures | Code | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUJERES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program Salaries | 50 25 | 56,766.25 | 76,059.51 | 76,059.50 | 545,048.16 | 462,047.65 | 56,766.24 | 80,030.67 | 65,434.59 | 346,434.40 | 87,116.36 |
| FICA Taxes | 55 00 | 4,336.24 | 5,732.98 | 5,732.98 | 40,912.09 | 34,399.80 | 4,336.24 | 6,113.54 | 4,998.44 | 26,315.73 | 6,609.32 |
| Health Benefits | 55 02 | 4,915.34 | 6,971.04 | 6,971.03 | 54,372.80 | 50,749.08 | 4,915.33 | 5,279.10 | 1,826.26 | 48,770.18 | 11,079.01 |
| Retirement & Others | 55 03 | 3,974.00 | 5,324.00 | 5,324.00 | 38,155.00 | 32,356.00 | 3,974.00 | 5,601.00 | 4,614.00 | 21,887.00 | 6,098.00 |
| Worker's Comp | 55 04 | 4,426.89 | 6,432.52 | 6,432.51 | 12,776.22 | 16,566.44 | 4,426.89 | 6,596.16 | 3,838.46 | 13,856.39 | 3,329.89 |
| Employer Training | 55 06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUTA TAXES | 55 10 | 1,449.97 | 1,274.87 | 1,274.87 | 6,720.27 | 5,490.71 | 1,449.96 | 2,165.20 | 2,050.78 | 4,746.63 | 2,239.43 |
| Accting & Audit | 60 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,708.57 | 0.00 |
| Activities | 60 05 | 705.61 | 527.59 | 527.59 | 521.40 | 242.31 | 705.60 | 2,188.18 | 239.91 | 3,556.28 | 2,724.13 |
| Advertising | 60 10 | 0.00 | 57.50 | 57.50 | 408.28 | 143.00 | 0.00 | 25.00 | 25.08 | 165.34 | 63.72 |
| Outreach | 60 11 | 0.00 | 0.00 | 0.00 | 576.55 | 0.00 | 0.00 | 0.00 | 0.00 | 2,913.21 | 0.00 |
| Auto Expense | 60 15 | 1,594.86 | 2,718.08 | 2,718.07 | 4,184.32 | 1,925.95 | 1,594.86 | 3,230.58 | 1,202.52 | 7,830.84 | 4,074.85 |
| Auto Insurance | 60 20 | 1,478.91 | 1,070.66 | 1,070.66 | 2,795.16 | 1,990.80 | 1,478.91 | 408.00 | 0.00 | 3,727.32 | 1,515.30 |
| Bank Charges | 60 25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| 2.11 SGVC | 2.12 UNIDOS | 2.13 WISTERIA HOUSE | 2.14 BEV CASC | 2.15 GILBERT HOUSE | 2.16 SERENIDAD | 2.17 LA FAMILIA | Owned Properties 1419 21 St Corporate | 9217 Caldera Way | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 178,399.50 | 273,062.15 | 37,525.17 | 14,396.33 | 0.00 | 5,675.46 | ######## | 0.00 | 0.00 | 0.00 | ######## | 0.00 |
| 12,792.93 | 20,672.88 | 2,870.72 | 1,084.09 | 0.00 | 433.60 | 7,572.77 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| 17,054.34 | 20,453.15 | 831.54 | 1,410.15 | 0.00 | 1,010.25 | 1,536.77 | ######## | 0.00 | 0.00 | 1,300.99 | 0.00 |
| 1,478.00 | 19,115.00 | 2,627.00 | 1,008.00 | 0.00 | 397.00 | 3,859.00 | ######## | 0.00 | 3,011.36 | 0.00 | 0.00 |
| 8,135.86 | 18,356.97 | 3,416.07 | 254.35 | 0.00 | 394.57 | 2,690.41 | ######## | 0.00 | 0.00 | 266.94 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,707.27 | 7,458.55 | 430.06 | 153.32 | 0.00 | 43.86 | 1,343.91 | ######## | 0.00 | 0.00 | 95.23 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.63 | 125.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 54.35 | 783.32 | 0.00 | 0.00 | 0.00 | 0.00 | 21.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 49.66 | 280.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,802.74 | 9,301.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | 40.00 | 0.00 | 0.00 | 0.00 |
| 1,393.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Statement of Revenue and Expenditures   12/31/15  -**

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| Account | | | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUJERES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Board Expense | 60 | 38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,660.00 | 0.00 |
| Cash Match | 60 | 39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cleaning & Maintenance | 60 | 40 | 3,350.70 | 3,469.20 | 3,469.19 | 16,956.95 | 11,018.91 | 3,350.70 | 1,837.01 | 1,188.62 | 10,792.19 | 3,450.43 |
| Consultant Expense | 60 | 45 | 0.00 | 0.00 | 0.00 | 50,820.23 | 73,332.02 | 0.00 | 0.00 | 0.00 | 9,699.50 | 0.00 |
| Consumable/Household Supplies | 60 | 50 | 1,205.46 | 1,546.13 | 1,546.13 | 3,285.34 | 1,616.01 | 1,205.46 | 2,221.99 | 888.66 | 4,721.40 | 1,237.39 |
| Depreciation | 60 | 55 | 3,312.96 | 1,770.12 | 1,770.12 | 8,934.78 | 10,245.18 | 3,312.96 | 688.80 | 0.00 | 4,022.70 | 3,856.80 |
| Donations | 60 | 62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Educational Materials | 60 | 69 | 112.17 | 185.47 | 185.47 | 1,989.46 | 1,234.30 | 112.17 | 145.95 | 0.00 | 123.43 | 162.54 |
| Equipment Lease | 60 | 70 | 1,253.04 | 1,378.86 | 1,378.86 | 4,126.34 | 6,320.94 | 1,253.04 | 1,630.50 | 1,384.84 | 4,115.21 | 802.50 |
| Equipment Repairs & Maint. | 60 | 75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food | 60 | 85 | 4,383.64 | 4,550.26 | 4,550.26 | 0.00 | 0.00 | 4,383.63 | 6,436.47 | 3,822.97 | 4.73 | 0.00 |
| Indirect Expense | 60 | 90 | 26,109.50 | 33,027.23 | 33,027.23 | 193,545.98 | 163,994.22 | 26,109.50 | 34,857.89 | 23,636.08 | 124,521.17 | 36,590.04 |
| Insurance | 61 | 00 | 1,706.36 | 1,266.16 | 1,266.15 | 546.80 | 3,729.30 | 1,820.46 | 3,153.19 | 2,339.04 | 672.63 | 87.02 |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| | 2.11 SGVC | 2.12 UNIDOS | 2.13 WISTERIA HOUSE | 2.14 BEV CASC | 2.15 GILBERT HOUSE | 2.16 SERENIDAD | 2.17 LA FAMILIA | 1419 21 St. Corporate | 9217 Caldera Way Owned Properties | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ###### | 0.00 | 0.00 | 0.00 4,770.41 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ###### | ###### | ###### | 0.00 | 257.04 |
| | 8,929.19 | 38,254.16 | 361.51 | 0.00 | 119.87 | 4,983.83 | 2,633.76 | ###### | ###### | ###### | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 9,873.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ###### | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1,694.57 | 8,004.62 | 503.57 | 21.34 | 49.30 | 422.67 | 540.85 | ###### | 192.89 | 0.00 | 0.00 | 494.81 |
| | 0.00 | 3,774.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ###### | ###### | ###### | 0.00 | 0.00 2,300.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ###### | ###### | ###### | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 3,314.67 | 4,561.61 | 0.00 | 0.00 | 0.00 | 0.00 | 1,656.01 | ###### | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 1,046.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 30,271.46 | 1,476.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ###### | ###### | ###### | 0.00 | 0.00 |
| | 87,670.57 | 33,254.91 | 14,004.97 | 8,228.01 | 0.00 | 5,146.62 | ####### | ###### | ###### | ###### | 0.00 | 0.00 |
| | 2,399.66 | 3,869.00 | 97.34 | 1,507.01 | 21.16 | 65.02 | 879.52 | ###### | 654.02 | 545.98 | 0.00 | 0.00 |

**Statement of Revenue and Expenditures – 12/31/15**

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| Account | | | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUJERES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interest Expense | 61 | 05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Late Charges | 61 | 10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Licensing\Dues | 61 | 15 | 301.06 | 510.36 | 510.36 | 500.86 | 542.00 | 186.95 | 0.00 | 262.00 | 5,376.84 | 486.72 |
| Legal Expense | 61 | 18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Medical Supplies | 61 | 23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 121.91 |
| Misc. Expense | 61 | 25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.16 | 17,298.33 | 0.00 |
| Office Supplies | 61 | 30 | 328.05 | 622.15 | 622.14 | 5,558.54 | 4,348.63 | 328.05 | 412.54 | 488.74 | 4,197.84 | 972.52 |
| Other Professional Services | 61 | 35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Overage)/Shortage | 61 | 36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,875.00 | 0.00 |
| Penalties | 61 | 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 |
| Physicians\Medical | 61 | 50 | 370.67 | 493.63 | 493.63 | 1,865.50 | 2,498.10 | 370.67 | 956.41 | 361.00 | 1,267.93 | 795.12 |
| Postage | 61 | 55 | 47.13 | 141.87 | 141.86 | 925.89 | 796.85 | 47.13 | 173.30 | 189.36 | 1,320.38 | 417.61 |
| Printing | 61 | 60 | 13.47 | 20.76 | 20.76 | 306.60 | 1,798.76 | 13.47 | 22.26 | 18.13 | 126.74 | 178.16 |
| Publications/Subscriptions | 61 | 65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.88 |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| 2.11 SGVC | 2.12 UNIDOS | 2.13 WISTERIA HOUSE | 2.14 BEV CASC | 2.15 GILBERT HOUSE | 2.16 SERENIDAD | 2.17 LA FAMILIA | 1419 21 St. Corporate | 9217 Caldera Way Owned Properties | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | ######## | ######## | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 530.00 | 0.00 | 20.73 | 0.00 | 197.15 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | 825.00 | 0.00 | 0.00 | 0.00 |
| 4,017.02 | 1,104.06 | 54.00 | 4.42 | 0.00 | 2.57 | 524.69 | ######## | 0.00 | 0.00 | 0.00 | 425.29 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 394.43 | 235.61 | 9.71 | 0.00 | 0.00 | 0.00 | 85.99 | ######## | 0.00 | 0.00 | ######## | ######## |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| 730.94 | 2,531.06 | 128.08 | 0.00 | 0.00 | 0.00 | 1,037.67 | ######## | 0.00 | 0.00 | ######## | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| 154.58 | 4,421.01 | 167.00 | 59.28 | 0.00 | 7.61 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| 733.65 | 743.36 | 10.77 | 0.00 | 0.00 | 38.52 | 579.29 | ######## | 85.00 | 0.00 | 0.00 | 0.00 |
| 36.31 | 126.90 | 0.00 | 0.00 | 0.00 | 0.00 | 27.93 | 712.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Date 02/02/2016, 8:39 PM

California Hispanic Commission on Alcohol Drug Abuse, Inc.

## Statement of Revenue and Expenditures
### 12/31/15

| Expense | G/L | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUJRES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Public Relations | 6167 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rents | 6180 | 22,513.99 | 32,482.20 | 32,482.20 | 49,440.00 | 85,072.59 | 22,513.98 | 30,160.43 | 17,072.10 | 86,651.00 | 41,376.71 |
| Small Office/Household Equip. | 6190 | 0.00 | 0.00 | 0.00 | 1,563.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,242.37 |
| Small Household F & F | 6195 | 1,343.81 | 3,390.91 | 3,390.91 | 1,662.73 | 6,753.28 | 1,343.81 | 1,805.71 | 794.90 | 743.66 | 719.41 |
| Software License & Maintenance Exp | 6198 | 68.50 | 69.90 | 69.90 | 0.00 | 0.00 | 68.49 | 96.11 | 59.94 | 78.07 | 0.00 |
| Support Services | 6206 | 0.00 | 0.00 | 0.00 | 79,640.75 | 0.00 | 0.00 | 0.00 | 0.00 | 6,819.47 | 0.00 |
| Taxes | 6210 | 4,198.54 | 4,556.96 | 4,556.95 | 12,734.42 | 196.37 | 4,198.54 | 3,318.73 | 2,895.09 | 1,461.50 | 40.66 |
| Telephone | 6215 | 2,540.00 | 3,241.75 | 3,241.74 | 9,870.02 | 9,307.41 | 2,539.99 | 3,993.63 | 2,792.35 | 9,756.91 | 3,589.73 |
| Training | 6220 | 136.95 | 90.72 | 90.71 | 1,262.15 | 1,449.70 | 136.95 | 239.17 | 20.05 | 395.89 | 45.36 |
| Travel | 6225 | 5.00 | 30.50 | 30.50 | 7,438.02 | 4,208.69 | 5.00 | 25.00 | 0.63 | 458.51 | 778.25 |
| Utilities | 6235 | 4,438.69 | 3,642.70 | 3,642.70 | 12,215.82 | 15,038.46 | 4,438.69 | 4,347.13 | 2,301.40 | 13,221.93 | 6,389.46 |
| Urinalysis | 6237 | 5,017.50 | 2,655.00 | 2,655.00 | 31,695.00 | 37,905.00 | 5,017.50 | 8,685.00 | 0.00 | 32,760.00 | 0.00 |
| Vehicle Lease | 6240 | 0.00 | 0.00 | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.44 | 0.00 |
| **Total Expenditures** | | 162,405.22 | 205,311.54 | 205,311.53 | ############ | ############ | 162,405.21 | 216,844.65 | 144,796.10 | 879,104.40 | 228,406.60 |

Date 2/2/2016  8:39 PM

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| | 2.11 SGVC | 2.12 UNIDOS | 2.13 WISTERIA HOUSE | 2.14 BEV CASC | 2.15 GILBERT HOUSE | 2.16 SERENIDAD | 2.17 LA FAMILIA | 1419 21 St. Corporate | 9217 Caldera Way Owned Properties | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 155,214.72 | 586,752.11 | 17,304.00 | 14,192.58 | 12,669.00 | 11,100.00 | ######## | ######## | 37.38 | 0.00 | 0.00 | 885.86 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 103.64 | 0.00 | 0.00 | 0.00 | 43.19 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| | 2,796.48 | 5,605.71 | 779.08 | 0.00 | 549.82 | 0.00 | 38.07 | ######## | 25.00 | ######## | 0.00 | 0.00 |
| | 59.57 | 77.70 | 0.00 | 0.00 | 0.00 | 252.94 | 37.08 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.06 | ######## | 0.00 | 0.00 | 1,043.37 | 0.00 |
| | 114.74 | 55,805.31 | 0.00 | 5,062.57 | 0.00 | 0.00 | 0.00 | ######## | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7,607.58 | 22,064.53 | 1,529.75 | 2,856.30 | 0.00 | 769.36 | 4,044.31 | ######## | 105.14 | 0.00 | 0.00 | 0.00 |
| | 39.73 | 716.50 | 54.00 | 0.00 | 0.00 | 5.88 | 37.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 550.85 | 576.91 | 6.00 | 100.96 | 0.00 | 0.00 | 225.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 7,390.50 | 32,837.84 | 3,005.46 | 789.13 | 2,103.67 | 834.81 | 4,805.30 | ######## | 38.45 | 0.00 | 0.00 | 7.25 |
| | 5,070.00 | 0.00 | 0.00 | 0.00 | 0.00 | 435.00 | 0.00 | 0.00 | 927.03 | 0.00 | 0.00 | 0.00 |
| | 1,452.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 556,402.25 | ######## | 87,192.17 | 51,127.84 | 15,512.82 | 32,019.57 | ######## | ######## | ######## | ######## | ######## | ######## |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

**Statement of Revenue and Expenditures 12/31/15 - Excess Revenue**

| | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUERES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost Reimbursement at Year End | (26,051.84) | (78,074.20) | (78,074.19) | (14,532.16) | ########### | (26,051.84) | ########### | (1,117.26) | 197,013.74 | (9,240.60) |

Date 2/2/2016  8:39 PM

California Hispanic Commission on Alcohol Drug Abuse, Inc.



| | 1419 21 St Corporate | 9217 Caldera Way Owned Properties | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|
| 2.11 SGVC | (89,484.90) | ###### | | | |
| 2.12 UNIDOS | | | | | |
| 2.13 WISTERIA HOUSE | (27,511.17) | | | | |
| 2.14 BEV CASC | (51,127.84) | | | | |
| 2.15 GILBERT HOUSE | (1,112.82) | | | | |
| 2.16 SERENIDAD | (18,059.57) | | | | |
| 2.17 LA FAMILIA | ###### | ###### | | | |
| | | | | 292.98 | ###### |

Cost Reimbursement at Year End

Cost Reimbursement at Year End

Date 2/2/2016, 8:39 PM

Statement of Revenue and
Expenditures
12/31/15    -

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| | 2.1 LATINAS | 2.2 AGUILA | 2.3 PALOMA | 2.4 CASC | 2.5 MASA | 2.6 LATINOS | 2.7 MUJERES | 2.8 CASA ELENA | 2.9 LFC | 2.10 CLIENT RUN |
|---|---|---|---|---|---|---|---|---|---|---|
| | LA Residential | LA Residential | LA Residential | | | LA Residential | LA Residential | | | |

California Hispanic Commission on Alcohol Drug Abuse, Inc.

| | 1419 21 St. Corporate | 9217 Caldera Way | 1322 D St. | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|
| | | Owned Properties | | | |
| 2.11 SGVC | | | | | |
| 2.12 UNIDOS | | | | | |
| 2.13 WISTERIA HOUSE | | | | | |
| 2.14 BEV CASC | | | | | |
| 2.15 GILBERT HOUSE | | | | | |
| 2.16 SERENIDAD | | | | | |
| 2.17 LA FAMILIA | | | | | |

**California Hispanic Commission on Alcohol and Drug Abuse, Inc.**

### Statement of Revenue and Expenditures
### From 07/01/15 through 12/31/15

| | | 1419 21 St Corporate | 9217 Caldera Way Owned Properties | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Grant Support | 4000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Client Supportive Services | 4001 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Client Fees | 4010 | 0.00 | 0.00 | 11,850.00 | 10,087.00 | 35.00 |
| Food Stamp Income | 4020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State Disability Insurance | 4040 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dom Violence Client Fees | 4045 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Misc. Income | 4050 | 0.00 | 0.00 | 0.00 | 131,895.00 | 11,907.75 |
| Interest Income | 4080 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 |
| CHCADA Cash Match Revenue | 4150 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Income | 4200 | 0.00 | 0.00 | 0.00 | 0.00 | 5,226.00 |
| **Total Revenue** | | 0.00 | 0.00 | 11,850.00 | 141,982.00 | 17,169.15 |
| | | | | | | |
| **Expenditures** | | | | | | |
| Administrative Salaries | 5020 | 547,773.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| Program Salaries | 5025 | 0.00 | 0.00 | 0.00 | 17,006.00 | 0.00 |
| FICA Taxes | 5500 | 30,097.00 | 0.00 | 0.00 | 1,300.99 | 0.00 |
| Health Benefits | 5502 | 71,681.45 | 0.00 | 0.00 | 3,011.36 | 0.00 |
| Retirement & Others | 5503 | 38,910.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Worker's Comp | 5504 | 8,998.04 | 0.00 | 0.00 | 266.94 | 0.00 |
| Employer Training Tax | 5506 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| SUTA TAXES | 5510 | 2,277.68 | 0.00 | 0.00 | 95.23 | 0.00 |
| Accting & Audit | 6000 | 14,550.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Activities | 6005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Advertising | 6010 | 125.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| Outreach | 6011 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Auto Expense | 6015 | 2,906.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Auto Insurance | 6020 | 1,581.80 | 40.00 | 0.00 | 0.00 | 0.00 |
| Bank Charges | 6025 | 7,571.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Board Expense | 6038 | 8,003.60 | 0.00 | 0.00 | 0.00 | 4,770.41 |
| Cash Match | 6039 | 0.00 | 0.00 | 0.00 | 41,660.00 | 0.00 |
| Cleaning & Maintenance | 6040 | 13,082.02 | 41,846.12 | 2,333.00 | 0.00 | 257.04 |
| Consultant Expense | 6045 | 65,010.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Consumable/Household Supplies | 6050 | 1,248.95 | 192.89 | 0.00 | 0.00 | 494.81 |
| Depreciation | 6055 | 25,379.80 | 2,032.14 | 1,072.86 | 0.00 | 0.00 |
| Donations | 6062 | 0.00 | 0.00 | 0.00 | 0.00 | 2,300.00 |
| Educational Materials | 6069 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Lease | 6070 | 2,811.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Repairs & Maint. | 6075 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food | 6085 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Indirect Expense | 6090 | (1,040,815.29) | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | 6100 | 34,950.95 | 654.02 | 545.98 | 0.00 | 0.00 |
| Interest Expense | 6105 | 16,136.92 | 2,669.09 | 6,492.11 | 0.00 | 0.00 |
| Late Charges | 6110 | 530.00 | 0.00 | 20.73 | 0.00 | 197.15 |
| Licensing\Dues | 6115 | 4,717.00 | 825.00 | 0.00 | 0.00 | 0.00 |
| Legal Expense | 6118 | 41,513.28 | 0.00 | 0.00 | 0.00 | 10,565.64 |
| Medical Supplies | 6123 | 0.00 | 0.00 | 0.00 | 17,296.20 | 0.00 |
| Misc. Expense | 6125 | 3,013.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| Office Supplies | 6130 | 4,728.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Professional Services | 6135 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Overage)/Shortage | 6136 | 0.00 | 0.00 | 0.00 | 0.00 | 425.29 |
| Penalties | 6140 | 1,000.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Physicians\Medical | 6150 | 90.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage | 6155 | 1,287.04 | 85.00 | 0.00 | 0.00 | 0.00 |
| Printing | 6160 | 1,602.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Publications/Subscriptions | 6165 | 712.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| Public Relations Expense | 6167 | 1,662.53 | 37.38 | 0.00 | 0.00 | 885.86 |

| | | 1419 21 St Corporate | 9217 Caldera Way | 1322 D St | Laboratorio | Discretionary Account |
|---|---|---|---|---|---|---|
| | | | Owned Properties | | | |
| Rents | 6180 | 1,764.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| Small Office\Household Equip. | 6190 | 1,292.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| Small Office\Household F & F | 6195 | 1,316.35 | 25.00 | 0.00 | 0.00 | 0.00 |
| Software License & Maintenance Exp | 6198 | 11,477.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| Support Services | 6206 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes | 6210 | 1,744.22 | 0.00 | 0.00 | 1,043.37 | 0.00 |
| Telephone | 6215 | 20,778.65 | 105.14 | 0.00 | 0.00 | 0.00 |
| Training | 6220 | 1,091.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 6225 | 34,446.39 | 0.00 | 0.00 | 0.00 | 7.25 |
| Utilities | 6235 | 12,953.05 | 38.45 | 0.00 | 0.00 | 0.00 |
| Urinalysis | 6237 | 0.00 | 927.03 | 1,092.34 | 0.00 | 0.00 |
| Vehicle Lease | 6240 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expenditures | | 0.00 | 49,477.26 | 11,557.02 | 81,680.09 | 20,903.45 |
| Excess Revenue | | (0.00) | (49,477.26) | 292.98 | 60,301.91 | (3,734.30) |

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **California Hispanic Commission on Drug and Alcohol Abu** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/29/2016**          X   **/s/ James Hernandez**
             MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                               **James Hernandez**
                                               Printed name

                                               **Director**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **California Hispanic Commission on Drug and Alcohol Abu** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

12/15

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | | **Sources of revenue**<br>Check all that apply. | **Gross revenue**<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>07/01/2015</u> | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$6,180,586.00** |
| **For prior year:** | From <u>07/01/2014</u> | to | <u>06/30/2015</u> | ☑ Operating a business<br>☐ Other _____ | **$12,679,410.00** |
| **For the year before that:** | From <u>07/01/2013</u> | to | <u>06/30/2014</u> | ☑ Operating a business<br>☐ Other _____ | **$12,426,728.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

---

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225.  (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, NA**<br>Creditor's name<br>**P.O. Box 14517**<br>Number   Street<br><br>**Des Moines**  **IA**  **50306**<br>City   State  ZIP Code | **2 Months of Mortgage Payments** | **$11,882.10** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2. **Genesis Tilte Holding Corp.**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95611**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$7,876.40**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.3. **Genesis Title Holding Corp**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95811**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$13,214.88**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.4. **Genesis Title Holding Corp.**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95611**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$8,439.92**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.5. **Genesis Title Holding Corp.**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95611**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$16,480.00**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.6. **Genesis Title Holding Corp.**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95611**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$27,575.38**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.7. **Genesis Title Holding Corp.**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95611**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$8,736.00**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.8. **Genesis Title Holding Corp.**
Creditor's name
**1419 21st St.**
Number    Street

**Sacramento        CA    95611**
City                State    ZIP Code

Dates: **2 Months Rent**

Total amount or value: **$8,459.16**

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other **Rent**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 3.9. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **2 Months Rent** | **$5,666.00** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **2 Months Rent** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 3.10. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **2 Months Rent** | **$26,277.24** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 3.11. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **2 Months Rent** | **$13,792.00** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 3.12. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **2 Months Rent** | **$12,900.00** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 3.13. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **1 Months Rent** | **$115,730.00** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 3.14. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **2 Months Rent** | **$5,600.00** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 3.15. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number    Street<br><br>**Sacramento**        **CA**    **95611**<br>City            State    ZIP Code | **2 Months Rent** | **$4,730.86** | Check all that apply<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Genesis Title Holding Corp.**<br>Creditor's name<br>**1419 21st St.**<br>Number   Street<br><br>**Sacramento**    **CA**    **95611**<br>City    State    ZIP Code | **2 Months**<br>**Rent** | **$4,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   **Rent** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Nancy Perez**<br>Creditor's name<br>**20 Verdin Lane**<br>Number   Street<br><br>**Aliso Viejo**    **CA**    **92656**<br>City    State    ZIP Code | **2 Months**<br>**Rent** | **$3,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   **Rent** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. **Pacific Coast Holding Investments**<br>Creditor's name<br>**6800 Indiana Ave. #130**<br>Number   Street<br><br>**Riverside**    **CA**    **92506**<br>City    State    ZIP Code | **2 Months**<br>**Rent** | **$10,640.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   **Rent** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Totaro & Shanahan** | **Pre Petition Work $550.00 per hour post Petiton** | **01/29/2016** | **$25,000.00** |
| | **Address** | | | |
| | **P.O. Box 789** | | | |
| | Number    Street | | | |
| | **Pacific Palisades    CA    90272** | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30.   Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/29/2016
           MM / DD / YYYY

X   /s/ James Hernandez                                    Printed name   **James Hernandez**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor   **Director**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re  **California Hispanic Commission on Drug and Alcohol Abuse**          Case No.  _____

                                                                            Chapter    **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................  **$25,000.00**

   Prior to the filing of this statement I have received........................................................  **$25,000.00**

   Balance Due..........................................................................................................  Billed Hourly

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **01/29/2016** | /s/ Michael R. Totaro |
| *Date* | *Michael R. Totaro*          Bar No.  102229 |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

IN RE: **California Hispanic Commission on Drug and Alcohol Abuse**          CASE NO

CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/29/2016 _____          Signature  /s/ James Hernandez _____

                                                            **James Hernandez**
                                                              **Director**

Date _____          Signature _____

               /s/ Michael R. Totaro _____

               **Michael R. Totaro**
               **102229**
               **Totaro & Shanahan**
               **P.O. Box 789**
               **Pacific Palisades, CA 90272**
               **(310) 573-0276**

2010 Office Furniture
2227 N. Merce Ave.
South El Monte, CA 91733


Abila
Dept. 3303
P.O. Box 12303
Dallas, TX 75312


Ace Commercial Laundry
14404 Hoover St.
Westminster, CA 92683


ADT Home Systems
4128 N. Freeway Blvd.
Sacramento, CA 95834


Alliance Member Services
P.O. Box 49050
San Jose, CA 95161


American Express
P.O. Box 981537
El Paso, TX 79998


Aramark Uniform Services
P.O. Box 101179
Pasadena, Ca 91189


Arkadin, Inc.
Box 32726
Chicago, IL 60693


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197


AT&T Wireless
P.O. Box 5019
Carol Stream, IL 60197


Bay Alarm
P.O. Box 7137
San Francisco, CA 94120


Benicomp, Inc.
8310 Clinton Park Cr.
Fort Wayne, IN 46825


Blue Sheild of California
Attn. Nora Galicia
4203 Town Center Dr.
El Dorado Hills, Ca 95762


Bode & Bode Lock and Safe
1215 21st St.
Sacramento, CA 95811


Cal Water Service
P.O. Box 940001
San Jose, CA 95194


California Hispanic Commission on Drug a
1419 21st St.
Sacramento, CA 95811


Citizens Utility
American Water Co.
P.O. Box 7150
Pasadena, CA 91109

City of Anaheim
Business License Division
P.O. Box 61042
Anaheim, CA 92803


City of LA-LAHD
Building and Collection Unit
P.O. Box 30970
Los Angeles, CA 90030


City of Sacramento
P.O. Box 2770
Sacramento, CA 95812


City of Sacramento
915 I St. Rm 1214
Sacramento, CA 95814


Clinivate
115 California Blvd. #156
Pasadena,CA 91105


Colonial Life
Premium Processing
P.O. Box 903
Montebello, CA 90640


County of Sacramento Tax Collector
Unsecured Tax Dept.
P.O. Box 508
Sacramento, CA 95812


Coverall North America Inc.
2955 Momentum Pl.
Chicago, IL 60689


Department of Justice
P.O. Box 944255
Sacramento, CA 94244

Dept. of Motor Vehicles
P.O. Box 942894
Sacramento, CA 94294


DSA Technologies, Inc.
2372 Maritime Dr.
Elk Grove Village, CA 95758


Emilo Huerta
Law Offices of Emilo J. Huerta
P.O. Box 2244
Bakersfield, CA 93303


Federal Express Corp
P.O. Box 7221
Pasadena, CA 91109


Firetech Services
1012 W. Beverly Blvd. #321
Montebello, CA 90640


Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154


Genesis Tilte Holding Corp.
1419 21st St.
Sacramento, CA 95611


Genesis Title Holding Co.
1419 21st St.
Sacramento, CA 95811


Genesis Title Holding Corp
1419 21st St.
Sacramento, Ca 95811

Genesis Title Holding Corp.
1419 21st St.
Sacramento, CA 95611


Graves Services, Inc.
9630 John St. #101
Santa Fe Springs, CA 90670


Hi-Tech Services
115 California St. #250
Pasadena, Ca 91105


Home Depot Credit Services
P.O. Box 183175
Dept. 32-2149092011
Columbus,OH 43218


IN Health
An In Health Bibbeo Systems
5076 Winters Chapel Rd. #200
Atlanta, GA 30360


Industrial Door Group, Inc.
1070 N. Armador St.
Anaheim, CA 92806


Integrated Office Technology
12150 Mora Dr. #2
Santa Fe Springs, Ca 90670


James Hernandez
1419 21St
Sacramento, CA 95811


JD Telecom
31372 Mesa View Dr.
Victorville, CA 92392

Lewitt, Hackman, Shapiro et al
16633 Ventura Blvd. #1100
Encino, CA 91436


Long Term Care Properties, Inc.
7 Corporate Plaza
Newport Beach, CA 92660


Los Angeles County Tax Collector
Revenue & Enforcement
P.O. Box 51391
Los Angeles, CA 90051


Nancy Perez
20 Verdin Lane
Aliso Viejo, CA 92656


Neshek's Auto
5034 E.Third St.
Los Angeles, CA 90022


Non-Profit United Worker's Comp.
610 Fulton Ave.#200
Sacramento, CA 95825


OC Fire Protection
137 W. Bristol Ln
Orange, CA 92865


OC Health Care Agency
405 W. Fifth St. 6th Fl
Santa Ana, CA 92701


Office of the United States Trustee
411 W. Fourth St. 9th Fl
Santa Ana, CA 92701

```
Office of the United States Trustee
411 W. Fourth St. 7th Fl.
Santa Ana, CA 92701



Office Pride Commercial
P.O. Box 577
Franklin, IN 46131



On Trac
P.O. Box 841664
Los Angeles, CA 90084



Ontario Refrigeration
635 S. Mountain Ave.
Ontariom, CA 91762



Orange County Treasure-Tax Collector
625 N. Ross St. Bldg. 11 Rm G58
Santa Ana, CA 92702



Orion
18047 Oak St.
Omaha, NE 68130



Pacific Coast Holding Investments
6800 Indiana Ave. #130
Riverside, CA 92506



Pacific Rim Printer and Mailer
5760 Hannum Ave.
Culver City, CA 95887



Performance Systems. LC
1701 W. D St.
Vinton, IA 52349
```

Premier Access Ins. Co.
P.O. Box 39000
Dept. 34114
San Francisco, CA 94139


Prosight Specialty Ins.
P.O. Box 969
Westbrook, CT 06498


Purchase Power
P.O. Box 371874
Pittsburg, PA 15250


R&S Architectural Products, Inc.
8711 Elder Creek Rd. #400
Sacramento, CA 95828


Raven Termite and Pest Control
3227 Producer Way #101
Pomona, CA 91768


Rocker Brothers
405 N. Centinela
Inglewood, CA 90302


Second Harvest Food Bank
8014 Marine Way
Irvine, CA 92618


Siemens Healtcare Diagnostic
P.O. Box 121102
Dallas, TX 75312


Sierra
9950 Horn Rd. #5
Sacramento, CA 95827

SMUD
P.O. Box 15555
Sacramento, CA 95852

So Cal Gas Co.
P.O. Box C
Monterey Park, CA 91756

SOLER
910 Florin Rd. #111
Sacramento, CA 95831

Southern California Edison
1551 W. San Bernardino Rd.
Covina, CA 91722

Stanley Pest Control El Monte
2555 Loma Ave.
South El Monte, CA 91733

Staples
Dept. 51-7815445415
P.O. Box 689020
Des Moines, IA 50368

SYVA
P.O. Box 121102
Dallas, TX 75312

The Bugman
525 N. Shepard St.
Anaheim, CA 92806

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91771

Time Warner Cable Business
P.O. Box 223085
Pittsburg, PA 15251


TNT Auto Repair
4739 Telegraph Rd.
Los Angeles, CA 90022


Toshiba Financial Services
P.O. Box 31001
Pasadena, CA 95110


Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272


ULine Ship Supplies
P.O. Box 88741
Chicago, IL 60680


US Healthworks
P.O. Box 50042
Los Angeles, CA 90074


Vaultlogix
P.O. Box 842605
Boston, MA 02284


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266


Wells Fargo Bank, NA
P.O. Box 14517
Des Moines, IA 50306