ORIGINAL

**FILED**
MAR 11 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1  SHARI L. FREIDENRICH
   ORANGE COUNTY TREASURER-TAX COLLECTOR
2  Office of the Orange County Tax Collector
   12 Civic Center Plaza, Room G40
3  Post Office Box 1438
   Santa Ana, CA 92702-1438

UNITED STATES BANKRUPTCY COURT

CENTRAL OF CALIFORNIA, SANTA ANA

In re:   CALIFORNIA HISPANIC        Case No.: 8:16-10424 SC
                                     Chapter:  11
COMMISSION DRUG

                                     **WITHDRAWAL OF PROOF OF CLAIM
                                     FILED BY ORANGE COUNTY
                                     TREASURER-TAX COLLECTOR**

                                     **[NO HEARING DATE]**
         Debtor(s).

TO ALL INTERESTED PERSONS AND THEIR COUNSEL OF RECORD, IF ANY:

The undersigned claimant hereby withdraws that certain proof of claim# 5

Dated  03/09/2016  in the amount of $ 13,224.78

Dated this  March 9, 2016

                           SHARI L. FREIDENRICH
                           Orange County Treasurer-Tax Collector

                           By: _____
                               Ratna D. Butani,
                               Bankruptcy Collection Officer

WITHDRAWAL OF PROOF OF CLAIM

1

PROOF OF SERVICE BY MAIL

(CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:    Withdrawal of Proof of Claim

On    March 9, 2016,    I served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

| X | (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

| X | (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on    March 9, 2016

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
**Michael R Totaro**
**Totaro & Shanahan**
**POB 789**
**Pacific Palisades, CA 90272**

WITHDRAWAL OF PROOF OF CLAIM

2