1  Jeremy V. Richards (CA Bar No. 102300)
   Linda F. Cantor (CA Bar No. 153762)
2  Victoria A. Newmark (CA Bar No. 183581)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California  90067
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  E-mail:      jrichards@pszjlaw.com
6               lcantor@pszjlaw.com
                vnewmark@pszjlaw.com
7

8  Attorneys for California Hispanic Commission on Alcohol
   and Drug Abuse, Debtor and Debtor-in-Possession
9

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12              **SANTA ANA DIVISION**

13  In re:                                    Case No.: 8:16-bk-10424-SC

14                                            Chapter 11

15  CALIFORNIA HISPANIC COMMISSION
    ON ALCOHOL AND DRUG ABUSE,                **FIRST OMNIBUS MOTION FOR ORDER**
16  INC.                                      **DISALLOWING CLAIMS THAT HAVE BEEN**
                                              **PAID OR OTHERWISE SATISFIED;**
                    Debtor.                   **MEMORANDUM OF POINTS AND**
17                                            **AUTHORITIES; DECLARATIONS OF JAMES**
                                              **HERNANDEZ AND LINDA F. CANTOR**
18

19                                            **Hearing Date:**
                                              Date:        September 29, 2016
20                                            Time:        11:00 a.m.
                                              Place:       U.S. Bankruptcy Court
21                                                          411 West Fourth Street
                                                            Courtroom 5C
22                                                          Santa Ana, CA 92701-4593

23                                            Judge: Hon. Scott Clarkson

24                                            **This Motion Affects the Scheduled Claims of the**
                                              **Following Claimants:**
25
                                              Abigal Barajas
26                                            Abila
                                              Aida Yanson
27                                            Albert Perez
                                              Alexander Molina
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Alexis Lee
Alliance Member Services
Alma Bretado
American Inn & Suites
Bannia Bernal
Bells Garden Manor
Blue Shield Of California
Brenda Morales
Claudia Angel
Claudia De Casas
Colonial Life
Danny Gutierrez
Diane Soto
Dr. David Anaya Sanchez
Eden Manor
Fort Dearborn Life Insurance
Golden Manor Board
Gualalupe Vital
Helen Aparicio
Hi-Tech Services
Jeannette Padilla-Smith
Jennifer Chan
Jennifer Romero
Jose Yair Torres
Karina Lopez Gomez
Karla Vanessa Mazariego
La Regional Foodbank
Landmark Healthplan
Leticia Montes
Lincoln Nat'l Life Insurance
Marcela Rivera
Maria Trujillo
Martha Coria
Mayra Guerrero
Michelle Hoaglin
Nailya Kutzhahova
Nancy Perez
Nancy Rivera
Natasha Medina
Nuvia Montes
Nina's Kitchen
Pasada (Pasadena) Hotel
Pico Rivera Gardens
Premier Access Insurance Co.
Premier Access Insurance Co.
Rocio Ojeda
Ruben Raya
Second Harvest Food Bank
Sierra Inn
Teresa Cabral
Tibis House Inc.
Transamerica
Victor Alanis

1  **TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE,**

2  **THE CLAIMANTS LISTED ABOVE, THE OFFICE OF THE UNITED STATES TRUSTEE**

3  **AND PARTIES REQUESTING NOTICE:**

4      **PLEASE TAKE NOTICE THAT THIS MOTION SEEKS DISALLOWANCE OF**

5  **CERTAIN CLAIMS SCHEDULED BY THE DEBTOR IN ITS AMENDED SCHEDULES**

6  **OF ASSETS AND LIABILITIES.  ACCORDING TO THE DEBTOR'S BOOKS AND**

7  **RECORDS, THE CLAIMS HAVE BEEN PAID IN FULL.**

8      **PLEASE TAKE NOTICE** that pursuant to sections 502 and 507(a)(4) of title 11 of the

9  United States Code (the "Bankruptcy Code"[1]), Rule 3007 of the Federal Rules of Bankruptcy

10  Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Bankruptcy Rules of the United

11  States Bankruptcy Court for the Central District of California (the "LBR"), California Hispanic

12  Commission on Alcohol and Drug Abuse, Inc., the debtor and debtor in possession ("Debtor"),

13  hereby moves (the "Motion") the Court for an order disallowing the scheduled claims listed above

14  (the "Claims") on the grounds that the amounts reflected in the Claims have been paid in full.  The

15  Claims were paid after the Petition Date in accordance with the (1) *Order Authorizing the Debtor to*

16  *Honor Prepetition Employee Benefits Programs* ("Employee Benefits Order") [Docket No. 91]; and

17  the (2) *Order Authorizing the Debtor to Pay Critical Vendor Claims* (the "Critical Vendor Order")

18  [Docket No. 92] (collectively the "Court Orders").

19      All of the scheduled Claims are listed on Schedule F of the Debtor's Amended Schedules of

20  Assets and Liabilities (the "Schedules") [Docket No. 114].  A copy of the page which lists the

21  individual Claim for each claimant is attached as **Exhibit B** to the Notice of Objection being served

22  on such individual Claimant.

23      **PLEASE TAKE FURTHER NOTICE** that the Motion is based on and supported by this

24  Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations

25  of James Hernandez and Linda F. Cantor in support hereof, and the files and the record in this

26  chapter 11 case.

27

28

---

[1]  All references to "sections" herein are to sections of the Bankruptcy Code unless otherwise noted.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion (i) must be filed with the Court and served upon Debtor's counsel at the address in the upper left hand corner of this Motion no later than 14 days prior to the date of hearing set forth above and (ii) must contain a written statement of all reasons the party opposes the relief requested in the Motion, and must include declarations and copies of all documentary evidence on which the objecting party intends to rely.  Responses <u>must be filed</u> either electronically or at the following location:

Clerk of the Court
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701-4593

**PLEASE TAKE FURTHER NOTICE** that if a response or objection is not timely filed with the Court as set forth above and is not served upon undersigned counsel, the Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if a response or objection is timely filed and served, the Court, in its discretion, may treat the initial hearing as a status conference if it determines that the Motion involves issues of disputed fact or will require substantial time for presentation of evidence or argument.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order (1) granting the Motion; (2) disallowing the Claims in their entirety as having been paid or otherwise satisfied; and (3) granting the Debtor such other and further relief as may be appropriate under the circumstances.

Dated:    August 25, 2016                    PACHULSKI STANG ZIEHL & JONES LLP


                                             By    */s/ Linda F. Cantor*
                                                   Linda F. Cantor (CA Bar No. 153762)
                                                   Attorneys for California Hispanic Commission
                                                   of Alcohol and Drug Abuse, Debtor and
                                                   Debtor in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## BACKGROUND

**A.    The Bankruptcy Case, Jurisdiction and Venue**

On February 2, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Case").  The Court has jurisdiction over this *First Omnibus Motion for Order Disallowing Claims That Have Been Paid or Otherwise Satisfied* (the "Motion")[2] pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of this matter is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

**B.    The Claims Bar Date**

On March 21, 2016, the Debtor filed its Amended Schedules ("Schedules") [Docket 114] in which it listed all claims owed by the Debtor to parties as of the Petition Date.  On April 6, 2016 the Court entered an Order setting June 15, 2016 (the "Claims Bar Date") [Docket 136] as the deadline for filing prepetition claims (other than claims filed by governmental units, rejection damage claims and claims arising from the avoidance of transfers).  The Claims Bar Date has passed and as of the filing of this Motion, 63 claims have been filed in this Case.

**C.    The Claims**

The Debtor and the Debtor's professionals have been engaged in the process of reconciling the claims included in the Schedules and those filed against the Debtor in this Case.  As part of that process, the Claims, the Debtor's books and records related thereto and the orders entered in this Case were reviewed.  It was determined that the Claims represent amounts that were paid and or otherwise satisfied after the Petition Date pursuant to either the Employee Benefits Order or the Critical Vendor Order.

---

[2] Capitalized terms not otherwise defined in this Memorandum of Points and Authorities shall have the meaning given them in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**III.**

**ARGUMENT**

**A.** **Procedural Requirements for Objections to Claims**

Bankruptcy Rule 3007 governs the procedure for objections to claims and provides:

> An objection to an allowance of a claim shall be in writing and filed.
> A copy of the objection with notice of the hearing thereon shall be
> mailed or otherwise delivered to the claimant, the debtor or debtor in
> possession . . . at least thirty days prior to the hearing.

Fed. R. Bankr. P. 3007.  Pursuant to Bankruptcy Rule 3007, a copy of the Motion was mailed to the

Claimants at the addresses listed on the Claims Register, and, if appropriate, on the Claimants'

attorney, at least thirty (30) days prior to the hearing date for consideration of the Motion.

Accordingly, the Debtor has complied with Bankruptcy Rule 3007.

**B.** **The Court Must Determine the Allowance of a Claim Subject to Objection**

With certain exceptions, section 502(b) of the Bankruptcy Code requires, in relevant part,

that if a party in interest objects to a claim:

> the Court, after notice and a hearing, shall determine the amount of
> such claim in lawful currency of the United States as of the date of the
> filing of the petition, and shall allow such claim in such amount,
> except to the extent that --
>
> (1) such claim is unenforceable against the debtor and property of the
> debtor, under any agreement or applicable law for a reason other than
> because such claim is contingent or unmatured

11 U.S.C. § 502(b)(1).

**C.** **Claimant Has to Prove the Validity of the Claims by a Preponderance of the Evidence**

The Debtor has established through the declaration of James Hernandez, the President of the

Debtor, that based upon the Debtor's books and records all of the Claims, as reflected on **Exhibit A**

have been paid and/or otherwise satisfied after the Petition Date pursuant to the Court Orders.

If a Claimant contends that its respective Claim has not been satisfied, such Claimant has the

burden of proving, by a preponderance of the evidence, that its respective Claim was not satisfied.

*Ashford v. Consolidated Pioneer Mortgage (In re Consolidated Pioneer Mortgage)* 178 B.R. 222,

226 (B.A.P. 9th Cir. 1995), *aff'd* 91 F.3d 151 (9th Cir. 1996).  "[T]he ultimate burden of persuasion

is always on the claimant." *Holm,* 931 F.2d, 620, 623 (9th Cir. 1991).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**D.    The Objection**

The Debtor has determined that all prepetition amounts[3] owing to Claimants were satisfied after the Petition Date pursuant to the Court Orders.  To prevent any possibility of double payment, the Debtor requests that the Court enter an order finding that the Claims listed above have been satisfied and ruling that they are thus disallowed in their entirety.

**IV.**

**RESERVATION OF RIGHTS**

The Debtor has not attempted to raise in this Motion each defense, counterclaim, or setoff that may apply to the Claims.  If a response to this Motion is received, the Debtor reserves the right to amend, and supplement this Motion, or file additional objections to assert any defenses, counterclaims, and/or setoffs against the Claims.  In all instances, the Debtor reserves the right to file future objections or motions or to supplement this Motion as to the validity, amount, or status of the Claims, upon different grounds than set forth herein or otherwise.

**V.**

**CONCLUSION**

For the reasons set forth herein, the Debtor respectfully requests that the Court enter an order: (a) granting the Motion; (b) disallowing the Claims in their entirety as having been satisfied; and (c) granting the Debtor such other and further relief as may be appropriate under the circumstances.

Dated:  August 25, 2016          PACHULSKI STANG ZIEHL & JONES LLP

By     */s/ Linda F. Cantor*
        Linda F. Cantor (CA Bar No. 153762)
        Attorneys for California Hispanic
        Commission of Alcohol and Drug Abuse,
        Debtor and Debtor in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[3]  Prepetition amounts are those amounts that accrued against the Debtor prior to the Petition Date.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### DECLARATION OF JAMES HERNANDEZ

I, James Hernandez, declare as follows:

1.  I am the Executive Director of California Hispanic Commission on Drug and Alcohol Abuse, the above-captioned debtor and debtor in possession (the "Debtor"). I am primarily responsible for the operations and financial management of the Debtor, and in this capacity, I am generally familiar with the day-to-day operations, business and financial affairs of the Debtor.

2.  I make this Declaration in support of the *First Omnibus Motion of Debtor for Order Disallowing Claims That Have Been Paid or Otherwise Satisfied* (the "Motion"). Capitalized terms not otherwise defined herein have the meaning given them in the Motion.

3.  I have reviewed and analyzed or supervised the review and analysis of the relevant books and records of the Debtor, the Schedules filed by the Debtor in this case and the proofs of claim filed in this case in order to assist in the preparation of this Motion. I have also consulted with bankruptcy counsel.

4.  I have reviewed and analyzed or supervised the review and analysis of the Claims. I have diligently reviewed and analyzed or supervised the review and analysis of the Debtor's books and records as they relate to the Claims and have determined that all amounts owing to Claimants pursuant to the Claims have been satisfied after the Petition Date pursuant to the terms of the (1) *Order Authorizing the Debtor to Honor Prepetition Employee Benefits Programs* [Docket 91]; and the (2) *Order Authorizing the Debtor to Pay Critical Vendor Claims [Docket 92].*

4.  I believe the Claims should be disallowed in their entirety in order to prevent double payments on Claims that already have been satisfied in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day August, 2016, at Sacramento, California.

James Hernandez

1

### DECLARATION OF LINDA F. CANTOR

2

I, Linda F. Cantor, declare as follows:

3

1.      I am an attorney at law, duly licensed and entitled to practice before all courts in the

4

State of California.  I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to

5

the Debtor herein.

6

2.      I have personal knowledge of the facts set forth herein and could and would

7

competently testify thereto if called upon as a witness.

8

3.      I make this Declaration in support of *First Omnibus Motion of Debtor for Order*

9

*Disallowing Claims That Have Been Paid or Otherwise Satisfied* (the "Motion").  Capitalized terms

10

not defined in this Declaration shall have the same meaning ascribed to them as set forth in the

11

Motion.

12

4.      Pursuant to Local Bankruptcy Rule 3007-1(a)(4)(B) attached hereto as **Exhibit B** are

13

true and correct copies of pages from the Debtor's Schedules setting forth the Claims that are subject

14

to this Motion.

15

I declare under penalty of perjury under the laws of the United States of America that the

16

foregoing is true and correct.

17

Executed on this 25th day of August, 2016, at Los Angeles, California.

18

19

.                                                      */s/ Linda F. Cantor*

20

Linda F. Cantor

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

# In re California Hispanic Commission on Alcohol and Drug Abuse
## U.S.B.C. C.D. Cal. No. 8:16-bk-10424-SC

### Exhibit A
### Claims Paid Pursuant to Court Orders

| Claimant | Claim | Amount | Basis Objection |
|---|---|---|---|
| Abigal Barajas | Scheduled | $55.12 | Paid pursuant to the Employee Benefits Order. |
| Abila | Scheduled | $9,280.00 | Paid pursuant to the Critical Vendor Order. |
| Aida Yanson | Scheduled | $2,028.00 | Paid pursuant to the Critical Vendor Order. |
| Albert Perez | Scheduled | $18.79 | Paid pursuant to the Employee Benefits Order. |
| Alexander Molina | Scheduled | $25.82 | Paid pursuant to the Employee Benefits Order. |
| Alexis Lee | Scheduled | $63.53 | Paid pursuant to the Employee Benefits Order. |
| Alliance Member Services | Scheduled | $11,776.53 | Paid pursuant to the Critical Vendor Order. |
| Alma Bretado | Scheduled | $83.04 | Paid pursuant to the Employee Benefits Order. |
| American Inn & Suites | Scheduled | $4,200.00 | Paid pursuant to the Critical Vendor Order. |
| Bannia Bernal | Scheduled | $39.26 | Paid pursuant to the Employee Benefits Order. |
| Bells Garden Manor | Scheduled | $853.00 | Paid pursuant to the Critical Vendor Order. |
| Blue Shield of California | Scheduled | $92,354.19 | Paid pursuant to the Employee Benefits Order.  Prepetition amounts. |
| Brenda Morales | Scheduled | $35.07 | Paid pursuant to the Employee Benefits Order. |
| Claudia Angel | Scheduled | $42.28 | Paid pursuant to the Employee Benefits Order. |
| Claudia De Casas | Scheduled | $4.96 | Paid pursuant to the Employee Benefits Order. |
| Colonial Life Premium Processing | Scheduled | $4,330.77 | Paid pursuant to the Employee Benefits Order. |
| Danny Gutierrez | Scheduled | $27.75 | Paid pursuant to the Employee Benefits Order. |
| Diane Soto | Scheduled | $73.64 | Paid pursuant to the Employee Benefits Order. |
| Dr. David Anaya Sanchez | Scheduled | $1,890.00 | Paid pursuant to the Employee Benefits Order. |
| Eden Manor | Scheduled | $2,942.92 | Paid pursuant to the Critical Vendor Order. |
| Fort Dearborn Life Insurance | Scheduled | $407.02 | Paid pursuant to the Employee Benefits Order. |
| Golden Manor Board | Scheduled | $923.00 | Paid pursuant to the Critical Vendor Order. |
| Gualalupe Vital | Scheduled | $308.02 | Paid pursuant to the Employee Benefits Order. |
| Helen Aparicio | Scheduled | $21.56 | Paid pursuant to the Employee Benefits Order. |
| Hi-Tech Services | Scheduled | $5,950.00 | Paid pursuant to the Employee Benefits Order. |
| Jeannette Padilla-Smith | Scheduled | $40.74 | Paid pursuant to the Employee Benefits Order. |

| Claimant | Claim | Amount | Basis Objection |
|---|---|---|---|
| Jennifer Chan | Scheduled | $79.88 | Paid pursuant to the Employee Benefits Order. |
| Jennifer Romero | Scheduled | $57.46 | Paid pursuant to the Employee Benefits Order. |
| Jose Yair Torres | Scheduled | $83.58 | Paid pursuant to the Employee Benefits Order. |
| Karina Lopez Gomez | Scheduled | $26.16 | Paid pursuant to the Employee Benefits Order. |
| Karla Vanessa Mazariego | Scheduled | $69.96 | Paid pursuant to the Employee Benefits Order. |
| La Regional Foodbank | Scheduled | $2,270.87 | Paid pursuant to the Critical Vendor Order. |
| Landmark Healthplan | Scheduled | $406.74 | Paid pursuant to the Employee Benefits Order. |
| Leticia Montes | Scheduled | $28.65 | Paid pursuant to the Employee Benefits Order. |
| Lincoln Nat'l Life Insurance | Scheduled | $904.06 | Paid pursuant to the Employee Benefits Order. |
| Marcela Rivera | Scheduled | $30.70 | Paid pursuant to the Employee Benefits Order. |
| Maria Trujillo | Scheduled | $135.00 | Paid pursuant to the Employee Benefits Order. |
| Martha Coria | Scheduled | $87.19 | Paid pursuant to the Employee Benefits Order. |
| Mayra Guerrero | Scheduled | $194.59 | Paid pursuant to the Employee Benefits Order. |
| Michelle Hoaglin | Scheduled | $77.10 | Paid pursuant to the Employee Benefits Order. |
| Nailya Kutzhahova | Scheduled | $36.82 | Paid pursuant to the Employee Benefits Order. |
| Nancy Perez | Scheduled | $3,700.00 | Paid pursuant to the Critical Vendor Order. |
| Nancy Rivera | Scheduled | $9.98 | Paid pursuant to the Employee Benefits Order. |
| Natasha Medina | Scheduled | $48.62 | Paid pursuant to the Employee Benefits Order. |
| Nuvia Montes | Scheduled | $76.33 | Paid pursuant to the Employee Benefits Order. |
| Nina's Kitchen | Scheduled | $3,542.50 | Paid pursuant to the Employee Benefits Order. |
| Pasada (Pasadena) Hotel | Scheduled | $16,040.00 | Paid pursuant to the Critical Vendor Order. |
| Pico Rivera Gardens | Scheduled | $1,014.00 | Paid pursuant to the Critical Vendor Order. |
| Premier Access Insurance Co. | Scheduled | $13,648.50 | Paid pursuant to the Employee Benefits Order. |
| Premier Access Insurance Co. | Scheduled | $2,309.40 | Paid pursuant to the Employee Benefits Order. |
| Rocio Ojeda | Scheduled | $59.04 | Paid pursuant to the Employee Benefits Order. |
| Ruben Raya | Scheduled | $55.28 | Paid pursuant to the Employee Benefits Order. |
| Second Harvest Food Bank | Scheduled | $845.99 | Paid pursuant to the Critical Vendor Order. |
| Sierra Inn | Scheduled | $21,714.00 | Paid pursuant to the Critical Vendor Order. |
| Teresa Cabral | Scheduled | $600.00 | Paid pursuant to the Critical Vendor Order. |
| Tibis House Inc. | Scheduled | $1,500.00 | Paid pursuant to the Critical Vendor Order. |
| Transamerica | Scheduled | $2,498.25 | Paid pursuant to the Employee Benefits Order. |
| Victor Alanis | Scheduled | $106.03 | Paid pursuant to the Employee Benefits Order. |

# EXHIBIT B

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Linda F. Cantor (CA SBN 153762)<br>Victoria A. Newmark (CA SBN 183581)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd. 13 Floor<br>Los Angeles, CA  90067<br>Telephone: 310-277-6910<br>Fax: 310-201-0760<br><br>Proposed Counsel for the Debtor<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>California Hispanic Commission on Alcohol and Drug Abuse<br><br><br><br>Debtor(s) | CASE NO.:  8:16-10424-SC<br>CHAPTER:  11<br><br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B      ☐ Schedule C      ☒ Schedule D      ☒ Schedule E/F      ☒ Schedule G

☒ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☒ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers      ☐ Statement of Intention      ☒ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  3/21/16

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                          F 1007-1.1.AMENDED.SUMMARY

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,395.04 | $65,395.04 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

$65,395.04    $65,395.04

Date or dates debt was incurred

Basis for the claim:

**Total claim is $78,151.13 of which $65,395.04 is listed as priority for WR-FICA Unassessed taxes for 2016 and $12,756.09 is general unsecured for penalties and interest**

2016

Last 4 digits of account number **0210**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**20101 OFFICE FURNITURE**
2227 N. MERCE AVE.
SOUTH EL MONTE, CA 91733

Date(s) debt was incurred _

Last 4 digits of account number **2615**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Furniture**

Is the claim subject to offset? ■ No  ☐ Yes

$4,446.62

---

**3.2** Nonpriority creditor's name and mailing address

**Abigal Barajas**
9033 Washington Blvd
Pico Rivera, CA 90660

Date(s) debt was incurred  **20151**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

$55.12

---

**3.3** Nonpriority creditor's name and mailing address

**ABILA**
DEPT. 3303
P.O. BOX 123303
DALLAS, TX 75312-3303

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **2364**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting software.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

$9,280.00

---

**3.4** Nonpriority creditor's name and mailing address

**ACE COMM'L LAUNDRY EQUIPMENT**
14404 HOOVER ST
WESTMINSTER, CA 92683

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Washer and dryer at Unidos Recovery Center**

Is the claim subject to offset? ■ No  ☐ Yes

$628.00

---

Case 8:16-bk-10424-SC    Doc 114    Filed 03/21/16    Entered 03/21/16 18:16:29    Desc
Main Document    Page 25 of 65

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,028.00 |
|---|---|---|---|

**AIDA YANSON**
**1750 Colorado Blvd**
**Los Angeles, CA 90041**

Date(s) debt was incurred _2015_
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Housing for Full Partnership Services clients, a program under the Dept. of Mental Health.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.79 |
|---|---|---|---|

**Albert Perez**
**9842 W. 13th Street**
**Suite B**
**Garden Grove, CA 92844**

Date(s) debt was incurred _2016_
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.85 |
|---|---|---|---|

**Alexander Molina**
**MASA**
**2309 Daly Street**
**Los Angeles, CA 90031**

Date(s) debt was incurred _2015_
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.53 |
|---|---|---|---|

**Alexis Lee**
**9033 Washington Blvd**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _2016_
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,776.53 |
|---|---|---|---|

**Alliance Member Services**
**P.O BOX 49050**
**SAN JOSE, CA 95161-9050**

Date(s) debt was incurred _2015_
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Insurance for general liability and umbrella.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.04 |
|---|---|---|---|

**Alma Bretado**
**MASA**
**2309 Daly Street**
**Los Angeles, CA 90031**

Date(s) debt was incurred _2015_
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor**  California Hispanic Commission on Alcohol and Drug Abuse
_____  **Name**

**Case number** (If known) _____

| | |
|---|---|
| **3.11** Nonpriority creditor's name and mailing address<br>**American Express**<br>PO Box 0001<br>Los Angeles, CA 90096 | **As of the petition filing date, the claim is:** Check all that apply.     $59,853.23<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | **Basis for the claim:**  Credit card charges<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.12** Nonpriority creditor's name and mailing address<br>**AMERICAN INDEPENDENT SECURITY**<br>2034 E LINCOLN AVE., #318<br>ANAHEIM, CA 92806 | **As of the petition filing date, the claim is:** Check all that apply.     $80.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | **Basis for the claim:**  Alarm monitoring at Unidos Recovery Center<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.13** Nonpriority creditor's name and mailing address<br>**AMERICAN INN & SUITES**<br>310 East Foothill Blvd<br>Pomona, CA 91767 | **As of the petition filing date, the claim is:** Check all that apply.     $9,744.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Rooms for the homeless.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.14** Nonpriority creditor's name and mailing address<br>**ANGEL MOTEL**<br>6623 S. Rosemead Blvd<br>Pico Rivera, CA 90660 | **As of the petition filing date, the claim is:** Check all that apply.     $4,200.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | **Basis for the claim:**  Lodging for Full Service Partnership clients, a program under the Dept. of Mental Health Programs.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.15** Nonpriority creditor's name and mailing address<br>**ARAMARK UNIFORM SERVICES**<br>AUS WEST LOCKBOX<br>P.O. BOX 101179<br>PASADENA, CA 91189-1005 | **As of the petition filing date, the claim is:** Check all that apply.     $3,342.88<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | **Basis for the claim:**  Laundry services<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.16** Nonpriority creditor's name and mailing address<br>**ARKADIN, INC.**<br>LOCKBOX #32726<br>COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0726 | **As of the petition filing date, the claim is:** Check all that apply.     $123.32<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | **Basis for the claim:**  Phone conference service<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.17** Nonpriority creditor's name and mailing address<br>**AT & T**<br>P.O. BOX 5019<br>CAROL STREAM, IL 60197-5019 | **As of the petition filing date, the claim is:** Check all that apply.     $1,120.83<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | **Basis for the claim:**  Internet for La Familia recovery center.<br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **California Hispanic Commission on Alcohol and Drug Abuse** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,929.99 |
|---|---|---|---|

**3.18**

Nonpriority creditor's name and mailing address
**AT & T**
**PAYMENT CENTER**
**SACRAMENTO, CA 95887**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landline phones at facilities.

Is the claim subject to offset? ■ No ☐ Yes

$5,929.99

---

**3.19**

Nonpriority creditor's name and mailing address
**AT&T Global Services**
**P.O. Box 8102**
**Aurora, IL 60507**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone services.

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.20**

Nonpriority creditor's name and mailing address
**AT&T LONG DISTANCE**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197-5018**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone service.

Is the claim subject to offset? ■ No ☐ Yes

$523.71

---

**3.21**

Nonpriority creditor's name and mailing address
**AT&T MOBILITY**
**P.O. BOX 6463**
**CAROL STREAM, IL 60197-6463**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wireless service.

Is the claim subject to offset? ■ No ☐ Yes

$6,055.61

---

**3.22**

Nonpriority creditor's name and mailing address
**AT&T U-VERSE (SM)**
**P.O. BOX 5014**
**CAROL STREAM, IL 60197-5014**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Internet MASA center.

Is the claim subject to offset? ■ No ☐ Yes

$429.75

---

**3.23**

Nonpriority creditor's name and mailing address
**ATHENS SERVICES**
**P.O. BOX 60009**
**CITY OF INDUSTRY, CA 91716**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Waste services.

Is the claim subject to offset? ■ No ☐ Yes

$166.78

---

**3.24**

Nonpriority creditor's name and mailing address
**Bannia Bernal**
**3316 West Beverly Boulevard**
**Montebello, CA 90640**

Date(s) debt was incurred __2015__
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Is the claim subject to offset? ■ No ☐ Yes

$39.26

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.03 |
|---|---|---|---|

**BAY ALARM**
P.O. BOX 7137
SAN FRANCISCO, CA 94120-7137

Date(s) debt was incurred __2015__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Alarm services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.00 |
|---|---|---|---|

**BELLS GARDEN MANOR**
8424 S. Eastern Ave
Bell Gardens, CA 90201

Date(s) debt was incurred __2015__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Housing for Full Partnesrhip Service clients, a program under the Dept. of Mental Health.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,354.19 |
|---|---|---|---|

**BLUE SHIELD OF CALIFORNIA**
ATTN: NORA GALICIA
4203 TOWN CENTER DRIVE
EL DORADO HILLS, CA 95762

Date(s) debt was incurred __2015__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Medical insurance.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,651.45 |
|---|---|---|---|

**BODE & BODE LOCK & SAFE**
1215 21ST STREET
SACRAMENTO, CA 95811

Date(s) debt was incurred __2015__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Key services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.07 |
|---|---|---|---|

**Brenda Morales**
2309 Daly Street
Los Angeles, CA 90031

Date(s) debt was incurred __2016__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $563.57 |
|---|---|---|---|

**CA EMPLOYERS ASSOCIATION**
1451 River Park Dr. #116
Sacramento, CA 95815

Date(s) debt was incurred __2015__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Labor law poster__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.66 |
|---|---|---|---|

**CITY OF LOS ANGELES - LAHD**
Billing & Collection Unit
P.O. BOX 30970
LOS ANGELES, CA 90030-0970

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities.**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**City of Montebello**
1600 W. Beverly Blvd
Montebello, CA 90640

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business tax application fee**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $434.80 |
|---|---|---|---|

**CITY OF SACRAMENTO**
P.O. BOX 2770
SACRAMENTO, CA 95812-2770

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Latinas Business License fee**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**CITY OF SACRAMENTO**
915 "I" Street
SACRAMENTO, CA 95814

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **City inspection fee**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $652.00 |
|---|---|---|---|

**CITY OF VACAVILLE**
P.O. Box 6178
Vacaville, CA 95696

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent for IAB Office**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**CITY OF VACAVILLE POLICE DEPT**
660 MERCHANT STREET
VACAVILLE, CA 95688

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm permit-IAB Office**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.28 |
|---|---|---|---|

**Claudia Angel**
2309 Daly Street
Los Angeles, CA 90031

Date(s) debt was incurred **2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.72**

**Claudia Cuevas**
9033 Washington Blvd.
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016
Last 4 digits of account number _

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.96**

**Claudia De Casas**
9033 Washington Blvd
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016
Last 4 digits of account number _

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,750.00**

**CLINIVATE**
115 CALIFORNIA BLVD., SUITE 156
PASADENA, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015
Last 4 digits of account number _

Basis for the claim:  **Software license for DMH programs**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,330.77**

**COLONIAL LIFE**
PREMIUM PROCESSING
P.O. BOX 903
COLUMBIA, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015
Last 4 digits of account number _

Basis for the claim:  **Life insurance premiums.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229.91**

**COMMERCIAL WASTE SERVICES INC.**
P.O. BOX 820
MONTEBELLO, CA 90640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015
Last 4 digits of account number _

Basis for the claim:  **Waste services.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**COUNTY OF LOS ANGELES**
1000 S. FREMONT AVE., # 34
BLDG A-9 EAST
ALHAMBRA, CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015
Last 4 digits of account number _

Basis for the claim:  **Referral fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78.00**

COUNTY OF ORANGE HEALTH CARE A
P.O. BOX 689
SANTA ANA, CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim:  __Referral fees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,617.00**

COVERALL NORTH AMERICA, INC.
2955 MOMENTUM PLACE
CHICAGO, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim:  __Janitorial services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,020.00**

D3 CONSULTANTS INC.
181 MAY AVENUE, UNIT A
MONROVIA, CA 91016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim:  __Consulting services for Pathway Center.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.75**

Danny Gutierrez
2309 Daly Street
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__
Last 4 digits of account number _

Basis for the claim:  __Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427.00**

DEPARTMENT OF JUSTICE
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim:  __Live scan services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,501.00**

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942894
SACRAMENTO, CA 94294-0894

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim:  __Vehicle registration fee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$681.00**

DEPARTMENT OF SOCIAL SERVICES
PO Box 944243
Sacramento, CA 94244-2430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim:  __Renewal licensing fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.64 |
|---|---|---|---|

**3.58** Nonpriority creditor's name and mailing address
Diane Soto
10012 Norwalk Blvd
Suite 140
Santa Fe Springs, CA 90670

Date(s) debt was incurred  2016
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $73.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Petty cash reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address
DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $103.99
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cable service.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address
DISH
P.O. BOX 94063
PALATINE, IL 60094-4063

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $52.81
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cable service.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address
DR. DAVID ANAYA SANCHEZ
1800 Bush Street
Santa Ana, CA 92706

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $1,890.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered at recovery centers.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address
Draeger Safety Diagnosis, Inc.
4040 W. Royal Lane
Suite 136
Irving, TX 75063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $106,933.89
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contingent debt for Drive Right Ignition Interterlock, Inc., a private profit corporation in which the Debtor has a 92% ownership interest and for which CHCADA guaranteed the debt by Drive Right to Draeger**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address
DSA TECHNOLOGIES, INC.
2372 MARITIME DRIVE
ELK GROVE, CA 95758

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $4,295.92
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet upgrade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.64** Nonpriority creditor's name and mailing address

EDEN MANOR
8919 California Ave
South Gate, CA 90280

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **House for Full Partnership Services clients, a program under the Dept. of Mental Health.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

**$2,942.00**

---

**3.65** Nonpriority creditor's name and mailing address

Episcopal Housing
45 N. San Gabriel Blvd.
Pasadena, CA 91107

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Housing for Pathway.**

Is the claim subject to offset? ■ No ☐ Yes

**$72.00**

---

**3.66** Nonpriority creditor's name and mailing address

FEDERAL EXPRESS CORP.
P.O. BOX 7221
PASADENA, CA 91109-7321

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage and shipping services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,217.42**

---

**3.67** Nonpriority creditor's name and mailing address

FIRETECH SERVICES
1012 W. BEVERLY BLVD. PMB 321
MONTEBELLO, CA 90640

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Alarm Services at Aguila recovery center**

Is the claim subject to offset? ■ No ☐ Yes

**$2,951.44**

---

**3.68** Nonpriority creditor's name and mailing address

FORT DEARBORN LIFE INSURANCE
36788 EAGLE WAY
CHICAGO, IL 60678-1367

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Life insurance premiums.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

**$407.02**

---

**3.69** Nonpriority creditor's name and mailing address

GE Capital
PO Box 31001-0271
Pasadena, CA 91110

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier/formerly Toshiba**

Is the claim subject to offset? ■ No ☐ Yes

**$5,975.25**

---

**3.70** Nonpriority creditor's name and mailing address

GENESIS TITLE HOLDING CO.
1419 21St Street
Sacramento, CA 95811

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Operating Expenses for leases held by Genisis**

Is the claim subject to offset? ■ No ☐ Yes

**$773,157.15**

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $923.00 |
|---|---|---|---|

**GOLDEN MANOR BOARD**
1109 W. Beverly
Montebello, CA 90640

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Housing for Full Partnership Services Clients, a program under the Dept. of Mental Health.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283.86 |
|---|---|---|---|

**GRAVES SERVICES, INC.**
9630 JOHN ST., SUITE 101
SANTA FE SPRINGS, CA 90670

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Air Conditioning services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.02 |
|---|---|---|---|

**Gualalupe Vital**
40 Eldridge
Suite 10-A
Vacaville, CA 95688

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**HANKIN SPECIALTY ELEVATOR, IN**
3237 Fitzgerald Rd
Rancho Cordova, CA 95742

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Elevator services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.56 |
|---|---|---|---|

**Helen Aparicio**
2309 Daly Street
Los Angeles, CA 90031

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|

**HI-TECH SERVICES**
115 W. CALIFORNIA #250
PASADENA, CA 91105

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services for prevention program.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,615.35 |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICES**
DEPT. 32-2149092011
P.O. BOX 183175
COLUMBUS, OH 43218-3175

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Building materials for maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.96 |
|---|---|---|---|

**INTEGRATED OFFICE TECHNOLOGY**
12150 MORA DR #2
SANTA FE SPRINGS, CA 90670

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Shipping fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,756.09 |
|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Interest and penalties__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,929.92 |
|---|---|---|---|

**JD TELCOM**
13172 MESA VIEW DR
VICTORVILLE, CA 92392

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Phone installation at Unidos recovery center__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.74 |
|---|---|---|---|

**Jeannette Padilla-Smith**
3316 W. Beverly Blvd
Montebello, CA 90640

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.88 |
|---|---|---|---|

**Jennifer Chan**
9033 Washington Blvd
Pico Rivera, CA 90660

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim:  __Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.46

JENNIFER ROMERO
IAB
40 ELDRIDGE, SUITE 10-B
Vacaville, CA 95688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015

**Basis for the claim:**  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

John Becerra
c/o Michael Walsh, PC
420 Exchange
Irvine, CA 92602

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Lawsuit pending

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00

Jose Robles
P.O. Box 39A61
Los Angeles, CA 90039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Gardening services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.58

Jose Yair Torres
2309 Daly Street
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.16

Karina Lopez Gomez
2309 Washington Blvd.
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.96

Karla Vanessa Mazariego
2309 Daly Street
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

**Basis for the claim:**  Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) _____
| Name |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>LA COUNTY SHERIFF DEPT.<br>P.O. BOX 843580<br>Los Angeles, CA 90084-3580<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$150.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Garnishment**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>LA DEPT. OF WATER AND POWER<br>P.O. BOX 30808<br>LOS ANGELES, CA 90030-0808<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$3,904.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Water and electric services at Latinos recovery center.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>LA REGIONAL FOODBANK<br>1734 E. 41ST STREET<br>LOS ANGELES, CA 90058<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$2,270.87**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Food for LA recovery centers. Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>LANDMARK HEALTHPLAN<br>P.O. BOX 130028<br>SACRAMENTO, CA 95853<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$406.74**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Chiropratic services. Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>LAW OFFICES OF EMILIO J HUERTA<br>P.O. BOX 2244<br>BAKERSFILED, CA 93303<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$9,832.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>LEGALSHIELD<br>P.O. Box 2629<br>Ada, OK 74821<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$15.95**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Reimbursement expense**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.95** | Nonpriority creditor's name and mailing address
Leticia Montes
9033 Washington Blvd
Pico Rivera, CA 90660

Date(s) debt was incurred  **2016**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$28.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address
LEWITT, HACKMAN, SHAPIRO,
    MARSHALL & HARLAN
16633 VENTURA BLVD. #1
ENCINO, CA 91436

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$34,324.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address
LILIA T OJANO-BRACCO
216 Gainsborough Circle
Folsom, CA 95630

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan advanced to the Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address
LINCOLN NAT'L LIFE INSURANCE
P.O. BOX 0821
CAROL STREAM, IL 60132-0821

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$904.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address
Lisa Gamboa
c/o Kevin Mahoney, Esq
249 East Ocean Blvd
Suite 814
Long Beach, CA 90802

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address
Long Term Care Properties
7 Corporate Plaza
Newport Beach, CA 92660

Date(s) debt was incurred  **2014-2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,400,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.101** Nonpriority creditor's name and mailing address

Los Angeles County Tax Collector
P.O. Box 51391
Los Angeles, CA 90051

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,062.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real Property**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address

Marcela Rivera
CASCFSP
9033 Washington Blvd.
Pico Rivera, CA 90660

Date(s) debt was incurred _2016_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$30.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

Maria Trujillo
961 S. Concord Street
Los Angeles, CA 90023

Date(s) debt was incurred _2016_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$135.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vision claim.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

Martha Coria
9033 Washington Blvd
Pico Rivera, CA 90660

Date(s) debt was incurred _2016_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$87.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

Mayra Guerrero
2309 Daly Street
Los Angeles, CA 90031

Date(s) debt was incurred _2016_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$194.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Michelle Hoaglin
1419 21st Street
Sacramento, CA 95811

Date(s) debt was incurred _2016_
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$77.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Per diem expense.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.76**

Nahara Martinez
2309 Daly Street
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**
Last 4 digits of account number **_**

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.82**

Nailya Kutzhahova
9033 Washington Blvd
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**
Last 4 digits of account number **_**

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00**

NANCY PEREZ
20 Verdin Lane
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number **_**

Basis for the claim:  **Rent for Serenidad.  Pursuant to a Court Order dated March 4, 2016 [Docket 92], the Debtor is authorized to pay this claim.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.98**

Nancy Rivera
MASA
2309 Daly Street
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**
Last 4 digits of account number **_**

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.86**

NASA SERVICES
P.O. BOX 1755
MONTEBELLO, CA 90640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2915**
Last 4 digits of account number **_**

Basis for the claim:  **Waste services.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.62**

Natasha Medina
9033 Washington Blvd
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**
Last 4 digits of account number **_**

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,627.00** |
|---|---|---|---|

**3.113**
Nonpriority creditor's name and mailing address
**NESHEK'S AUTO**
5034 E. THIRD ST.
LOS ANGELES, CA 90022

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$1,627.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs for 3 Vans located at three facilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114**
Nonpriority creditor's name and mailing address
**NINA'S KITCHEN**
9623 LA DOCENA LANE
PICO RIVERA, CA 90660

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$3,542.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food for the homeless.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay $3,139.50 these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115**
Nonpriority creditor's name and mailing address
**NON PROFIT UNITED WORKERS COMP**
610 FULTON AVE., STE 200
SACRAMENTO, CA 95825

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$60,846.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers compensation premiums.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116**
Nonpriority creditor's name and mailing address
**NONPROFIT TECHNOLOGIES, INC.**
631 NORTH US HWY 1 SUITE 101
NORTH PALM BEACH, FL 33408

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$112.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117**
Nonpriority creditor's name and mailing address
**Nuvia Montes**
2309 Daly Street
Los Angeles, CA 90031

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$76.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118**
Nonpriority creditor's name and mailing address
**OC FIRE PROTECTION**
137 W. BRISTOL LANE
ORANGE, CA 92865

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$226.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fire extinguisher- Unidos recovery center**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119**
Nonpriority creditor's name and mailing address
**Office of the Attorney General of CA**
1300 I Street
Sacramento, CA 95814

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.127** Nonpriority creditor's name and mailing address

**Pasada (Pasadena) Hotel**
3625 E. Colorado Blvd
Pasadena, CA 91107

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,040.00

Basis for the claim:  **Rooms for the homeless.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address

**PERFORMANCE SYSTEMS L.C.**
1701 WEST D ST.
VINTON, IA 52349

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

Basis for the claim:  **Shipping fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address

**PICO RIVERA GARDENS**
6525 Rosemead Blvd
Pico Rivera, CA 90660

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,014.00

Basis for the claim:  **Housing for Full Partnership Services clients, a program under the Dept. of Mental Health.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

**PICO WATER DISTRICT**
P.O. BOX 758
PICO RIVERA, CA 90660

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$120.80

Basis for the claim:  **Utilities.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

**PINNACLE**
600 Broadway Ste C
Sacramento, CA 95818

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$81.64

Basis for the claim:  **Pest control services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

**PREMIER ACCESS INSURANCE CO.**
DEPT. #34114
P.O. BOX 39000
SAN FRANCISCO, CA 94139

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,648.50

Basis for the claim:  **Dental insurance premiums.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.133** | Nonpriority creditor's name and mailing address
**PREMIER ACCESS INSURANCE CO.**
P.O. Box 39000
Dept 34114
San Francisco, CA 94139
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Dental claim.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

**$2,309.40**

---

**3.134** | Nonpriority creditor's name and mailing address
**PURCHASE POWER**
P.O. BOX 371874
PITTSBURGH, PA 15250-7874
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Postage-Finance charge**

Is the claim subject to offset? ■ No ☐ Yes

**$65.38**

---

**3.135** | Nonpriority creditor's name and mailing address
**R&S ARCHITECTURAL PRODUCTS INC. OF SACRAMENTO**
8711 ELDER CREEK RD., STE. 400
SACRAMENTO, CA 95828
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Maintenance gate operating fees**

Is the claim subject to offset? ■ No ☐ Yes

**$424.00**

---

**3.136** | Nonpriority creditor's name and mailing address
**RAM SECURITY**
527 N. AZUSA AVE., #385
COVINA, CA 91722
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Alarm monitoring system**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.137** | Nonpriority creditor's name and mailing address
**RAVEN TERMITE & PEST CONTROL**
3227 PRODUCER WAY, UNIT 101
POMONA, CA 91768
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pest control services**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.138** | Nonpriority creditor's name and mailing address
**REPUBLIC SERVICES #922**
P.O. BOX 78829
PHOENIX, AZ 85062-8829
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Waste services.**

Is the claim subject to offset? ■ No ☐ Yes

**$352.97**

---

**3.139** | Nonpriority creditor's name and mailing address
**RICH MINISTRIES**
1419 21st Street
Sacramento, CA 95811
Date(s) debt was incurred **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Donation**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.04**

Rocio Ojeda
2309 Daly Street
Los Angeles, CA 90031

Date(s) debt was incurred **2016**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,716.89**

ROCKER BROS.
405 N. Centinela
Inglewood, CA 90302

Date(s) debt was incurred **2015**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food for three facilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.28**

Ruben Raya
CASCFSP
9033 Washington Blvd.
Pico Rivera, CA 90660

Date(s) debt was incurred **2016**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$871.65**

SACRAMENTO COUNTY TAX
UNSECURED TAX UNIT
P.O. BOX 508
SACRAMENTO, CA 95812-0508

Date(s) debt was incurred **2015**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.57**

SACRAMENTO COUNTY UTILITIES
PO Box 1804
Sacramento, CA 95812

Date(s) debt was incurred **2015**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities for Caldera home.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$845.99**

SECOND HARVEST FOOD BANK
8014 MARINE WAY
IRVINE, CA 92618

Date(s) debt was incurred **2015**
Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food for two facilities.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **California Hispanic Commission on Alcohol and Drug Abuse**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,939.98** |

3.146  **Nonpriority creditor's name and mailing address**
**SIEMENS HEALTHCARE DIAGNOSTICS**
**P.O. BOX 121102**
**DALLAS, TX 75312-1102**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$4,939.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Testing supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.147  **Nonpriority creditor's name and mailing address**
**SIERRA**
**9950 HORN ROAD, STE. 5**
**SACRAMENTO, CA 95827**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$1,289.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Office supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.148  **Nonpriority creditor's name and mailing address**
**SIERRA INN**
**1171 N DURFEE AVE.**
**S. EL MONTE, CA 91733**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$21,714.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Housing for the homeless.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.149  **Nonpriority creditor's name and mailing address**
**SMUD**
**P.O. BOX 15555**
**SACRAMENTO, CA 95852**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$119.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utilities.**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.150  **Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA EDISON**
**P.O. BOX 300**
**ROSEMEAD, CA 91772-0001**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$4,842.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Electric charges for 5 facilities.**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.151  **Nonpriority creditor's name and mailing address**
**SSD SYSTEM**
**1740 N. Lemon Street**
**Anaheim, CA 92801**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$689.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Alarm services for Pathway facility**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.152  **Nonpriority creditor's name and mailing address**
**ST. GROUP**
**910 FLORIN ROAD, SUITE 111**
**SACRAMENTO, CA 95831**

Date(s) debt was incurred  2015
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$4,950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Accounting fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.153** | Nonpriority creditor's name and mailing address
**STANLEY PEST CONTROL--S. ELMONTE**
**2555 LOMA AVENUE**
**SOUTH EL MONTE, CA 91733-1417**

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest control services**

Is the claim subject to offset? ■ No  ☐ Yes

$597.00

---

**3.154** | Nonpriority creditor's name and mailing address
**STAPLES**
**DEPT. LA 1368**
**P.O. BOX 83689**
**CHICAGO, IL 60696-3689**

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$4,491.63

---

**3.155** | Nonpriority creditor's name and mailing address
**STRAIGHT UP REALITY IMPROVEMENTS**
**9553 SANTA MARIA STREET**
**Ventura, CA 93004**

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant Services**

Is the claim subject to offset? ■ No  ☐ Yes

$1,500.00

---

**3.156** | Nonpriority creditor's name and mailing address
**Teresa Cabral**
**7017 Bonnievale Ave**
**Pico Rivera, CA 90660**

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Housing for Full Partnership Services clients, a program under the Dept. of Mental Health.  Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No  ☐ Yes

$600.00

---

**3.157** | Nonpriority creditor's name and mailing address
**THE BUGMAN**
**525 NORTH SHEPARD STREET**
**ANAHEIM, CA 92806**

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest control services**

Is the claim subject to offset? ■ No  ☐ Yes

$99.00

---

**3.158** | Nonpriority creditor's name and mailing address
**THE GAS COMPANY**
**P.O. BOX C**
**MONTEREY PARK, CA 91756**

Date(s) debt was incurred  **2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities.**

Is the claim subject to offset? ■ No  ☐ Yes

$4,244.45

---

Debtor **California Hispanic Commission on Alcohol and Drug Abuse**
Name

Case number (if known) _____

| | |
|---|---|
| **3.159** | |

**Nonpriority creditor's name and mailing address**
TIBIS HOUSE INC.
4611 Catalpa Street
Los Angeles, CA 90032

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,500.00**

Basis for the claim: **Housing for Full Partnership Services clients, a program under the Dept. of Mental Health. Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.160** | |

**Nonpriority creditor's name and mailing address**
TIME WARNER CABLE
P.O. BOX 60074
CITY OF INDUSTRY, CA 91771-6007

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$559.21**

Basis for the claim: **Cable services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.161** | |

**Nonpriority creditor's name and mailing address**
TIME WARNER CABLE
P.O. BOX 223085
PITTSBURGH, PA 15251-2085

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$607.14**

Basis for the claim: **Cable services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.162** | |

**Nonpriority creditor's name and mailing address**
TNT AUTO REPAIR
4739 TELEGRAPH ROAD
LOS ANGELES, CA 90022

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$486.00**

Basis for the claim: **Van repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163** | |

**Nonpriority creditor's name and mailing address**
TRANSAMERICA
1150 S OLIVE STREET
LOS ANGELES, CA 90015

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,498.25**

Basis for the claim: **Fees for the Debtor's 401K's administrator. Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.164** | |

**Nonpriority creditor's name and mailing address**
U.S. FIRE PROTECTION CO.
P.O. Box 39093
Downey, CA 90239

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$804.45**

Basis for the claim: **Annual fire extinguisher service**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.165** | |

**Nonpriority creditor's name and mailing address**
U.S. HEALTHWORKS
P.O. BOX 50042
LOS ANGELES, CA 90074

Date(s) debt was incurred **2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,422.00**

Basis for the claim: **Physical and urine testing services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **California Hispanic Commission on Alcohol and Drug Abuse**                Case number (if known) _____
Name

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.80 |

**ULINE SHIP SUPPLIES**
P.O. BOX 88741
CHICAGO, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,382.29 |

**US BANK**
P.O. Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Credit card charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.46 |

**VALLEY VISTA SERVICES**
17445 E. RAILROAD  STREET
CITY OF INDUSTRY, CA 91748-1088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Waste services.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,416.74 |

**VAULTLOGIX**
P.O. BOX 842605
BOSTON, MA 02284-2605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Data back up services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459.69 |

**VERIZON CALIFORNIA**
P.O. BOX 9688
MISSION HILLS, CA 91346-9688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Phone service for CASC CR.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.03 |

**Victor Alanis**
CASC
9033 Washington Blvd.
Pico Rivera, CA 90660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Employee mileage reimbursement.  Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $539.91 |

**WASTE MANAGEMENT-COMPTON**
P.O. BOX 78251
PHOENIX, AZ 85062-8251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**
Last 4 digits of account number _

Basis for the claim:  **Waste services.**

Is the claim subject to offset? ■ No ☐ Yes

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **FIRST OMNIBUS MOTION FOR ORDER DISALLOWING CLAIMS THAT HAVE BEEN PAID OR OTHERWISE SATISFIED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JAMES HERNANDEZ AND LINDA F. CANTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 25, 2016** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 25, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 25, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court - Central District of California
Santa Ana Division
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2016 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:300702.1 12548/001

**F 9013-3.1.PROOF.SERVICE**

In re:  **California Hispanic Commission on Alcohol and Drug Abuse, Inc.**
**Case No.   8:16-bk-10424-SC**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Bert Briones    ecfmailonly@gmail.com, bb@redhilllawgroup.com
- Alberto J Campain    campain@ecofflaw.com, kay@ecofflaw.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Andy J Epstein    taxcpaesq@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- James C Harman    james.harman@coco.ocgov.com, patti.owens@coco.ocgov.com
- Randall P Mroczynski    randym@cookseylaw.com
- Victoria Newmark    vnewmark@pszjlaw.com
- R G Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com
- Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- John H Wunsch    bankruptcycls@wellsfargo.com, wunschjh@wellsfargo.com

2.  **SERVED BY UNITED STATES MAIL**:

Office of U.S. Trustee
Nancy Goldenberg
411 West Fourth Street
Suite 7160
Santa Ana, CA  92701-8000

Debtor
California Hispanic Commission on
Drug and Alcohol Abuse
1419 21st Street
Sacramento, CA 95811-5208

Request for Special Notice
John H. Wunsch (SBN 133853)
OFFICE OF THE GENERAL COUNSEL
WELLS FARGO & COMPANY
21680 Gateway Center Drive, Suite 280
Diamond Bar, California 91765-2435

Long Term Care Properties, Inc.
7 Corporate Plaza
Newport Beach, CA 92660-7904

Genesis Title Holding Corp.
1419 21st Street
Sacramento, CA 95811-5208

**20 Largest Creditors**

Blue Shield of California
Attn. Nora Galicia
4203 Town Center Dr.
El Dorado Hills, CA 95762-7100

American Express
P.O. Box 981537
El Paso, TX  79998

American Express
P.O. Box 0001
Los Angeles, CA  90096

Non-Profit United Worker's Comp.
610 Fulton Ave.,.#200
Sacramento, CA 95825-4867

James Hernandez
Principal/Owner
California Hispanic Commission on
  Drug and Alcohol Abuse
1419 21st Street
Sacramento, CA 95811-5208

Lewitt, Hackman, Shapiro, et al.
16633 Ventura Blvd., #1100
Encino, CA 91436-1870

Prosight Specialty Ins.
P.O. Box 969
Westbrook, CT 06498-0969

Ford Motor Credit
P.O. Box 54200
Omaha, NE 68154-8000

Ford Credit
P.O. Box 7172
Pasadena, CA  91109-7171

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:300702.1 12548/001

**F 9013-3.1.PROOF.SERVICE**

Home Depot Credit Services
P.O. Box 183175
Dept. 32-2149092011
Columbus, OH 43218-3175

Clinivate
115 California Blvd., #156
Pasadena,CA 91105-3005

Premier Access Ins. Co.
P.O. Box 39000
Dept. 34114
San Francisco, CA 94139-0001

Alliance Member Services
P.O. Box 49050
San Jose, CA 95161-9050

Abila
Dept. 3303
P.O. Box 12303
Dallas, TX 75312-0001

JD Telecom
31372 Mesa View Dr.
Victorville, CA 92392

Coverall North America Inc.
2955 Momentum Pl.
Chicago, IL 60689-5329

2010 Office Furniture
2227 N. Merce Ave.
South El Monte, CA 91733-2622

Toshiba Financial Services
P.O. Box 31001-0271
Pasadena, CA 95110

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.