| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeremy V. Richards (CA Bar No. 102300)<br>Linda F. Cantor (CA Bar No. 153762)<br>Victoria A. Newmark (CA Bar No. 183581)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: lcantor@pszjlaw.com<br>☒ *Attorney for:* California Hispanic Commission on Alcohol and Drug Abuse, Debtor and Debtor-in-Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>CALIFORNIA HISPANIC COMMISSION ON ALCOHOL AND DRUG ABUSE,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-BK-10424-SC<br>CHAPTER: 11<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: SEPTEMBER 29, 2016<br>TIME: 11:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>           Santa Ana, CA 92701-4593<br><br>Judge: Hon. Scott Clarkson |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: _____ ABILA _____

2. **NOTICE IS HEREBY GIVEN** that the undersigned has filed an objection to your Proof of Claim (**Scheduled Claim**) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith. **Also attached and served herewith as Exhibit B is a copy of the page of Schedule F of the Debtor's Amended Schedules of Assets and Liabilities which relates only to your claim. The other pages of Exhibit B do not relate to your Claim and are, therefore, not attached to this Notice.**

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

    **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: August 25, 2016

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

*/s/ Linda F. Cantor*
Signature

Date Notice Mailed: August 25, 2016

Linda F. Cantor
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 3007-1.1.NOTICE.OBJ.CLAIM**
DOCS_LA:300706.1 12548/001

1 Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
2 Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
3 10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
4 Telephone: 310/277-6910
Facsimile: 310/201-0760
5
E-mail:     jrichards@pszjlaw.com
6           lcantor@pszjlaw.com
            vnewmark@pszjlaw.com
7
8 Attorneys for California Hispanic Commission on Alcohol
and Drug Abuse, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>CALIFORNIA HISPANIC COMMISSION ON ALCOHOL AND DRUG ABUSE, INC.<br><br>　　　　　　　　　Debtor. | Case No.: 8:16-bk-10424-SC<br><br>Chapter 11<br><br>**FIRST OMNIBUS MOTION FOR ORDER DISALLOWING CLAIMS THAT HAVE BEEN PAID OR OTHERWISE SATISFIED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JAMES HERNANDEZ AND LINDA F. CANTOR**<br><br>**Hearing Date:**<br>Date:   September 29, 2016<br>Time:   11:00 a.m.<br>Place:  U.S. Bankruptcy Court<br>　　　　411 West Fourth Street<br>　　　　Courtroom 5C<br>　　　　Santa Ana, CA 92701-4593<br><br>Judge: Hon. Scott Clarkson<br><br>**This Motion Affects the Scheduled Claims of the Following Claimants:**<br><br>Abigal Barajas<br>Abila<br>Aida Yanson<br>Albert Perez<br>Alexander Molina |

DOCS_LA:300678.2 12548/001                               1

- Alexis Lee
- Alliance Member Services
- Alma Bretado
- American Inn & Suites
- Bannia Bernal
- Bells Garden Manor
- Blue Shield Of California
- Brenda Morales
- Claudia Angel
- Claudia De Casas
- Colonial Life
- Danny Gutierrez
- Diane Soto
- Dr. David Anaya Sanchez
- Eden Manor
- Fort Dearborn Life Insurance
- Golden Manor Board
- Gualalupe Vital
- Helen Aparicio
- Hi-Tech Services
- Jeannette Padilla-Smith
- Jennifer Chan
- Jennifer Romero
- Jose Yair Torres
- Karina Lopez Gomez
- Karla Vanessa Mazariego
- La Regional Foodbank
- Landmark Healthplan
- Leticia Montes
- Lincoln Nat'l Life Insurance
- Marcela Rivera
- Maria Trujillo
- Martha Coria
- Mayra Guerrero
- Michelle Hoaglin
- Nailya Kutzhahova
- Nancy Perez
- Nancy Rivera
- Natasha Medina
- Nuvia Montes
- Nina's Kitchen
- Pasada (Pasadena) Hotel
- Pico Rivera Gardens
- Premier Access Insurance Co.
- Premier Access Insurance Co.
- Rocio Ojeda
- Ruben Raya
- Second Harvest Food Bank
- Sierra Inn
- Teresa Cabral
- Tibis House Inc.
- Transamerica
- Victor Alanis

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE CLAIMANTS LISTED ABOVE, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES REQUESTING NOTICE:**

**PLEASE TAKE NOTICE THAT THIS MOTION SEEKS DISALLOWANCE OF CERTAIN CLAIMS SCHEDULED BY THE DEBTOR IN ITS AMENDED SCHEDULES OF ASSETS AND LIABILITIES. ACCORDING TO THE DEBTOR'S BOOKS AND RECORDS, THE CLAIMS HAVE BEEN PAID IN FULL.**

**PLEASE TAKE NOTICE** that pursuant to sections 502 and 507(a)(4) of title 11 of the United States Code (the "Bankruptcy Code"[1]), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "LBR"), California Hispanic Commission on Alcohol and Drug Abuse, Inc., the debtor and debtor in possession ("Debtor"), hereby moves (the "Motion") the Court for an order disallowing the scheduled claims listed above (the "Claims") on the grounds that the amounts reflected in the Claims have been paid in full. The Claims were paid after the Petition Date in accordance with the (1) *Order Authorizing the Debtor to Honor Prepetition Employee Benefits Programs* ("Employee Benefits Order") [Docket No. 91]; and the (2) *Order Authorizing the Debtor to Pay Critical Vendor Claims* (the "Critical Vendor Order") [Docket No. 92] (collectively the "Court Orders").

All of the scheduled Claims are listed on Schedule F of the Debtor's Amended Schedules of Assets and Liabilities (the "Schedules") [Docket No. 114]. A copy of the page which lists the individual Claim for each claimant is attached as **Exhibit B** to the Notice of Objection being served on such individual Claimant.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on and supported by this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declarations of James Hernandez and Linda F. Cantor in support hereof, and the files and the record in this chapter 11 case.

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code unless otherwise noted.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion (i) must be filed with the Court and served upon Debtor's counsel at the address in the upper left hand corner of this Motion no later than 14 days prior to the date of hearing set forth above and (ii) must contain a written statement of all reasons the party opposes the relief requested in the Motion, and must include declarations and copies of all documentary evidence on which the objecting party intends to rely.  Responses <u>must be filed</u> either electronically or at the following location:

> Clerk of the Court
> United States Bankruptcy Court
> 411 West Fourth Street
> Santa Ana, CA 92701-4593

**PLEASE TAKE FURTHER NOTICE** that if a response or objection is not timely filed with the Court as set forth above and is not served upon undersigned counsel, the Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if a response or objection is timely filed and served, the Court, in its discretion, may treat the initial hearing as a status conference if it determines that the Motion involves issues of disputed fact or will require substantial time for presentation of evidence or argument.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order (1) granting the Motion; (2) disallowing the Claims in their entirety as having been paid or otherwise satisfied; and (3) granting the Debtor such other and further relief as may be appropriate under the circumstances.

Dated:    August 25, 2016            PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Linda F. Cantor*
Linda F. Cantor (CA Bar No. 153762)
Attorneys for California Hispanic Commission
of Alcohol and Drug Abuse, Debtor and
Debtor in Possession

DOCS_LA:300678.2 12548/001                    4

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## BACKGROUND

**A.  The Bankruptcy Case, Jurisdiction and Venue**

On February 2, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Case"). The Court has jurisdiction over this *First Omnibus Motion for Order Disallowing Claims That Have Been Paid or Otherwise Satisfied* (the "Motion")[2] pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this matter is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

**B.  The Claims Bar Date**

On March 21, 2016, the Debtor filed its Amended Schedules ("Schedules") [Docket 114] in which it listed all claims owed by the Debtor to parties as of the Petition Date. On April 6, 2016 the Court entered an Order setting June 15, 2016 (the "Claims Bar Date") [Docket 136] as the deadline for filing prepetition claims (other than claims filed by governmental units, rejection damage claims and claims arising from the avoidance of transfers). The Claims Bar Date has passed and as of the filing of this Motion, 63 claims have been filed in this Case.

**C.  The Claims**

The Debtor and the Debtor's professionals have been engaged in the process of reconciling the claims included in the Schedules and those filed against the Debtor in this Case. As part of that process, the Claims, the Debtor's books and records related thereto and the orders entered in this Case were reviewed. It was determined that the Claims represent amounts that were paid and or otherwise satisfied after the Petition Date pursuant to either the Employee Benefits Order or the Critical Vendor Order.

---

[2] Capitalized terms not otherwise defined in this Memorandum of Points and Authorities shall have the meaning given them in the Motion.

DOCS_LA:300678.2 12548/001                        5

# III.

# ARGUMENT

**A.    Procedural Requirements for Objections to Claims**

Bankruptcy Rule 3007 governs the procedure for objections to claims and provides:

> An objection to an allowance of a claim shall be in writing and filed. A copy of the objection with notice of the hearing thereon shall be mailed or otherwise delivered to the claimant, the debtor or debtor in possession . . . at least thirty days prior to the hearing.

Fed. R. Bankr. P. 3007. Pursuant to Bankruptcy Rule 3007, a copy of the Motion was mailed to the Claimants at the addresses listed on the Claims Register, and, if appropriate, on the Claimants' attorney, at least thirty (30) days prior to the hearing date for consideration of the Motion. Accordingly, the Debtor has complied with Bankruptcy Rule 3007.

**B.    The Court Must Determine the Allowance of a Claim Subject to Objection**

With certain exceptions, section 502(b) of the Bankruptcy Code requires, in relevant part, that if a party in interest objects to a claim:

> the Court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that --
>
> (1) such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured

11 U.S.C. § 502(b)(1).

**C.    Claimant Has to Prove the Validity of the Claims by a Preponderance of the Evidence**

The Debtor has established through the declaration of James Hernandez, the President of the Debtor, that based upon the Debtor's books and records all of the Claims, as reflected on **Exhibit A** have been paid and/or otherwise satisfied after the Petition Date pursuant to the Court Orders.

If a Claimant contends that its respective Claim has not been satisfied, such Claimant has the burden of proving, by a preponderance of the evidence, that its respective Claim was not satisfied. *Ashford v. Consolidated Pioneer Mortgage (In re Consolidated Pioneer Mortgage)* 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd* 91 F.3d 151 (9th Cir. 1996). "[T]he ultimate burden of persuasion is always on the claimant." *Holm,* 931 F.2d, 620, 623 (9th Cir. 1991).

**D.    The Objection**

The Debtor has determined that all prepetition amounts[3] owing to Claimants were satisfied after the Petition Date pursuant to the Court Orders. To prevent any possibility of double payment, the Debtor requests that the Court enter an order finding that the Claims listed above have been satisfied and ruling that they are thus disallowed in their entirety.

## IV.

## RESERVATION OF RIGHTS

The Debtor has not attempted to raise in this Motion each defense, counterclaim, or setoff that may apply to the Claims. If a response to this Motion is received, the Debtor reserves the right to amend, and supplement this Motion, or file additional objections to assert any defenses, counterclaims, and/or setoffs against the Claims. In all instances, the Debtor reserves the right to file future objections or motions or to supplement this Motion as to the validity, amount, or status of the Claims, upon different grounds than set forth herein or otherwise.

## V.

## CONCLUSION

For the reasons set forth herein, the Debtor respectfully requests that the Court enter an order: (a) granting the Motion; (b) disallowing the Claims in their entirety as having been satisfied; and (c) granting the Debtor such other and further relief as may be appropriate under the circumstances.

Dated: August 25, 2016                    PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ Linda F. Cantor
Linda F. Cantor (CA Bar No. 153762)
Attorneys for California Hispanic
Commission of Alcohol and Drug Abuse,
Debtor and Debtor in Possession

---

[3] Prepetition amounts are those amounts that accrued against the Debtor prior to the Petition Date.

DOCS_LA:300678.2 12548/001                    7

## DECLARATION OF JAMES HERNANDEZ

I, James Hernandez, declare as follows:

1. I am the Executive Director of California Hispanic Commission on Drug and Alcohol Abuse, the above-captioned debtor and debtor in possession (the "Debtor"). I am primarily responsible for the operations and financial management of the Debtor, and in this capacity, I am generally familiar with the day-to-day operations, business and financial affairs of the Debtor.

2. I make this Declaration in support of the *First Omnibus Motion of Debtor for Order Disallowing Claims That Have Been Paid or Otherwise Satisfied* (the "Motion"). Capitalized terms not otherwise defined herein have the meaning given them in the Motion.

3. I have reviewed and analyzed or supervised the review and analysis of the relevant books and records of the Debtor, the Schedules filed by the Debtor in this case and the proofs of claim filed in this case in order to assist in the preparation of this Motion. I have also consulted with bankruptcy counsel.

4. I have reviewed and analyzed or supervised the review and analysis of the Claims. I have diligently reviewed and analyzed or supervised the review and analysis of the Debtor's books and records as they relate to the Claims and have determined that all amounts owing to Claimants pursuant to the Claims have been satisfied after the Petition Date pursuant to the terms of the (1) *Order Authorizing the Debtor to Honor Prepetition Employee Benefits Programs* [Docket 91]; and the (2) *Order Authorizing the Debtor to Pay Critical Vendor Claims [Docket 92].*

4. I believe the Claims should be disallowed in their entirety in order to prevent double payments on Claims that already have been satisfied in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day August, 2016, at Sacramento, California.

_____
James Hernandez

DOCS_LA:300270.3 12548/001            8
DOCS_LA:300270.3 12548/001

## DECLARATION OF LINDA F. CANTOR

I, Linda F. Cantor, declare as follows:

1. I am an attorney at law, duly licensed and entitled to practice before all courts in the State of California. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Debtor herein.

2. I have personal knowledge of the facts set forth herein and could and would competently testify thereto if called upon as a witness.

3. I make this Declaration in support of *First Omnibus Motion of Debtor for Order Disallowing Claims That Have Been Paid or Otherwise Satisfied* (the "Motion"). Capitalized terms not defined in this Declaration shall have the same meaning ascribed to them as set forth in the Motion.

4. Pursuant to Local Bankruptcy Rule 3007-1(a)(4)(B) attached hereto as **Exhibit B** are true and correct copies of pages from the Debtor's Schedules setting forth the Claims that are subject to this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of August, 2016, at Los Angeles, California.

/s/ Linda F. Cantor
Linda F. Cantor

DOCS_LA:300678.2 12548/001                                9

# EXHIBIT A

# In re California Hispanic Commission on Alcohol and Drug Abuse
## U.S.B.C. C.D. Cal. No. 8:16-bk-10424-SC

### Exhibit A
### Claims Paid Pursuant to Court Orders

| Claimant | Claim | Amount | Basis Objection |
|---|---|---|---|
| Abigal Barajas | Scheduled | $55.12 | Paid pursuant to the Employee Benefits Order. |
| Abila | Scheduled | $9,280.00 | Paid pursuant to the Critical Vendor Order. |
| Aida Yanson | Scheduled | $2,028.00 | Paid pursuant to the Critical Vendor Order. |
| Albert Perez | Scheduled | $18.79 | Paid pursuant to the Employee Benefits Order. |
| Alexander Molina | Scheduled | $25.82 | Paid pursuant to the Employee Benefits Order. |
| Alexis Lee | Scheduled | $63.53 | Paid pursuant to the Employee Benefits Order. |
| Alliance Member Services | Scheduled | $11,776.53 | Paid pursuant to the Critical Vendor Order. |
| Alma Bretado | Scheduled | $83.04 | Paid pursuant to the Employee Benefits Order. |
| American Inn & Suites | Scheduled | $4,200.00 | Paid pursuant to the Critical Vendor Order. |
| Bannia Bernal | Scheduled | $39.26 | Paid pursuant to the Employee Benefits Order. |
| Bells Garden Manor | Scheduled | $853.00 | Paid pursuant to the Critical Vendor Order. |
| Blue Shield of California | Scheduled | $92,354.19 | Paid pursuant to the Employee Benefits Order. Prepetition amounts. |
| Brenda Morales | Scheduled | $35.07 | Paid pursuant to the Employee Benefits Order. |
| Claudia Angel | Scheduled | $42.28 | Paid pursuant to the Employee Benefits Order. |
| Claudia De Casas | Scheduled | $4.96 | Paid pursuant to the Employee Benefits Order. |
| Colonial Life Premium Processing | Scheduled | $4,330.77 | Paid pursuant to the Employee Benefits Order. |
| Danny Gutierrez | Scheduled | $27.75 | Paid pursuant to the Employee Benefits Order. |
| Diane Soto | Scheduled | $73.64 | Paid pursuant to the Employee Benefits Order. |
| Dr. David Anaya Sanchez | Scheduled | $1,890.00 | Paid pursuant to the Employee Benefits Order. |
| Eden Manor | Scheduled | $2,942.92 | Paid pursuant to the Critical Vendor Order. |
| Fort Dearborn Life Insurance | Scheduled | $407.02 | Paid pursuant to the Employee Benefits Order. |
| Golden Manor Board | Scheduled | $923.00 | Paid pursuant to the Critical Vendor Order. |
| Gualalupe Vital | Scheduled | $308.02 | Paid pursuant to the Employee Benefits Order. |
| Helen Aparicio | Scheduled | $21.56 | Paid pursuant to the Employee Benefits Order. |
| Hi-Tech Services | Scheduled | $5,950.00 | Paid pursuant to the Employee Benefits Order. |
| Jeannette Padilla-Smith | Scheduled | $40.74 | Paid pursuant to the Employee Benefits Order. |

| Claimant | Claim | Amount | Basis Objection |
|---|---|---|---|
| Jennifer Chan | Scheduled | $79.88 | Paid pursuant to the Employee Benefits Order. |
| Jennifer Romero | Scheduled | $57.46 | Paid pursuant to the Employee Benefits Order. |
| Jose Yair Torres | Scheduled | $83.58 | Paid pursuant to the Employee Benefits Order. |
| Karina Lopez Gomez | Scheduled | $26.16 | Paid pursuant to the Employee Benefits Order. |
| Karla Vanessa Mazariego | Scheduled | $69.96 | Paid pursuant to the Employee Benefits Order. |
| La Regional Foodbank | Scheduled | $2,270.87 | Paid pursuant to the Critical Vendor Order. |
| Landmark Healthplan | Scheduled | $406.74 | Paid pursuant to the Employee Benefits Order. |
| Leticia Montes | Scheduled | $28.65 | Paid pursuant to the Employee Benefits Order. |
| Lincoln Nat'l Life Insurance | Scheduled | $904.06 | Paid pursuant to the Employee Benefits Order. |
| Marcela Rivera | Scheduled | $30.70 | Paid pursuant to the Employee Benefits Order. |
| Maria Trujillo | Scheduled | $135.00 | Paid pursuant to the Employee Benefits Order. |
| Martha Coria | Scheduled | $87.19 | Paid pursuant to the Employee Benefits Order. |
| Mayra Guerrero | Scheduled | $194.59 | Paid pursuant to the Employee Benefits Order. |
| Michelle Hoaglin | Scheduled | $77.10 | Paid pursuant to the Employee Benefits Order. |
| Nailya Kutzhahova | Scheduled | $36.82 | Paid pursuant to the Employee Benefits Order. |
| Nancy Perez | Scheduled | $3,700.00 | Paid pursuant to the Critical Vendor Order. |
| Nancy Rivera | Scheduled | $9.98 | Paid pursuant to the Employee Benefits Order. |
| Natasha Medina | Scheduled | $48.62 | Paid pursuant to the Employee Benefits Order. |
| Nuvia Montes | Scheduled | $76.33 | Paid pursuant to the Employee Benefits Order. |
| Nina's Kitchen | Scheduled | $3,542.50 | Paid pursuant to the Employee Benefits Order. |
| Pasada (Pasadena) Hotel | Scheduled | $16,040.00 | Paid pursuant to the Critical Vendor Order. |
| Pico Rivera Gardens | Scheduled | $1,014.00 | Paid pursuant to the Critical Vendor Order. |
| Premier Access Insurance Co. | Scheduled | $13,648.50 | Paid pursuant to the Employee Benefits Order. |
| Premier Access Insurance Co. | Scheduled | $2,309.40 | Paid pursuant to the Employee Benefits Order. |
| Rocio Ojeda | Scheduled | $59.04 | Paid pursuant to the Employee Benefits Order. |
| Ruben Raya | Scheduled | $55.28 | Paid pursuant to the Employee Benefits Order. |
| Second Harvest Food Bank | Scheduled | $845.99 | Paid pursuant to the Critical Vendor Order. |
| Sierra Inn | Scheduled | $21,714.00 | Paid pursuant to the Critical Vendor Order. |
| Teresa Cabral | Scheduled | $600.00 | Paid pursuant to the Critical Vendor Order. |
| Tibis House Inc. | Scheduled | $1,500.00 | Paid pursuant to the Critical Vendor Order. |
| Transamerica | Scheduled | $2,498.25 | Paid pursuant to the Employee Benefits Order. |
| Victor Alanis | Scheduled | $106.03 | Paid pursuant to the Employee Benefits Order. |

# EXHIBIT B

Case 8:16-bk-10424-SC    Doc 196    Filed 08/25/16    Entered 08/25/16 14:30:29    Desc

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Linda F. Cantor (CA SBN 153762)<br>Victoria A. Newmark (CA SBN 183581)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd. 13 Floor<br>Los Angeles, CA 90067<br>Telephone: 310-277-6910<br>Fax: 310-201-0760<br><br>Proposed Counsel for the Debtor<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>California Hispanic Commission on Alcohol and Drug Abuse<br><br>Debtor(s) | CASE NO.: 8:16-10424-SC<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B   ☐ Schedule C   ☒ Schedule D   ☒ Schedule E/F   ☒ Schedule G
☒ Schedule H     ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☒ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☒ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 3/21/16

Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

| Debtor | California Hispanic Commission on Alcohol and Drug Abuse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,395.04 | $65,395.04 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br><br>2016 | Basis for the claim:<br>**Total claim is $78,151.13 of which $65,395.04 is listed as priority for WR-FICA Unassessed taxes for 2016 and $12,756.09 is general unsecured for penalties and interest** | | |
| | Last 4 digits of account number **0210**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**20101 OFFICE FURNITURE**<br>**2227 N. MERCE AVE.**<br>**SOUTH EL MONTE, CA 91733** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,446.62 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number **2615** | Basis for the claim: **Furniture**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Abigal Barajas**<br>**9033 Washington Blvd**<br>**Pico Rivera, CA 90660** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.12 |
|---|---|---|---|
| | Date(s) debt was incurred **20151**<br>Last 4 digits of account number __ | Basis for the claim: **Employee mileage reimbursement. Pursuant to Court Order dated March 4, 2016 [Dkt. 91], the Debtor is authorized to pay these prepetition amounts.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**ABILA**<br>**DEPT. 3303**<br>**P.O. BOX 123303**<br>**DALLAS, TX 75312-3303** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,280.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2015**<br>Last 4 digits of account number **2364** | Basis for the claim: **Accounting software. Pursuant to Court Order dated March 4, 2016 [Dkt. 92], the Debtor is authorized to pay these prepetition amounts.**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**ACE COMM'L LAUNDRY EQUIPMENT**<br>**14404 HOOVER ST**<br>**WESTMINSTER, CA 92683** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $628.00 |
|---|---|---|---|
| | Date(s) debt was incurred **2015**<br>Last 4 digits of account number __ | Basis for the claim: **Washer and dryer at Unidos Recovery Center**<br>Is the claim subject to offset? ■ No ☐ Yes | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __August 25, 2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **August 25, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Abila
Dept. 3303
P.O. Box 123303
Dallas, TX 75312-3303

Abila
Attn: Krista Endsely
 Chief Executive Officer
10800 Pecan Park Blvd #400
Austin, TX 78750

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **August 25, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Scott C. Clarkson
U.S. Bankruptcy Court - Central District of California
Santa Ana Division
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2016 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3007-1.1.NOTICE.OBJ.CLAIM
DOCS_LA:300706.1 12548/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - Bert Briones    ecfmailonly@gmail.com, bb@redhilllawgroup.com
   - Larry Butler    secured@becket-lee.com
   - Alberto J Campain    campain@ecofflaw.com, kay@ecofflaw.com
   - Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
   - Andy J Epstein    taxcpaesq@gmail.com
   - Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
   - James C Harman    james.harman@coco.ocgov.com, patti.owens@coco.ocgov.com
   - Randall P Mroczynski    randym@cookseylaw.com
   - Victoria Newmark    vnewmark@pszjlaw.com
   - R G Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com
   - Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;yblum@afrct.com
   - Michael R Totaro    Ocbkatty@aol.com
   - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
   - John H Wunsch    bankruptcycls@wellsfargo.com, wunschjh@wellsfargo.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 2                          **F 3007-1.1.NOTICE.OBJ.CLAIM**
DOCS_LA:300706.1 12548/001