Jeremy V. Richards (CA SBN 102300)
Linda F. Cantor (CA SBN 153762)
Victoria A. Newmark (CA SBN 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
         lcantor@pszjlaw.com
         vnewmark@pszjlaw.com

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| In re: | Case No.: 8:16-bk-10424-SC |
|---|---|
| California Hispanic Commission on Alcohol and Drug Abuse, Inc., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF WITHDRAWAL OF NOTICE OF OBJECTION OF CLAIM OF NUVIA MONTES** |
| | [Relates to Docket No. 241] |
| | Judge:    Honorable Scott Clarkson |

California Hispanic Commission on Alcohol and Drug Abuse, Inc., Debtor and Debtor in Possession, hereby withdraws its *Notice of Objection to Claim of Nuvia Montes* ("Notice") filed as Docket No. 241. A corrected Notice will be refiled.

Dated:   August 26, 2016          PACHULSKI STANG ZIEHL & JONES LLP

                                  By   */s/ Linda F. Cantor*
                                       Linda F. Cantor

                                       Attorneys for Debtor and Debtor in Possession

DOCS_LA:300852.1 12548/001                    1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled **NOTICE OF WITHDRAWAL OF OBJECTION OF CLAIM OF NUVIA MONTES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **August 26, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 26, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Honorable Scott C. Clarkson
U.S. Bankruptcy Court - Central District of California
Santa Ana Division
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 26, 2016 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:300852.1 12548/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Bert Briones    ecfmailonly@gmail.com, bb@redhilllawgroup.com
- Alberto J Campain    campain@ecofflaw.com, kay@ecofflaw.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Andy J Epstein    taxcpaesq@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- James C Harman    james.harman@coco.ocgov.com, patti.owens@coco.ocgov.com
- Randall P Mroczynski    randym@cookseylaw.com
- Victoria Newmark    vnewmark@pszjlaw.com
- R G Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com
- Dean G Rallis    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- John H Wunsch    bankruptcycls@wellsfargo.com, wunschjh@wellsfargo.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:300852.1 12548/001