Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:     jrichards@pszjlaw.com
            lcantor@pszjlaw.com
            vnewmark@pszjlaw.com

Attorneys for California Hispanic Commission on Alcohol
and Drug Abuse, Debtor and Debtor-in-Possession

**FILED & ENTERED**

**OCT 07 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY nbolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

In re:

CALIFORNIA HISPANIC COMMISSION
ON ALCOHOL AND DRUG ABUSE, INC.,

Debtor.

Case No.: 8:16-bk-10424-SC
Chapter 11

**ORDER GRANTING FIRST OMNIBUS MOTION DISALLOWING CLAIMS THAT HAVE BEEN PAID OR OTHERWISE SATISFIED**

[Relates to Docket No. 195]

**Hearing Date:**
Date:   September 29, 2016
Time:   11:00 a.m.
Place:  U.S. Bankruptcy Court
        411 West Fourth Street
        Courtroom 5C
        Santa Ana, CA 92701-4593

Judge:  Hon. Scott Clarkson

**This Order Affects the Following Scheduled Claimants:**

Abigal Barajas
Abila
Aida Yanson
Albert Perez
Alexander Molin

DOCS_LA:300989.1 12548/001                 1

| | |
|---|---|
| 1 | Alexis Lee |
|  | Alliance Member Services |
| 2 | Alma Bretado |
|  | American Inn & Suites |
| 3 | Bannia Bernal |
|  | Bells Garden Manor |
| 4 | Blue Shield |
|  | Brenda Morales |
| 5 | Claudia Angel |
|  | Claudia De Casas |
| 6 | Colonial Life |
|  | Danny Gutierrez |
| 7 | Diane Soto |
|  | Dr. David Anaya Sanchez |
| 8 | Eden Manor |
|  | Fort Dearborn Life Insurance |
| 9 | Golden Manor Board |
|  | Gualalupe Vital |
| 10 | Helen Aparicio |
|  | Hi-Tech Services |
| 11 | Jeannette Padilla-Smith |
|  | Jennifer Chan |
| 12 | Jennifer Romero |
|  | Jose Yair Torres |
| 13 | Karina Lopez Gomez |
|  | Karla Vanessa Mazariego |
| 14 | LA Regional Foodbank |
|  | Landmark Healthplan |
| 15 | Leticia Montes |
|  | Lincoln Nat'l Life Insurance |
| 16 | Marcela Rivera |
|  | Maria Trujillo |
| 17 | Martha Coria |
|  | Mayra Guerrero |
| 18 | Michelle Hoaglin |
|  | Nailya Kutzhahova |
| 19 | Nancy Perez |
|  | Nancy Rivera |
| 20 | Natasha Medina |
|  | Nuvia Montes |
| 21 | Nina's Kitchen |
|  | Pasada (Pasadena) Hotel |
| 22 | Pico Rivera Gardens |
|  | Premier Access Insurance Co. |
| 23 | Premier Access Insurance Co. |
|  | Rocio Ojeda |
| 24 | Ruben Raya |
|  | Second Harvest Food Bank |
| 25 | Sierra Inn |
|  | Teresa Cabral |
| 26 | Tibis House Inc. |
|  | Transamerica |
| 27 | Victor Alanis |
| 28 | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:300989.1 12548/001                    2

This matter came before the Court upon the *First Omnibus Motion for Order Disallowing Claims That Have Been Paid or Satisfied* [Docket No. 195] (the "Motion")[1].

The Court, having reviewed and considered the Motion, the declarations filed in support of the Motion, and the record in this case, the Court finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. §157(b), (c) notice of the Motion was sufficient and proper; (d) there was no opposition by any Claimant to the Motion, and (e) the legal and factual bases set forth in the Motion establish just cause to grant the relief requested in the Motion,

**IT IS THEREFORE ORDERED** that:

(i)     The Motion is GRANTED.

(ii)    The Scheduled Claims listed in the chart below are disallowed in their entirety as having been paid or satisfied during the pendency of the Case.

| Claimant | Amount |
| --- | --- |
| Abigal Barajas | $55.12 |
| Abila | $9,280.00 |
| Aida Yanson | $2,028.00 |
| Albert Perez | $18.79 |
| Alexander Molina | $25.82 |
| Alexis Lee | $63.53 |
| Alliance Member Services | $11,776.53 |
| Alma Bretado | $83.04 |
| American Inn & Suites | $4,200.00 |
| Bannia Bernal | $39.26 |
| Bells Garden Manor | $853.00 |
| Blue Shield of California | $92,354.19 |
| Brenda Morales | $35.07 |
| Claudia Angel | $42.28 |
| Claudia De Casas | $4.96 |
| Colonial Life Premium | $4,330.77 |

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the Motion.

| Claimant | Amount |
|---|---|
| Processing | |
| Danny Gutierrez | $27.75 |
| Diane Soto | $73.64 |
| Dr. David Anaya Sanchez | $1,890.00 |
| Eden Manor | $2,942.92 |
| Fort Dearborn Life Insurance | $407.02 |
| Golden Manor Board | $923.00 |
| Gualalupe Vital | $308.02 |
| Helen Aparicio | $21.56 |
| Hi-Tech Services | $5,950.00 |
| Jeannette Padilla-Smith | $40.74 |
| Jennifer Chan | $79.88 |
| Jennifer Romero | $57.46 |
| Jose Yair Torres | $83.58 |
| Karina Lopez Gomez | $26.16 |
| Karla Vanessa Mazariego | $69.96 |
| La Regional Foodbank | $2,270.87 |
| Landmark Healthplan | $406.74 |
| Leticia Montes | $28.65 |
| Lincoln Nat'l Life Insurance | $904.06 |
| Marcela Rivera | $30.70 |
| Maria Trujillo | $135.00 |
| Martha Coria | $87.19 |
| Mayra Guerrero | $194.59 |
| Michelle Hoaglin | $77.10 |
| Nailya Kutzhahova | $36.82 |
| Nancy Perez | $3,700.00 |
| Nancy Rivera | $9.98 |
| Natasha Medina | $48.62 |
| Nuvia Montes | $76.33 |

| Claimant | Amount |
|---|---|
| Nina's Kitchen | $3,542.50 |
| Pasada (Pasadena) Hotel | $16,040.00 |
| Pico Rivera Gardens | $1,014.00 |
| Premier Access Insurance Co. | $13,648.50 |
| Premier Access Insurance Co. | $2,309.40 |
| Rocio Ojeda | $59.04 |
| Ruben Raya | $55.28 |
| Second Harvest Food Bank | $845.99 |
| Sierra Inn | $21,714.00 |
| Teresa Cabral | $600.00 |
| Tibis House Inc. | $1,500.00 |
| Transamerica | $2,498.25 |
| Victor Alanis | $106.03 |

3. The Court shall retain jurisdiction to hear any matters arising from or related to the implementation of this Order.

###

Date: October 7, 2016

Scott C. Clarkson
United States Bankruptcy Judge

DOCS_LA:300989.1 12548/001          5