Andy Epstein (SBN: 220402)
taxcpaesq@gmail.com
20211 Spectrum
Irvine, CA 92618
Telephone: (619) 846-7369
Facsimile: (866) 212-7227

Attorneys for Claimant Lisa Gamboa

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>CALIFORNIA HISPANIC COMMISSION ON DRUG AND ALCOHOL ABUSE,<br><br>Debtor | Case No. 8:16-10424-SC<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF CLAIM NO. 64 FILED BY LISA GAMBOA** |

PLEASE TAKE NOTICE that Lisa Gamboa hereby withdraws her claim number 64 filed on

June 18, 2017 in the California Hispanic Commission On Drug and Alcohol Abuse bankruptcy

case, which claim is denominated by the Clerk of the Court as Claim No. 64.  This was an

attempt to amend Claim 9 which has since been properly amended.


Dated:  June 19, 2017

Andy Epstein
Attorney for Claimant LISA GAMBOA