California Department of Tax and Fee Administration
Special Operations Branch, MIC:55
450 N Street
P O Box 942879
Sacramento  CA  94279-0055
Telephone (916) 445-1122



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re: CALIFORNIA HISPANIC COMMISSION ON DRUG & ALCOHOL ABUSE , Debtor(s)

Bkcy. Case No. 16-10424 SC

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR TAXES

Chapter No. 11

Account No. EF STF 042120974

AMY E. EVERSON, undersigned states

1)   That I am one of the authorized representatives of the State of California Department of Tax and Fee Administration (functional successor to the State Board of Equalization); that as such I am qualified and empowered to and do withdraw the Department's claim in the amount of $2,174.00 as filed in these proceedings on 05/16/16 as Claim 25-1.

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

Dated: JUNE 14, 2018
At Sacramento, California
:

Amy E. Everson
Authorized Representative

-1-