1  JEFFREY K. GARFINKLE (SBN 153496)
   MIRCO J. HAAG (SBN 316111)
2  BUCHALTER
   A Professional Corporation
3  18400 Von Karman Avenue, Suite 800
   Irvine, California  92612-0514
4  Telephone:     (949) 760-1121
   Email: jgarfinkle@buchalter.com
5         mhaag@buchalter.com

6  Counsel to Thomas H. Casey, Litigation Trustee

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         SANTA ANA DIVISION

11

12  In re:                              Case No.:  8:16-bk-10424-SC

13  CALIFORNIA HISPANIC                 Chapter 11
    COMMISSION ON DRUG AND
14  ALCOHOL ABUSE,                      **NOTICE OF MOTION AND MOTION
                                        FOR ORDER FURTHER EXTENDING
15            Debtor.                   TIME TO FILE OBJECTIONS TO
                                        CLAIMS; MEMORANDUM OF POINTS
16                                      AND AUTHORITIES IN SUPPORT
                                        THEREOF**

17

18

19       **TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY**

20  **JUDGE, THE UNITED STATES TRUSTEE, THE TWENTY LARGEST CREDITORS**

21  **OF THE DEBTOR AND PARTIES REQUESTING SPECIAL NOTICE:**

22       **PLEASE TAKE NOTICE** that Thomas H. Casey, Litigation Trustee (the "Trustee"),

23  duly appointed pursuant to the confirmed Chapter 11 plan of reorganization ("Plan") in the

24  bankruptcy case of California Hispanic Commission on Alcohol and Drug Abuse ("CHCADA" or

25  the "Debtor"), hereby moves (the "Motion") the Court for an order further extending the last day

26  to file objections to claims in this case to and including **December 30, 2018**, approximately six

27  (6) months after the current claim objection deadline of June 30, 2018 (the "Claim Objection

28                                       1
    **NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM
                                    OBJECTIONS**

1   Deadline") established by the *Order Extending Time to File Objections to Claims* entered on

2   April 30, 2018 (the "Extension Order") [Docket No. 479].

3     The basis for the Motion is that the Plan established a litigation trust (the "Trust") to

4   administer claims and causes of action on behalf of the estate, yet the amount of the initial

5   funding for the litigation trust has only recently become more certain. While the Trust received

6   $100,000 following confirmation of the Plan, the balance of the initial funding of the Trust was

7   received following the June 5, 2018 sale of the Debtor's headquarters located in Sacramento,

8   California.  Trustee now requires additional time to make an economic evaluation as to whether

9   to (i) investigate claims against the Debtor; and (ii) object to any claims.

10     **PLEASE TAKE FURTHER NOTICE** that the Motion is based on and supported by this

11   Notice of Motion and Motion, the attached Memorandum of Points and Authorities, and any other

12   admissible evidence properly brought before the Court. In addition, the Debtor requests that the

13   Court take judicial notice of all documents filed with the Court in its chapter 11 case.

14     **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-l(o)(l) requires

15   that any response to the Motion and request for hearing must be filed with the Bankruptcy Court

16   and served upon the United States Trustee and counsel for the Debtor within fourteen (14) days

17   after the date of service of this Notice and Motion. Pursuant to Local Bankruptcy Rule 9013-l(h),

18   the failure to timely file and serve written opposition may be deemed by the Court to be consent

19   to the granting of the relief requested in the Motion.

20

21

22

23

24

25

26

27

28

BN 33393588V1

**NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM
OBJECTIONS**

1

**WHEREFORE**, the Trustee respectfully requests that the Court enter an Order

2

(i) granting the Motion, (ii) further extending the Claim Objection Deadline to and including

3

December 30, 2018, subject to the Trustee seeking further extensions, and (iii) granting such

4

other and further relief as it deems necessary and appropriate.

5

6

Dated:  June 29, 2018                               Respectfully Submitted,

7

BUCHALTER NEMER
A Professional Corporation

8

9

*By:*     */s/ Jeffrey K. Garfinkle*

10

JEFFREY K. GARFINKLE
Counsel to Thomas H. Casey, Litigation

11

Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BN 33393588V1                                          3

**NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM
OBJECTIONS**

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### I.

3

### INTRODUCTION

4

According to information previously provided by the Debtor to this Court, 63 proofs of

5

claim were filed against the Debtor totaling approximately $18,404,405.37 in asserted liabilities.[1]

6

Under this Court's Extension Order the deadline to object to claims is now June 30, 2018.

7

The confirmed Plan established a litigation trust (the "Trust") to administer claims and

8

causes of action on behalf of the estate, yet the amount of the initial funding for the litigation trust

9

is uncertain. While the Trust received $100,000 following confirmation of the Plan, the balance of

10

the initial funding of the Trust is dependent on the sale of the Debtor's headquarters located in

11

Sacramento, California.  That sale recently closed on June 5, 2018, transferring additional funds

12

in the amount of $153,835.47 to the Trustee.  Now that the Trustee holds $253,835.47 in available

13

funds, he is in the position to undertake an economic evaluation as to whether to (i) investigate

14

claims against the Debtor; and (ii) object to any claims.

15

The Trustee reserves the right to seek additional extensions of the Claim Objection

16

Deadline to the extent necessary and appropriate.

17

### II.

18

### BACKGROUND

19

**A.    The Bankruptcy Case, Jurisdiction and Venue**

20

On February 2, 2016 (the "Petition Date"), the Debtor filed a voluntary petition for

21

bankruptcy relief under chapter 11 of the Bankruptcy Code (the "Case"). The Court has

22

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding

23

pursuant to 28 U.S.C. § 157(b)(2). Venue of this matter is appropriate pursuant to 28 U.S.C.

24

§§ 1408 and 1409.

25

26

[1] The Trustee has not conducted his own investigation into the claims filed against the Debtors. But, according to information previously supplied by the Debtor to this Court, this amount takes into account scheduled claims that have been superseded by filed clams and claims disallowed to date. This amount may include a number of claims that may have been the subject to objection before the Plan's effective date.

27

28

1

**NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM OBJECTIONS**

**B.      General Description of the Debtor**

CHCADA is a nonprofit California corporation in existence since 1975 that was founded to reduce the dependency of Hispanics on drugs and alcohol. CHCADA's services include mandated out-patient substance abuse treatment designed to avert drug use and deter criminal behavior, residential substance abuse recovery programs to assist homeless individuals with counseling as to substance problems, transitional housing for women and children who have experienced domestic violence, and other services. CHCADA operates counseling facilities in California pursuant to contracts with Orange and Los Angeles counties. Some of CHCADA's facilities are leased properties and others are owned by CHCADA.

**C.      The Claims Bar Date and the Claims**

On April 6, 2016 the Court entered a *Case Scheduling Order* [Docket No. 136] pursuant to which the Court set June 15, 2016 (the "Claims Bar Date") as the deadline by which to file prepetition claims (other than claims filed by governmental units, rejection damage claims and claims arising from the avoidance of transfers). The Claims Bar Date has passed and as of the filing of this Motion, approximately 63 claims have been filed in this case.

**D.      Confirmed Plan of Reorganization and Appointment of Thomas Casey as Trustee.**

On July 31, 2017, this Court entered the Order Confirming the Plan (the "Confirmation Order"). [Docket No. 444]. The Effective Date of the Plan was July 31, 2017. Under the Plan, a litigation trust ("Litigation Trust") was created. The primary assets of the Litigation Trust include (i) available funds in the amount of $253,835.47; (ii) causes of action against Drive Right Interlock Systems, Drager Safety Diagnostics, and Long Term Care Properties, (iii) potential avoidance causes of action for unauthorized post-petition transfers, (iv) potential avoidance and related causes of action against James Hernandez, the Debtor's executive director and Lilia T. Ojano-Bracco, the Debtor's Development Director, and (v) other claims against the Debtor's officers and directors and the Debtor's D&O Policy. Pursuant to the Plan, on or about July 31, 2017, the Debtor and Mr. Casey entered into the Litigation Trust Agreement and Declaration of Trust (the "Litigation Trust Agreement").

BN 33393588V1

2

**NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM OBJECTIONS**

1    **E.    The Requested Extension of the Claims Objection Deadline**

2         As stated above, the Trust Agreement governs the Litigation Trust and the duties and

3    responsibilities of the soon to be appointed Litigation Trustee. The Litigation Trust through the

4    Litigation Trustee is charged with administering and reviewing all Claims filed against the estate.

5    Following the June 5, 2018 sale of the Debtor's headquarters in Sacramento, the Trustee holds

6    $253,835.47 in available funds.  The Trustee is now in a position to (i) make an economic

7    decision as to whether to expend the time and resources investigating claims and prosecuting

8    claim objection; and (ii) initiate the claim negotiation process, and if necessary, file formal

9    objections to certain outstanding disputed claims.  This requested extension is without prejudice

10   to the right of the Trustee to seek a further extension of the Claim Objection Deadline if necessary

11   and appropriate.

12                                      **III.**

13                                  **ARGUMENT**

14   **A.    Cause Exists to Extend the Claim Objection Deadline to and Including December 30,**

15         **2018.**

16        Trustee submits that cause exists to grant the Motion based on the circumstances of this

17   Case. The Trustee therefore seeks entry of an order further extending the Claim Objection

18   Deadline for an additional six (6) months, through and including December 30, 2018.  The

19   Trustee believes that the requested extension will provide the Litigation Trust and the Trustee

20   with the necessary time to initiate the claim negotiation process, and if necessary, file formal

21   objections to certain outstanding disputed claims. The Trustee, however, requests that the entry of

22   such order be without prejudice to their right to seek further extensions of the time within which

23   to object to claims.

24

25

26

27

28

**NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM
OBJECTIONS**

1

2

**IV**

**CONCLUSION**

For the foregoing reasons, the Trustee respectfully requests that this Court enter an order

(i) further extending the Claim Objection Deadline through and including December 30, 2018,

without prejudice to the right to seek further extensions, and (ii) granting such other and further

relief as it deems necessary and appropriate.

Dated:  June 29, 2018                          Respectfully Submitted,

                                               BUCHALTER
                                               A Professional Corporation


                                               By:    */s/ Jeffrey K. Garfinkle*
                                                      JEFFREY K. GARFINKLE
                                                      Counsel to Thomas H. Casey, Litigation
                                                      Trustee

**NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE CLAIM
OBJECTIONS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Buchalter, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER FURTHER EXTENDING TIME TO FILE OBJECTIONS TO CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) June 29, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 29, 2018        , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT DELIVERY:
Honorable Scott C. Clarkson
U.S. Bankruptcy Court - Central District of California
Santa Ana Division
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593                    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2018   Danielle Cyrankowski | /s/ Danielle Cyrankowski |
|---|---|
| *Date*                    *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Bert Briones on behalf of Interested Party Bert Briones ecfmailonly@gmail.com, bb@redhilllawgroup.com

Larry Butler on behalf of Creditor American Express Bank FSB secured@becket-lee.com

Alberto J Campain on behalf of Creditor 2309 Daly Street, Inc. campain@ecofflaw.com, kay@ecofflaw.com

Linda F Cantor, ESQ on behalf of Debtor California Hispanic Commission on Drug and Alcohol Abuse
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Linda F Cantor, ESQ on behalf of Plaintiff California Hispanic Commission on Drug and Alcohol Abuse
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Thomas H Casey on behalf of Interested Party Courtesy NEF kdriggers@tomcaseylaw.com,
msilva@tomcaseylaw.com

Adam C Clanton on behalf of Creditor County of Orange Adam.clanton@coco.ocgov.com, simon.perng@coco.ocgov.com

Andy J Epstein on behalf of Creditor Lisa Gamboa taxcpaesq@gmail.com

Andy J Epstein on behalf of Interested Party Andy Epstein taxcpaesq@gmail.com

Nancy S Goldenberg on behalf of Debtor California Hispanic Commission on Drug and Alcohol Abuse
nancy.goldenberg@usdoj.gov
Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

James C Harman on behalf of Creditor County of Orange james.harman@coco.ocgov.com, patti.owens@coco.ocgov.com

James C Harman on behalf of Plaintiff County Of Orange james.harman@coco.ocgov.com, patti.owens@coco.ocgov.com

James KT Hunter on behalf of Defendant California Hispanic Commission on Alcohol and Drug Abuse, Inc.
jhunter@pszjlaw.com

Randall P Mroczynski on behalf of Creditor Ford Motor Credit Company LLC randym@cookseylaw.com

Randall P Mroczynski on behalf of Interested Party Courtesy NEF randym@cookseylaw.com

Victoria Newmark on behalf of Debtor California Hispanic Commission on Drug and Alcohol Abuse
vnewmark@pszjlaw.com

Victoria Newmark on behalf of Interested Party Courtesy NEF vnewmark@pszjlaw.com

R Gibson Pagter, Jr. on behalf of Creditor Long Term Care Properties, Inc. gibson@ppilawyers.com,
ecf@ppilawyers.com; r51779@notify.bestcase.com

R Gibson Pagter, Jr. on behalf of Defendant Long Term Care Properties, Inc. gibson@ppilawyers.com,
ecf@ppilawyers.com;r51779@notify.bestcase.com

R Gibson Pagter, Jr. on behalf of Interested Party Courtesy NEF gibson@ppilawyers.com,
ecf@ppilawyers.com;r51779@notify.bestcase.com

Dean G Rallis, Jr on behalf of Interested Party Dean G. Rallis Jr. drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Michael B Reynolds on behalf of Creditor California Physicians' Service dba Blue Shield of California
mreynolds@swlaw.com, kcollins@swlaw.com

Michael R Totaro on behalf of Debtor California Hispanic Commission on Drug and Alcohol Abuse Ocbkatty@aol.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

John H Wunsch on behalf of Creditor Wells Fargo Bank, National Association bankruptcycls@wellsfargo.com,
wunschjh@wellsfargo.com


**SERVED BY UNITED STATES MAIL**:

Coldwell Banker
8640 S Sepulveda Blvd
Los Angeles, CA 90045

Constance Doyle
Constance Doyle, LLC
21509 Anza Ave
Torrance, CA 90503

Kidder Mathews CRE
455 Capitol Mall Ste 160
Sacramento, CA 95814

Jimmy Milligan
926 South La Verne Ave
Los Angeles, CA 90022

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 13th Fl
Los Angeles, CA 90067

Turton Commercial Real Estate
2409 L St Ste 200
Sacramento, CA 95816


**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS**:

Long Term Care Properties
7 Corporate Plaza
Newport Beach, CA 92660

Lilia T Ojano-Bracco
216 Gainsborough Circle
Folsom, CA 95630

Blue Shield of California
Attn: Nora Galicia
4203 Town Center Drive
El Dorado Hills, CA 95762

American Express
Po Box 0001
Los Angeles, CA 90096

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
BN 31225614v1

**F 9013-3.1.PROOF.SERVICE**

Non Profit United Workers Comp
610 Fulton Ave., Ste. 200
Sacramento, CA 95825

Lewitt, Hackman, Shapiro, Marshall & Harlan
16633 Ventura Blvd. #1
Encino, CA 91436

Sierra Inn
1171 N Durfee Ave.
S. El Monte, CSA 91733

Home Depot Credit Services Dept.
32-2149092011
P.O. Box 183175
Columbus, OH 43218-3175

Pasada (Pasadena) Hotel
3625 E. Colorado Blvd
Pasadena, CA 91107

Clinivate
115 California Blvd., Suite 156
Pasadena, CA 91105

Premier Access Insurance Co.
Dept. #34114
P.O. Box 39000
San Francisco, CA 94139

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Alliance Member Services
P.O Box 49050
San Jose, CA 95161-9050

Pacific Coast Holding Invest
6800 Indiana Ave., #130
Riverside, CA 92506

Coverall North America, Inc.
2955 Momentum Place
Chicago, Il 60689

Pacific Rim Printer and Mailer
5760 Hannum Avenue
Culver City, Ca 90230

Law Offices of Emilio J Huerta
P.O. Box 2244
Bakersfield, CA 93303

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.