MICHAEL N. FEUER, City Attorney (SBN 111529)
NOREEN S. VINCENT, Assistant City Attorney (SBN 102935)
WENDY A. LOO-SMART, Deputy City Attorney (SBN 176587)
LOS ANGELES OFFICE OF THE CITY ATTORNEY
200 North Main Street, Suite 920
Los Angeles, California 90012
Telephone: (213) 978-7750
Fax: (213) 978-7711
wendy.loo@lacity.org

Attorneys for Utility Provider
LOS ANGELES DEPARTMENT OF
WATER AND POWER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re CALIFORNIA HISPANIC COMMISSION ON ALCOHOL AND DRUG ABUSE,<br><br>Debtor. | Case No. 8:16-bk-10424-SC<br><br>Chapter 11<br><br>**OPPOSITION OF THE LOS ANGELES DEPARTMENT OF WATER AND POWER TO "SECOND OMNIBUS MOTION FOR ORDER DISALLOWING THE SCHEDULED CLAIMS THAT HAVE BEEN SATISFIED"; DECLARATION OF SYNTHIA GORDON**<br><br>Hearing:<br><br>Date: May 15, 2019<br>Time: 11:00 a.m.<br>Place: U.S. Bankruptcy Court<br>      Courtroom "5C"<br>      411 West 4th Street<br>      Santa Ana, CA 92701-4593 |

Utility provider Los Angeles Department of Water and Power ("LADWP") hereby opposes the "Second Omnibus Motion for Order Disallowing the Scheduled Claims That Have Been Satisfied" (the "Motion") of Thomas H. Casey, Litigation Trustee of the Litigation Trust ("Trustee") for California Hispanic Commission on Alcohol and Drug Abuse ("Debtor") as follows:

I.

INTRODUCTION

During the relevant pre-petition time period, LADWP provided utility services to Debtor pursuant to seven different accounts at six different locations. Debtor scheduled LADWP's pre-petition claim for $3,904.50 for "water & electric services at Latino's recovery center" and did not check that the debt is disputed, contingent, and/or unliquidated. Title 11 of the United States Code (the "Bankruptcy Code") Section 1111(a) and Federal Rules of Bankruptcy Procedure ("F.R.B.P.") Rule 3003(b) collectively deem the claim to have been filed. Thus, whether LADWP filed a proof of claim or not is legally irrelevant.[1] LADWP's records show that it actually has a pre-petition claim for $3,677.59, less than the scheduled amount because portions of each bill were deducted for electricity user's tax. LADWP requests that this Court deny the Trustee's objection and allow LADWP's claim of $3,677.59.

II.

FACTUAL BACKGROUND

During the relevant pre-petition time period, LADWP provided utility services to Debtor through seven different accounts at six different locations:

| Account No. | Service Address | Prepetition Balance |
|---|---|---|
| 1816500000 | 2309 Daly St., LA, CA 90031 | $1,496.15 |
| 2816500000 | 2309 Daly St., LA, CA 90031 | $212.83 |
| 3148100000 | 524 S. Avenue 54, LA, CA 90042 | $253.52 |
| 4148100000 | 530 N. Avenue 54, LA, CA 90042 | $386.64 |
| 2248100000 | 328. N. Avenue 59, LA, CA 90042 | $215.42 |
| 3209100000 | 2024 New Jersey St., LA, CA 90033 | $116.51 |
| 8321900000 | 2436 Wabash Ave., LA, CA 90033 | $996.52 |

---

[1] LADWP is currently unaware whether a proof of claim was ever filed, but believes that whether one was or was not is legally irrelevant.

**OPPOSITION OF THE LOS ANGELES DEPARTMENT OF WATER AND POWER TO
"SECOND OMNIBUS MOTION FOR ORDER DISALLOWING THE SCHEDULED CLAIMS THAT HAVE BEEN
SATISFIED"; DECLARATION OF SYNTHIA GORDON**

Declaration of Synthia Gordon, Paragraph 2 and Exhibit "A" thereto.

Debtor filed a Chapter 11 petition on February 2, 2016. On March 21, 2016, Debtor filed its amended bankruptcy schedules (the "Schedules"). The Debtor scheduled LADWP's pre-petition claim for $3,904.50 for "water & electric services at Latino's recovery center" and did not check that it is disputed, contingent, and/or unliquidated. LADWP received this objection and determined that it has a pre-petition claim in the total amount of $3,677.59, as evidenced by the bills attached to the Gordon Declaration hereto.

III.

LEGAL ARGUMENT

Title 11 of the United States Code (the "Bankruptcy Code") Section 1111(a) and Federal Rule of Bankruptcy Procedure ("F.R.B.P.") 3003(b) collectively deem the claim to have been filed. The Chapter 11 debtor's unqualified scheduling of the claim or interest has the same effect as filing a proof of claim or interest; i.e. it constitutes prima facie evidence of the validity and the amount of the claim or interest. F.R.B.P. Rule 3003(b)(1), (2); National Labor Relations Board v. Bildisco & Bildisco, 465 U.S. 513, 530, 104 S.Ct. 1188, 1205, fn. 10 (1984). LADWP should have an allowed claim in the amount of $3,677.59.

IV.

CONCLUSION

LADWP's claim was scheduled, not disputed, and is well-documented here. For all of the foregoing reasons, LADWP requests that this Court allow its claim in the amount of $3,677.59.

DATED: May 1, 2019

Respectfully submitted,

LOS ANGELES CITY ATTORNEYS OFFICE
MICHAEL N. FEUER, City Attorney
NOREEN S. VINCENT, Assistant City Attorney
WENDY A. LOO-SMART, Deputy City Attorney

By: _____
WENDY A. LOO-SMART, Deputy City Attorney
Attorneys for THE LOS ANGELES DEPARTMENT
OF WATER & POWER

### DECLARATION OF SYNTHIA GORDON

I, Synthia Gordon, declare:

1.      I am the Commercial Service Supervisor of the Los Angeles Department of Water & Power ("LADWP"). I make this declaration in support of LADWP's "Opposition to 'Second Omnibus Motion for Order Disallowing the Scheduled Claims That Have Been Satisfied.'" I make this declaration of my own personal knowledge and if called upon to testify I could and would do so.

2.      During the relevant pre-petition time period, LADWP provided utility services to Debtor through seven different accounts at six different locations:

| Account No. | Service Address | Prepetition Balance |
|---|---|---|
| 1816500000 | 2309 Daly St., LA, CA 90031 | $1,496.15 |
| 2816500000 | 2309 Daly St., LA, CA 90031 | $212.83 |
| 3148100000 | 524 S. Avenue 54, LA, CA 90042 | $253.52 |
| 4148100000 | 530 N. Avenue 54, LA, CA 90042 | $386.64 |
| 2248100000 | 328. N. Avenue 59, LA, CA 90042 | $215.42 |
| 3209100000 | 2024 New Jersey St., LA, CA 90033 | $116.51 |
| 8321900000 | 2436 Wabash Ave., LA, CA 90033 | $996.52 = $3,677.59 |

3.      Attached hereto as Exhibit "A" are true and correct copies of the bills supporting LADWP's claim.

4.      According to LADWP's records, there was never any payment on LADWP's pre-petition debt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of May, 2019 in Los Angeles, California.

_____
Synthia Gordon

**OPPOSITION OF THE LOS ANGELES DEPARTMENT OF WATER AND POWER TO "SECOND OMNIBUS MOTION FOR ORDER DISALLOWING THE SCHEDULED CLAIMS THAT HAVE BEEN SATISFIED"; DECLARATION OF SYNTHIA GORDON**

# EXHIBIT "A"

Los Angeles [DWP] Department of Water & Power

www.ladwp.com

| | | |
|---|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 | **Page 1 of 5** |
| **ACCOUNT NUMBER** 181 650 0000 | **AMOUNT DUE** $ 1,683.17 | |

**CUSTOMER SERVICE** – 7:00 am - 6:00 pm
1-800-499-8840

CALIF HISPANIC COMM ON ALCOHOL & DRUG ABUSE INC dw,
2309 DALY ST, LOS ANGELES, CA 90031

### Paying Your Bill



**AUTOMATIC PAYMENT**
Automatically pay from your
checking or savings by logging in at
*www.ladwp.com/combillpay*



**ONLINE**
Pay from your checking or savings
any time by logging in at
*www.ladwp.com/myaccount*



**BY PHONE**
Pay from your checking or savings
any time by calling 1-800-DIAL-DWP
and selecting 'Make a Payment.'



**BY MAIL**
Place your payment stub and your
check or money order in the
envelope provided with the bill.



**IN PERSON**
Pay at any Customer Service Center.
Locations are listed on the back of
your payment stub and at
*www.ladwp.com/servicecenters*

**PAST DUE REMINDER**    Your bill includes a past due amount, which is due now.
If you have recently made your payment, thank you.

This bill contains a previous bill and contains your new charges. Previous
charges were cancelled and then rebilled correctly. Details on the following
pages.

### CLOSING BILL

This acknowledges your request to stop services at your service address. Thank you for the
opportunity to serve you.

### Account Summary

| | | |
|---|---|---|
| Previous Account Balance | | $ 2,527.65 |
| Payment Received | *No payment received* | - .00 |
| Past Due Balance | Due Now | $ 2,527.65 |
| Corrections *(see details on page 3)* | | -$1,211.44 |
| New Charges | | + 366.96 |
| | **Total Amount Due** | **$ 1,683.17** |

### Summary of New Charges

*Details on following pages.*



| Los Angeles Department of Water and Power Charges | |
|---|---|
| Electric Charges  1/22/16 - 2/2/16  1,960 kWh    $366.96 | |
| **Total LADWP Charges** | **$ 366.96** |

800-499-8840

**CITY TAX ON ELECTRICITY OF $** _187.02_
INCLUDED IN THE TOTAL OF THIS BILL. PROOF
OF DEBT FOR THIS TAX WILL BE FILED
BY CITY CLERK, CITY OF LOS ANGELES.

**Total New Charges    $ 366.96**

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Los Angeles [DWP] Department of Water & Power

P.O. Box 30808 · Los Angeles, CA 90030-0808

ELECTRONIC SERVICE REQUESTED

**THIS IS YOUR BILL**

| PAST DUE AMOUNT | CURRENT CHARGES | | TOTAL AMOUNT DUE |
|---|---|---|---|
| $ 2,527.65 | + $-844.48 | = | $ 1,683.17 |
| Due NOW | Due Mar 22, 2016 | | |

**CLOSING BILL**

CALIF HISPANIC COMM ON ALCOHOL & DRUG ABUSE INC dw
PO Box 51111
Los Angeles CA 90051

*Less Tax*

**ACCOUNT NUMBER**
181 650 0000

**AMOUNT DUE    $ 1,683.17**
_- 187.02_

Please enter amount enclosed

$ 1,496.15

Write account number on check or money order
and make payable to LADWP.

181650000000000000001683173

Los Angeles [DWP] Department of Water & Power
www.ladwp.com

| BILL DATE | DATE DUE | Page 2 of 5 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 181 650 0000 | $ 1,683.17 | |

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence
with your payment. It may be delayed
or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles, CA 90051-6707

## Customer Service and Payment Information

**WHEN TO PAY YOUR BILL**
Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment

**LATE PAYMENT CHARGE**
A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

**IF YOU QUESTION YOUR LADWP CHARGES**
Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

**ELECTRONIC CHECK CONVERSION**
Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion.*

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office...... ...... .............300 Mandich Street

**METROPOLITAN LOS ANGELES**
Main Office ...... ... ...................111 N. Hope St.
Boyle Heights ...... ...... ....919 S. Soto St., #10
Central . ...... ...... ...461 9 S. Central Ave.
Crenshaw-Baldwin Hills ...... .4030 Crenshaw Blvd.
Hollywood . ...... ... ...... ...6547-B Sunset Blvd.
                (entrance on Schrader Blvd.)
Lincoln Heights ......... ... ...........2417 Daly St.
Slauson-Vermont ...... ..... ....5928 S. Vermont Ave.
Watts ......... ...... ...... . .1686 E. 103rd St

**HARBOR AREA**
San Pedro . ...... .. ... ......535 W. 9th St.
Wilmington ...... ....... 981 N. Avalon Blvd.

**SAN FERNANDO VALLEY**
Canoga Park ...... ...........7229 Winnetka Ave.
Mission Hills ............. .11100 Sepulveda Blvd., #3
Van Nuys ...... ...... ...8550 Van Nuys Blvd.

**WEST LOS ANGELES**
West Los Angeles............ 1394 S. Sepulveda Blvd.

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 90030-0808

Please do not fold, staple, tape or paper clip your payment to the stub.

PRINTED ON RECYCLED PAPER

Los Angeles  Department of Water & Power

www.ladwp.com

| | | | |
|---|---|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 | Page 3 of 5 | |
| **ACCOUNT NUMBER** 181 650 0000 | **AMOUNT DUE** $ 1,683.17 | | |

## Corrections *(See details below)*

| | CORRECTION DESCRIPTION | BILLING PERIOD CORRECTED | CANCELLED AMOUNT | CORRECTED AMOUNT | NET DIFFERENCE |
|---|---|---|---|---|---|
| 1 | Electric Service Charges - Retro Stop Automatic Cancel | 1/22/16 - 2/22/16 | $1,211.44 | $0.00 | -$1,211.44 |

**Total Corrections**  **-$1,211.44**

Los Angeles  Department of Water & Power

www.ladwp.com

| | | |
|---|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 | Page 4 of 5 |
| **ACCOUNT NUMBER** 181 650 0000 | **AMOUNT DUE** $ 1,683.17 | |

## New Charges

**Los Angeles Department of Water & Power**
www.ladwp.com  1-800-499-8840
*Hours of operation - 7 am to 6 pm*

**Electric Charges**

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 1816500867

STOP SERVICE 2/2/16

| | |
|---|---|
| **BILLING PERIOD** 1/22/16 - 2/2/16 | **DAYS** 11 |

**RATE SCHEDULE**
A-2 and A-2[i] Primary Electric - Rate B TOU Service

**METER NUMBER**
APMV00419-0000604     **SERVES**
8                      BASE KVARH

### DEFINITIONS

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service and Energy Efficiency Programs.

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs.

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, low income, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchases, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

| PERIOD | CURRENT READ | PREVIOUS READ | x | MULTIPLIER | = | TOTAL USED |
|---|---|---|---|---|---|---|
| High Peak kW | 0 | | | 40 | | 0 kW |
| Low Peak kW | 0 | | | 40 | | 0 kW |
| Base kW | 0 | | | 40 | | 0 kW |
| High Peak kWh | 2289 | 2278 | | 40 | | 440 kWh |
| Low Peak kWh | 2738 | 2725 | | 40 | | 520 kWh |
| Base kWh | 5184 | 5159 | | 40 | | 1000 kWh |
| High Peak kVarh | 2021 | 2011 | | 40 | | 400 kVarh |
| Low Peak kVarh | 2899 | 2884 | | 40 | | 600 kVarh |
| Base kVarh | 10680 | 10620 | | 40 | | 2400 kVarh |

| | | |
|---|---|---|
| Service Charge - 11 days | | 10.27 |
| Facilities Charge - 11 days | 43.2 kW x $5.36/kW | 84.90 |
| ESA - 11 days | 43.2 kW x $0.46/kW | 7.29 |
| RCA - 11 days | 43.2 kW x $0.96/kW | 15.21 |
| IRCA - 11 days | 43.2 kW x $0.70/kW | 11.09 |
| High Peak Low Season Demand - 11 days | 0 kW x $4.75/kW | 0.00 |
| High Peak Low Season Energy - 11 days | 440 kWh x $0.04473/kWh | 19.68 |
| High Peak ECA - 11 days | 440 kWh x $0.0569/kWh | 25.04 |
| High Peak VEA - 11 days | 440 kWh x $-0.00312/kWh | -1.37 |
| High Peak CRPSEA - 11 days | 440 kWh x $0.00253/kWh | 1.11 |
| High Peak VRPSEA - 11 days | 440 kWh x $0.00857/kWh | 3.77 |
| ***High Peak Subtotal*** (440 kWh x $0.10961/kWh) | | **$48.23** |
| Low Peak Low Season Demand - 11 days | 0 kW x $0.00/kW | 0.00 |
| Low Peak Low Season Energy - 11 days | 520 kWh x $0.04473/kWh | 23.26 |
| Low Peak ECA - 11 days | 520 kWh x $0.0569/kWh | 29.59 |
| Low Peak VEA - 11 days | 520 kWh x $-0.00312/kWh | -1.62 |
| Low Peak CRPSEA - 11 days | 520 kWh x $0.00253/kWh | 1.32 |
| Low Peak VRPSEA - 11 days | 520 kWh x $0.00857/kWh | 4.46 |
| ***Low Peak Subtotal*** (520 kWh x $0.10963/kWh) | | **$57.01** |
| Base Low Season Demand - 11 days | 0 kW x $0.00/kW | 0.00 |
| Base Low Season Energy - 11 days | 1,000 kWh x $0.0268/kWh | 26.80 |
| Base ECA - 11 days | 1,000 kWh x $0.0569/kWh | 56.90 |
| Base VEA - 11 days | 1,000 kWh x $-0.00312/kWh | -3.12 |
| Base CRPSEA - 11 days | 1,000 kWh x $0.00253/kWh | 2.53 |
| Base VRPSEA - 11 days | 1,000 kWh x $0.00857/kWh | 8.57 |

*(Continued on next page)*

Los Angeles Department of Water & Power
www.ladwp.com

| BILL DATE | DATE DUE | Page 5 of 5 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 181 650 0000 | $ 1,683.17 | |

*(Continued from previous page)*

| | | |
|---|---|---|
| Base Subtotal (1,000 kWh x $0.09168/kWh) | | $91.68 |
| Subtotal Electric Charges | | $325.68 |
| City of Los Angeles Utility Tax - 11 days | $325.68 x 12.5% | 40.71 |
| State Energy Surcharge - 11 days | 1,960 kWh x $0.00029/kWh | 0.57 |
| **Total Electric Charges** | | **$ 366.96** |

**Green Power for a Green LA**--LADWP's Green Power program replaces electricity from polluting power plants with energy generated from renewable resources. To learn more and sign up, visit www.ladwp.com/greenpower

## USAGE HISTORY

| Bill Date | Days | BASE PERIOD kWh | kW | LOW PERIOD kWh | kW | HIGH PERIOD kWh | kW | Total kWh Consumption | Billing kW (Facilities) | Total Electric Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/16 | 11 | 1,000.00 | 0.00 | 520.00 | 0.00 | 440.00 | 0.00 | 1,960.00 | 43.20 | 366.96 |
| 1/22/16 | 32 | 3,440.00 | 27.20 | 1,880.00 | 29.20 | 1,520.00 | 24.80 | 6,840.00 | 43.20 | 1,316.21 |
| 12/21/15 | 32 | 3,200.00 | 28.40 | 1,840.00 | 28.80 | 1,440.00 | 26.00 | 6,480.00 | 43.20 | 1,319.26 |
| 11/19/15 | 30 | 3,000.00 | 22.00 | 1,840.00 | 26.40 | 1,480.00 | 27.20 | 6,320.00 | 44.40 | 1,308.96 |
| 10/20/15 | 32 | 6,640.00 | 26.80 | 2,880.00 | 37.20 | 2,320.00 | 37.60 | 11,840.00 | 44.40 | 2,133.04 |
| 9/18/15 | 30 | 5,960.00 | 31.60 | 2,720.00 | 43.20 | 2,240.00 | 42.80 | 10,920.00 | 44.40 | 2,328.62 |
| 8/19/15 | 29 | 5,440.00 | 33.20 | 2,400.00 | 37.20 | 2,080.00 | 38.00 | 9,920.00 | 44.40 | 2,133.73 |
| 7/21/15 | 32 | 6,920.00 | 33.20 | 3,000.00 | 37.20 | 2,400.00 | 38.00 | 12,320.00 | 44.40 | 2,407.47 |
| 6/19/15 | 30 | 4,720.00 | 33.20 | 2,080.00 | 37.20 | 1,800.00 | 38.00 | 8,600.00 | 44.40 | 1,849.40 |
| 5/20/15 | 29 | 4,000.00 | 33.20 | 1,800.00 | 37.20 | 1,520.00 | 38.00 | 7,320.00 | 44.40 | 1,464.36 |
| 4/21/15 | 29 | 3,960.00 | 33.20 | 1,840.00 | 37.20 | 1,520.00 | 38.00 | 7,320.00 | 44.40 | 1,463.21 |
| 3/23/15 | 28 | 3,960.00 | 33.20 | 1,800.00 | 37.20 | 1,520.00 | 38.00 | 7,280.00 | 44.40 | 1,453.00 |
| 2/23/15 | 32 | 3,000.00 | 24.00 | 1,720.00 | 28.40 | 1,320.00 | 26.80 | 6,040.00 | 44.40 | 1,255.02 |
| TOTALS | 376 | 55,240.00 | 33.20 | 26,320.00 | 43.20 | 21,600.00 | 42.60 | 103,160.00 | 44.40 | 20,798.64 |
| | sum | sum | highest | sum | highest | sum | highest | sum | highest | sum |

## Electric Definitions

**Demand Charge** – a charge related to maximum power measured in kilowatts (kW). It is the highest kW as measured by the meter over a continuous 15 minute interval during the billing period.

**Facilities Charge** – a charge to recover the cost of transformer and line capacity used in meeting customer's maximum demand as recorded in the last twelve months.

**kVarh** – (kilo-var-hour) the units in which electric reactive energy usage is measured. One kVarh equals 1000 volt-ampere reactive energy use for one hour.

**Minimum Charge** – an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable.

**Power Factor** – the ratio of real Energy (kWh) to reactive energy (kVarh) for a given time period. The Maximum value is 1.0

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** – a charge for services provided such as meter reading, billing, postage, etc.

**Time-of-Use** – Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate.

Los Angeles ⬛ Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 1 of 4 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 281 650 0000 | $ 391.01 | |

CUSTOMER SERVICE – 7:00 am - 6:00 pm
1-800-499-8840

CALIF HISPANIC COMMSN ALCOHOL & DRUG ABUSE INC DWP,
2309 DALY ST, LOS ANGELES, CA 90031

**Paying Your Bill**


**AUTOMATIC PAYMENT**
Automatically pay from your
checking or savings by logging in at
*www.ladwp.com/combillpay*


**ONLINE**
Pay from your checking or savings
any time by logging in at
*www.ladwp.com/myaccount*


**BY PHONE**
Pay from your checking or savings
any time by calling 1-800-DIAL-DWP
and selecting "Make a Payment."


**BY MAIL**
Place your payment stub and your
check or money order in the
envelope provided with the bill.


**IN PERSON**
Pay at any Customer Service Center.
Locations are listed on the back of
your payment stub and at
*www.ladwp.com/servicecenters*

**PAST DUE REMINDER**    Your bill includes a past due amount, which is due now.
If you have recently made your payment, thank you.

~~This bill contains a previous bill and monthly new charges. Previous charges were cancelled and then refund correctly. Details on the following pages~~

**CLOSING BILL**

This acknowledges your request to stop services at your service address. Thank you for the opportunity to serve you.

**Account Summary**

| | | |
|---|---|---|
| Previous Account Balance | | $ 573.99 |
| Payment Received | *No payment received* | - .00 |
| Past Due Balance | **Due Now** | $ 573.99 |
| Corrections *(see details on page 3)* | | -$270.12 |
| New Charges | | + 87.14 |
| | **Total Amount Due** | **$ 391.01** |

**Summary of New Charges**                *Details on following pages*

| Los Angeles Department of Water and Power Charges | | |
|---|---|---|
| Water Charges   1/22/16 - 2/2/16   10 HCF | | $47.54 |
| | **Total LADWP Charges** | **$ 47.54** |

SEWER SERVICE CHARGE OF $ _178.18_
INCLUDED IN THE TOTAL OF THIS BILL. PROOF
OF DEBT FOR THIS AMOUNT WILL BE FILED
BY CITY CLERK, CITY OF LOS ANGELES

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Los Angeles ⬛ Department of Water & Power

| PAST DUE AMOUNT | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|
| $ 573.99 | + $-182.98 | = $ 391.01 |
| Due NOW | Due Mar 22, 2016 | |

P.O. Box 30808 • Los Angeles, CA 90030-0808

**THIS IS YOUR BILL**                **CLOSING BILL**

ELECTRONIC SERVICE REQUESTED

CALIF HISPANIC COMMSN ALCOHOL & DRUG ABUSE INC DWP
PO Box 51111
Los Angeles CA 90051

| ACCOUNT NUMBER | |
|---|---|
| 281 650 0000 | |
| AMOUNT DUE | $ 391.01 |

*Less Sewer*    − 178.18

Please enter amount enclosed

$   212.83

Write account number on check or money order
and make payable to LADWP.

2816500000000000000391012

 Los Angeles | Department of Water & Power
www.ladwp.com

| BILL DATE | DATE DUE | Page 2 of 4 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 281 650 0000 | $ 391.01 | |

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397).

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence with your payment. It may be delayed or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles, CA 90051-6707

**BUREAU OF SANITATION**
PO Box 79112
Los Angeles, CA 90079-0112

## Customer Service and Payment Information

### WHEN TO PAY YOUR BILL
Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

### LATE PAYMENT CHARGE
A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

### IF YOU QUESTION YOUR LADWP CHARGES
Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

### ELECTRONIC CHECK CONVERSION
Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion.*

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

## WHERE TO PAY YOUR BILL
All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office..............300 Mandich Street
**METROPOLITAN LOS ANGELES**
Main Office..............111 N. Hope St.
Boyle Heights..............919 S. Soto St. #10
Central..............4619 S. Central Ave.
Crenshaw-Baldwin Hills..............4030 Crenshaw Blvd.
Hollywood..............6547-B Sunset Blvd.
(entrance on Schrader Blvd.)
Lincoln Heights..............2417 Daly St.
Slauson-Vermont..............5928 S. Vermont Ave.
Watts..............1686 E. 103rd St.

**HARBOR AREA**
San Pedro..............535 W. 9th St.
Wilmington..............931 N. Avalon Blvd.
**SAN FERNANDO VALLEY**
Canoga Park..............7229 Winnetka Ave.
Mission Hills..............11100 Sepulveda Blvd., #3
Van Nuys..............6550 Van Nuys Blvd.
**WEST LOS ANGELES**
West Los Angeles..............1394 S. Sepulveda Blvd.

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 90030-0808

Please do not fold, staple, tape or paper clip your payment to the stub.

PRINTED ON RECYCLED PAPER

Los Angeles [DWP] Department of Water & Power
www.ladwp.com

| | |
|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 |
| **ACCOUNT NUMBER** 281 650 0000 | **AMOUNT DUE** $ 391.01 |

Page 3 of 4

LADWP provides billing services for the Bureau of Sanitation. All money collected for the services listed in the City of Los Angeles Bureau of Sanitation Charges section is forwarded to them.

**City of Los Angeles Bureau of Sanitation Charges**

 800-773-2489

Sewer Charges   1/22/16 - 2/2/16            $39.60

**Total Sanitation Charges   $ 39.60**

**Total New Charges   $ 87.14**

## Corrections (See details below)

| | CORRECTION DESCRIPTION | BILLING PERIOD CORRECTED | CANCELLED AMOUNT | CORRECTED AMOUNT | NET DIFFERENCE |
|---|---|---|---|---|---|
| 1 | Sewer Service Charges - Retro Stop Automatic Cancel | 1/22/16 - 2/22/16 | $122.74 | $0.00 | -$122.74 |
| 2 | Water Service Charges - Retro Stop Automatic Cancel | 1/22/16 - 2/22/16 | $147.38 | $0.00 | -$147.38 |

**Total Corrections   -$270.12**

## New Charges

 Los Angeles Department of Water & Power

www.ladwp.com   1-800-499-8840
Hours of operation - 7 am to 6 pm

**DEFINITIONS**

**HCF** – (Hundred Cubic Feet) the units in which water usage is measured. One HCF equals 748 gallons.

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**Tier (Commercial)** – One of two usage ranges used in a pricing method that provides an incentive to conserve water. The first usage range (Tier 1) is based on 125% of the average consumption for the preceding Dec. – Mar. Any usage over the Tier 1 allotment is billed at a higher rate (Tier 2). During the Low Season months (Nov.1 – May 31) all usage is billed at Tier 1 rates. During shortage year water rates, the Tier 1 allotment is reduced by 15%, and customers are subject to Tier 2 High Season rates year-round.

**Water Charges**

STOP SERVICE 2/2/16

**BILLING PERIOD**        **DAYS**
1/22/16 - 2/2/16           11

**RATE SCHEDULE**
Water Schedule C - Comm, Ind, Govt and Temp Service

**TIER 1 ALLOTMENT**
10 HCF

**Cust Ref : ALCOHOL & DRUG ABUSE INC**
**SA # : 2816500479**

**USAGE HISTORY (Total HCF)**



| | Prev Yr | Feb 16 |
|---|---|---|
| Total HCF used | 04 | 10 |
| Average daily gallons | 1496 | 680 |
| Days in billing period | 32 | 11 |
| Your average daily cost of water | | $C.32 |
| Your average cost per gallon of water | | $0.01 |

1 Hundred Cubic Feet (HCF) = 748 Gallons

| METER NUMBER | CURRENT READ | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|
| 90187668 | 2308 | 2298 | | 10 HCF |

| Tier 1 Water | 10 HCF x $4.754/HCF | 47.54 |
|---|---|---|
| Subtotal Water Charges | | **$47.54** |

**Total Water Charges   $ 47.54**

 Los Angeles Department of Water & Power

www.ladwp.com

| | |
|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 |
| **ACCOUNT NUMBER** 281 650 0000 | **AMOUNT DUE** $ 391.01 |

Page 4 of 4

**For the Quarterly Notice of Change in LADWP Water Rates, go to**
*www.ladwp com/quarterlynotice*

 environment LA SANITATION
CITY OF LOS ANGELES

**www.lacitysan.org    1-800-773-2489**
*Hours of operation - M-F, 7:30 am to 4:45 pm*

**DEFINITIONS**

**Low Income Sewer Surcharge -** an amount charged to each customer to help cover the costs of providing sewer service subsidies to low income customers, required by state and federal law.

**Sewer Service Charge -** (SSC) a charge for use of the sewer system, to cover the costs of constructing and maintaining wastewater facilities such as sewers and sewage treatment plants, and for treating sewage.

## Sewer Charges

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 281650D478

STOP SERVICE 2/2/16

| BILLING PERIOD | DAYS | SEWER RATE SCHEDULE |
|---|---|---|
| 1/22/16 - 2/2/16 | 11 | Sewer Service Charge - Multi Dwell and Commercial |

| | | |
|---|---|---|
| Sewer Service Charge - 11 days* | 9.30000 HCF x $4.23/HCF | 39.34 |
| Sewer Service Low Income Surcharge * | | 0.26 |

**Total Sewer Charges    $ 39.60**

*Your Sewer Service Charge is calculated on 93% of your water consumption.

PRINTED ON RECYCLED PAPER

Los Angeles Department of Water & Power

www.ladwp.com

| | |
|---|---|
| BILL DATE | Mar 3, 2016 |
| ACCOUNT NUMBER | 314 810 0000 |
| DATE DUE | Mar 22 2016 |
| AMOUNT DUE | $ 285.21 |

Page 1 of 4

**CUSTOMER SERVICE – 7:00 am - 6:00 pm**
1-800-499-8840

CA HISPANIC COMMISSION ALCOHOL & DRUG ABUSE INC DW,
524 N AVENUE 54, LOS ANGELES, CA 90042

## Paying Your Bill


**AUTOMATIC PAYMENT**
Automatically pay from your
checking or savings by logging in at
*www.ladwp.com/bombillpay*


**ONLINE**
Pay from your checking or savings
any time by logging in at
*www.ladwp.com/myaccount*


**BY PHONE**
Pay from your checking or savings
any time by calling 1-800-DIAL-DWP
and selecting "Make a Payment."


**BY MAIL**
Place your payment stub and your
check or money order in the
envelope provided with the bill.

**IN PERSON**
Pay at any Customer Service Center.
Locations are listed on the back of
your payment stub and at
*www.ladwp.com/servicecenters*

**PAST DUE REMINDER**   Your bill includes a past due amount, which is due now.
If you have recently made your payment, thank you.

## CLOSING BILL

This acknowledges your request to stop services at your service address. Thank you for the
opportunity to serve you.

## Account Summary

| | | |
|---|---|---|
| Previous Account Balance | | $ 456.61 |
| Payment Received | No payment received | - .00 |
| Past Due Balance | Due Now | $ 456.61 |
| Corrections (see details on page 3) | | -$227.24 |
| New Charges | | + 55.84 |
| **Total Amount Due** | | **$ 285.21** |

## Summary of New Charges                    *Details on following pages.*

| Los Angeles Department of Water and Power Charges | | |
|---|---|---|
| Electric Charges  1/25/16 - 2/2/16  349 kWh | | $55.84 |
| | **Total LADWP Charges** | **$ 55.84** |

**Total New Charges   $ 55.84**

CITY TAX ON ELECTRICITY OF $ 31.69
INCLUDED IN THE TOTAL OF THIS BILL. PROOF
OF DEBT FOR THIS TAX AMOUNT WILL BE FILED
BY CITY CLERK, CITY OF LOS ANGELES

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.



Los Angeles Department of Water & Power

| PAST DUE AMOUNT | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|
| $ 456.61 | + $-171.40 | = $ 285.21 |
| Due NOW | Due Mar 22, 2016 | |

P.O. Box 30808 · Los Angeles, CA 90030-0808

**THIS IS YOUR BILL**          **CLOSING BILL**

ELECTRONIC SERVICE REQUESTED

CA HISPANIC COMMISSION ALCOHOL & DRUG ABUSE INC DW
PO Box 51111
Los Angeles CA 90051

Less Tax

| ACCOUNT NUMBER | |
|---|---|
| 314 810 0000 | |
| AMOUNT DUE | $ 285.21 |
| Please enter amount enclosed | - 31.69 |
| $ | 253.52 |

Write account number on check or money order
and make payable to LADWP.

31481000000000000000285213

Los Angeles [DWP] Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 2 of 4 |
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 314 810 0000 | $ 285.21 | |

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence
with your payment. It may be delayed
or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles, CA 90051-6707

## Customer Service and Payment Information

### WHEN TO PAY YOUR BILL

Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

### LATE PAYMENT CHARGE

A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

### IF YOU QUESTION YOUR LADWP CHARGES

Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

### ELECTRONIC CHECK CONVERSION

Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office ....................300 Mandich Street

**METROPOLITAN LOS ANGELES**
Main Office ...........................111 N. Hope St
Boyle Heights .................919 S. Soto St., #10
Central ...........................4619 S. Central Ave
Crenshaw-Baldwin Hills .........4030 Crenshaw Blvd.
Hollywood.....................6547-B Sunset Blvd.
*(entrance on Schrader Blvd.)*
Lincoln Heights.....................2417 Daly St
Slauson-Vermont ...........5928 S. Vermont Ave.
Watts ............................1686 E. 103rd St

**HARBOR AREA**
San Pedro ...........................535 W. 9th St.
Wilmington ...................931 N. Avalon Blvd

**SAN FERNANDO VALLEY**
Canoga Park .....................7229 Winnetka Ave.
Mission Hills ...............11100 Sepulveda Blvd., #3
Van Nuys .........................6550 Van Nuys Blvd.

**WEST LOS ANGELES**
West Los Angeles ...........1394 S. Sepulveda Blvd

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 90030-0808

PRINTED ON RECYCLED PAPER

Please do not fold, staple, tape or paper clip your payment to the stub.

Los Angeles  Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 3 of 4 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 314 810 0000 | $ 285.21 | |

## Corrections *(See details below)*

| | CORRECTION DESCRIPTION | BILLING PERIOD CORRECTED | CANCELLED AMOUNT | CORRECTED AMOUNT | NET DIFFERENCE |
|---|---|---|---|---|---|
| 1 | Electric Service Charges - Retro Stop Automatic Cancel | 1/25/16 - 2/23/16 | $227.24 | $0.00 | -$227.24 |

**Total Corrections** -$227.24



| | **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 | Page 4 of 4 |
|---|---|---|---|
| Los Angeles  Department of Water & Power www.ladwp.com | **ACCOUNT NUMBER** 314 810 0000 | **AMOUNT DUE** $ 285.21 | |

## New Charges

**Los Angeles Department of Water & Power**
www.ladwp.com   1-800-499-8840
*Hours of operation - 7 am to 6 pm*

**Electric Charges**

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 3148100004

### DEFINITIONS

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service, and Energy Efficiency Programs.

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs.

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, low income, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour.

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchases, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

STOP SERVICE 2216

| **BILLING PERIOD** | **DAYS** |
|---|---|
| 1/25/16 – 2/2/16 | 8 |

**RATE SCHEDULE**
A-1 and A-1[i] Small General Electric - Rate A
Standard Service



**USAGE HISTORY** *(Total kWh)*

| | Prev Yr. | Feb 16 |
|---|---|---|
| Total kWh used | 1,558 | 349 |
| Average daily use | 32 | 44 |
| Days in billing period | 32 | 8 |
| Your average daily cost of electricity | | $8.98 |
| Highest Demand in last 12 months | | 4 kW |

| METER NUMBER | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| 00009-00996277 | 16326 | | 15977 | | 349 kWh |

| | | |
|---|---|---|
| Service Charge - 8 days | | 1.73 |
| Facilities Charge - 8 days | 4 kW x $5.36/kW | 5.72 |
| ESA - 8 days | 4 kW x $0.46/kW | 0.49 |
| RCA - 8 days | 4 kW x $0.96/kW | 1.02 |
| IRCA - 8 days | 4 kW x $0.70/kW | 0.75 |
| Energy Charge Low Season - 8 days | 349 kWh x $0.04929/kWh | 17.20 |
| ECA - 8 days | 349 kWh x $0.0569/kWh | 19.86 |
| VEA - 8 days | 349 kWh x $-0.00312/kWh | -1.09 |
| CRPSEA - 8 days | 349 kWh x $0.00253/kWh | 0.88 |
| VRPSEA - 8 days | 349 kWh x $0.00857/kWh | 2.99 |
| **Subtotal Electric Charges** | | **$49.55** |
| City of Los Angeles Utility Tax - 8 days | $49.55 x 12.5% | 6.19 |
| State Energy Surcharge - 8 days | 349 kWh x $0.00029/kWh | 0.10 |

**Total Electric Charges   $ 55.84**

*Green Power for a Green LA—LADWP's Green Power program replaces electricity from polluting power plants with energy generated from renewable resources. To learn more and sign up visit www.ladwp.com/greenpower*

## Electric Definitions

**Demand Charge** – a charge related to maximum power measured in kilowatts (kW). It is the highest kW as measured by the meter over a continuous 15 minute interval during the billing period.

**Facilities Charge** – a charge to recover the cost of transformer and line capacity used in meeting customer's maximum demand as recorded in the last twelve months.

**kVarh** – (kilo-var-hour) the units in which electric reactive energy usage is measured. One kVarh equals 1000 volt-ampere reactive energy use for one hour.

**Minimum Charge** – an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable

**Power Factor** – the ratio of real Energy (kWh) to reactive energy (kVarh) for a given time period. The Maximum value is 1.0

**Rate Schedule** – rates, based on type of use approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** – a charge for services provided such as meter reading, billing, postage, etc.

**Time-of-Use** – Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate

PRINTED ON RECYCLED PAPER



Los Angeles Department of Water & Power
www.ladwp.com

| | |
|---|---|
| **BILL DATE** | Mar 3, 2016 |
| **DATE DUE** | Mar 22, 2016 |
| | Page 1 of 6 |
| **ACCOUNT NUMBER** | 414 810 0000 |
| **AMOUNT DUE** | $ 505.68 |

CUSTOMER SERVICE – 7:00 am - 6:00 pm
1-800-499-8840

CALIF HISPANIC COMM ON ALCOHOL & DRUG ABUSE INC DW,
530 N AVENUE 54, LOS ANGELES, CA 90042

**PAST DUE REMINDER**  Your bill includes a past due amount, which is due now.
If you have recently made your payment, thank you.

## Paying Your Bill


**AUTOMATIC PAYMENT**
Automatically pay from your
checking or savings by logging in at
*www.ladwp.com/combillpay*


**ONLINE**
Pay from your checking or savings
any time by logging in at
*www.ladwp.com/myaccount*


**BY PHONE**
Pay from your checking or savings
any time by calling 1-800-DIAL-DWP
and selecting "Make a Payment."


**BY MAIL**
Place your payment stub and your
check or money order in the
envelope provided with the bill.


**IN PERSON**
Pay at any Customer Service Center.
Locations are listed on the back of
your payment stub and at
*www.ladwp.com/servicecenters*

CITY TAX ON ELECTRICITY OF $ 35.89
INCLUDED IN THE TOTAL OF THIS BILL. PROOF
OF DEBT FOR THIS TAX AMOUNT WILL BE FILED
BY CITY CLERK, CITY OF LOS ANGELES.

SEWER SERVICE CHARGE OF $ 83.15
INCLUDED IN THE TOTAL OF THIS BILL. PROOF
OF DEBT FOR THIS AMOUNT WILL BE FILED
BY CITY CLERK, CITY OF LOS ANGELES

This acknowledges your request to stop services at your service address. Thank you for the opportunity to serve you.

## CLOSING BILL

This acknowledges your request to stop services at your service address. Thank you for the opportunity to serve you.

## Account Summary

| | | |
|---|---|---|
| Previous Account Balance | | $ 771.21 |
| Payment Received | *No payment received* | - .00 |
| **Past Due Balance** | **Due Now** | **$ 771.21** |
| Corrections *(see details on page 3)* | | -$350.89 |
| New Charges | | + 85.36 |
| **Total Amount Due** | | **$ 505.68** |

## Summary of New Charges        *Details on following pages.*

| Los Angeles Department of Water and Power Charges | | |
|---|---|---|
|  Electric Charges  1/25/16 - 2/2/16  269 kWh | | $50.50 |
| Water Charges  1/25/16 - 2/2/16  4 HCF | | $19.02 |
| 800-499-8840 | **Total LADWP Charges** | **$ 69.52** |

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Los Angeles Department of Water & Power

| PAST DUE AMOUNT | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|
| $ 771.21 | + $-265.53 | $ 505.68 |
| Due NOW | Due Mar 22, 2016 | |

P.O. Box 30808 • Los Angeles, CA 90030-0808

**THIS IS YOUR BILL**        **CLOSING BILL**

ELECTRONIC SERVICE REQUESTED

CALIF HISPANIC COMM ON ALCOHOL & DRUG ABUSE INC DW
PO Box 51111
Los Angeles CA 90051

| | |
|---|---|
| **ACCOUNT NUMBER** | 414 810 0000 |
| **AMOUNT DUE** | $ 505.68 |

*Less Tax & Sewer*        119.04

$ 386.64

Write account number on check or money order
and make payable to LADWP.

41481000000000000000505682

Los Angeles Department of Water & Power
www.ladwp.com

BILL DATE
Mar 3, 2016

DATE DUE
Mar 22, 2016

Page 2 of 6

ACCOUNT NUMBER
414 810 0000

AMOUNT DUE
$ 505.68

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence
with your payment. It may be delayed
or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles, CA 90051-6707

**BUREAU OF SANITATION**
PO Box 79112
Los Angeles, CA 90079-0112

## Customer Service and Payment Information

### WHEN TO PAY YOUR BILL

Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

### LATE PAYMENT CHARGE

A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

### IF YOU QUESTION YOUR LADWP CHARGES

Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

### ELECTRONIC CHECK CONVERSION

Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion.*

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office.....................300 Mandich Street

**METROPOLITAN LOS ANGELES**
Main Office ............. ..............111 N. Hope St.
Boyle Heights ...........................919 S. Soto St., #10
Central..................... ....... .4619 S. Central Ave.
Crenshaw-Baldwin Hills ... .. 4030 Crenshaw Blvd.
Hollywood........ . ...............6547-B Sunset Blvd.
                    (entrance on Schrader Blvd.)
Lincoln Heights ... ........................2417 Daly St.
Slauson-Vermont ... ............5928 S. Vermont Ave.
Watts ..... ... ... .................1686 E. 103rd St.

**HARBOR AREA**
San Pedro......... ...... ...........535 W. 9th St.
Wilmington ................ ....... . 931 N. Avalon Blvd.

**SAN FERNANDO VALLEY**
Canoga Park......... ...............7229 Winnetka Ave.
Mission Hills ....... . 11100 Sepulveda Blvd.  #3
Van Nuys ... ..............................6550 Van Nuys Blvd.

**WEST LOS ANGELES**
West Los Angeles............1394 S. Sepulveda Blvd.

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 90030-0808

Please do not fold, staple, tape or paper clip your payment to the stub.

PRINTED ON RECYCLED PAPER

Los Angeles **D**W**P** Department of Water & Power

www.ladwp.com

| | | | |
|---|---|---|---|
| **BILL DATE**<br>Mar 3, 2016 | | **DATE DUE**<br>Mar 22, 2016 | Page 3 of 6 |
| **ACCOUNT NUMBER**<br>414 610 0000 | | **AMOUNT DUE**<br>$ 505.66 | |

*LADWP provides billing services for the Bureau of Sanitation. All money collected for the services listed in the City of Los Angeles Bureau of Sanitation Charges section is forwarded to them.*

### City of Los Angeles Bureau of Sanitation Charges

800-773-2489

Sewer Charges  1/25/16 - 2/2/16                        $15.84

**Total Sanitation Charges    $ 15.84**

**Total New Charges    $ 85.36**

### Corrections *(See details below)*

| | CORRECTION DESCRIPTION | BILLING PERIOD CORRECTED | CANCELLED AMOUNT | CORRECTED AMOUNT | NET DIFFERENCE |
|---|---|---|---|---|---|
| 1 | Electric Service Charges - Retro Stop Automatic Cancel | 1/25/16 - 2/23/16 | $202.76 | $0.00 | -$202.76 |
| 2 | Sewer Service Charges - Retro Stop Automatic Cancel | 1/25/16 - 2/23/16 | $67.31 | $0.00 | -$67.31 |
| 3 | Water Service Charges - Retro Stop Automatic Cancel | 1/25/16 - 2/23/16 | $80.82 | $0.00 | -$80.82 |

**Total Corrections    -$350.89**

  Department of Water & Power

| | BILL DATE | DATE DUE | Page 4 of 6 |
|---|---|---|---|
| | Mar 3, 2016 | Mar 22, 2016 | |
| www.ladwp.com | ACCOUNT NUMBER | AMOUNT DUE | |
| | 414 810 0000 | $ 505.68 | |

## New Charges

**Los Angeles Department of Water & Power**
www.ladwp.com  1-800-499-8840
Hours of operation - 7 am to 8 pm

### DEFINITIONS

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service, and Energy Efficiency Programs.

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs.

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, low income, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour.

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchases, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

**Electric Charges**

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 4148100090

| BILLING PERIOD | DAYS |
|---|---|
| 1/25/16 - 2/2/16 | 8 |

**RATE SCHEDULE**
A-1 and A-1 [i] Small General Electric - Rate A
Standard Service

**SERVES**
ALCOHOLIC RCVY
HOME

| METER NUMBER | |
|---|---|
| FM00009-01130279 | |

**USAGE HISTORY** (Total kWh)

| | Prev Yr | Feb 16 |
|---|---|---|
| Total kWh used | 731 | 269 |
| Average daily kWh | 23 | 34 |
| Days in billing period | 32 | 8 |
| Your average daily cost of electricity | | $6.31 |
| Highest Demand in last 12 months | | 6.2 kW |

| DESCRIPTION | CURRENT READ | – | PREVIOUS READ | = | TOTAL READ |
|---|---|---|---|---|---|
| Demand kW | 0 | | | | 0 kW |
| Energy kWh | 7711 | | 7442 | | 269 kWh |

| | | |
|---|---|---|
| Service Charge - 8 days | | 1.73 |
| Facilities Charge - 8 days | 6.2 kW x $5.36/kW | 8.86 |
| ESA - 8 days | 6.2 kW x $0.46/kW | 0.76 |
| RCA - 8 days | 6.2 kW x $0.96/kW | 1.59 |
| IRCA - 8 days | 6.2 kW x $0.70/kW | 1.16 |
| Energy Charge Low Season - 8 days | 269 kWh x $0.04929/kWh | 13.26 |
| ECA - 8 days | 269 kWh x $0.0569/kWh | 15.31 |
| VEA - 8 days | 269 kWh x $-0.00312/kWh | -0.84 |
| CRPSEA - 8 days | 269 kWh x $0.00253/kWh | 0.68 |
| VRPSEA - 8 days | 269 kWh x $0.00857/kWh | 2.31 |
| **Subtotal Electric Charges** | | **$44.82** |
| City of Los Angeles Utility Tax - 8 days | $44.82 x 12.5% | 5.60 |
| State Energy Surcharge - 8 days | 269 kWh x $0.00029/kWh | 0.08 |

**Total Electric Charges  $ 50.50**

**Green Power for a Green LA**–LADWP's Green Power program replaces electricity from polluting power plants with energy generated from renewable resources. To learn more and sign up visit www.ladwp.com/greenpower



Los Angeles    Department of Water & Power

www.ladwp.com

| | | | |
|---|---|---|---|
| **BILL DATE** Mar 3, 2016 | | **DATE DUE** Mar 22, 2016 | Page 5 of 6 |
| **ACCOUNT NUMBER** 414 810 0000 | | **AMOUNT DUE** $ 505.68 | |



Los Angeles
Department of
Water & Power

www.ladwp.com · 1-800-499-8840
*Hours of operation - 7 am to 6 pm*

## DEFINITIONS

**HCF –** (Hundred Cubic Feet) the units in which water usage is measured. One HCF equals 748 gallons.

**Rate Schedule –** rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**Tier (Commercial) –** One of two usage ranges used in a pricing method that provides an incentive to conserve water. The first usage range (Tier 1) is based on 125% of the average consumption for the preceding Dec. – Mar. Any usage over the Tier 1 allotment is billed at a higher rate (Tier 2). During the Low Season months (Nov.1 – May 31) all usage is billed at Tier 1 rates. During shortage year water rates, the Tier 1 allotment is reduced by 15%, and customers are subject to Tier 2 High Season rates year-round.

    Water Charges

STOP SERVICE

**BILLING PERIOD**          **DAYS**
1/25/16 - 2/2/16               8

**RATE SCHEDULE**
Water Schedule C - Comm, Ind, Govt and Temp Service

**TIER 1 ALLOTMENT**
10.13167 HCF

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 4146100092

**USAGE HISTORY** *(Total HCF)*



| | Prev Yr | Feb 16 |
|---|---|---|
| Total HCF used | 15 | 4 |
| Average daily gallons | 351 | 374 |
| Days in billing period | 32 | 8 |
| Your average daily cost of water | $2.38 | $2.38 |
| Your average cost per gallon of water | $0.01 | $0.01 |

*1 Hundred Cubic Feet (HCF) = 748 Gallons*

| METER NUMBER | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| 90196601 | 2866 | | 2862 | | 4 HCF |
| Tier 1 Water | | | 4 HCF x $4.755/HCF | | 19.02 |
| **Subtotal Water Charges** | | | | | $19.02 |

| | |
|---|---|
| **Total Water Charges** | **$ 19.02** |

---

**For the Quarterly Notice of Change in LADWP Water Rates, go to**
*www.ladwp.com/quarterlynotice*



Los Angeles | DWP | Department of Water & Power
www.ladwp.com

| BILL DATE | DATE DUE | Page 6 of 6 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 414 810 0000 | $ 505 66 | |

---

**Sewer Charges**

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 4148100091

www.lacitysan.org   1-800-773-2489
Hours of operation - M-F, 7:30 am to 4:45 pm

STOP SERVICE 2/2/16

**DEFINITIONS**

**Low Income Sewer Surcharge** - an amount charged to each customer to help cover the costs of providing sewer service subsidies to low income customers, required by state and federal law.

**Sewer Service Charge - (SSC)** a charge for use of the sewer system, to cover the costs of constructing and maintaining wastewater facilities such as sewers and sewage treatment plants, and for treating sewage.

| BILLING PERIOD | DAYS | SEWER RATE SCHEDULE |
|---|---|---|
| 1/25/16 - 2/2/16 | 8 | Sewer Service Charge - Multi Dwell and Commercial |

| | | |
|---|---|---|
| Sewer Service Charge - 8 days* | 3 72000 HCF x $4 23/HCF | 15.74 |
| Sewer Service Low Income Surcharge* | | 0.10 |
| | **Total Sewer Charges** | **$ 15.84** |

*Your Sewer Service Charge is calculated on 93% of your water consumption.

---

**Electric Definitions**

**Demand Charge** – a charge related to maximum power measured in kilowatts (kW). It is the highest kW as measured by the meter over a continuous 15 minute interval during the billing period.

**Facilities Charge** – a charge to recover the cost of transformer and line capacity used in meeting customer's maximum demand as recorded in the last twelve months.

**kVarh** – (kilo-var-hour) the units in which electric reactive energy usage is measured.  One kVarh equals 1000 volt-ampere reactive energy use for one hour.

**Minimum Charge** – an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable.

**Power Factor** – the ratio of real Energy (kWh) to reactive energy (kVarh) for a given time period.  The Maximum value is 1.0

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council.  For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** – a charge for services provided such as meter reading, billing, postage, etc.

**Time-of-Use** – Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate.

PRINTED ON RECYCLED PAPER

Los Angeles | Department of Water & Power

www.ladwp.com

| | | |
|---|---|---|
| **BILL DATE** Mar 5, 2016 | **DATE DUE** Mar 24, 2016 | Page 1 of 6 |
| **ACCOUNT NUMBER** 224 810 0000 | **AMOUNT DUE** $ 265.92 | |

**CUSTOMER SERVICE – 7:00 am - 6:00 pm**
1-800-499-8840

CALIF HISPANIC COMM ON ALCOHOL & DRUG ABUSE INC,
328 N AVENUE 59, LOS ANGELES, CA 90042

### Paying Your Bill


**AUTOMATIC PAYMENT**
Automatically pay from your checking or savings by logging in at
*www.ladwp.com/combillpay*


**ONLINE**
Pay from your checking or savings any time by logging in at
*www.ladwp.com/myaccount*


**BY PHONE**
Pay from your checking or savings any time by calling 1-800-DIAL-DWP and selecting "Make a Payment."


**BY MAIL**
Place your payment stub and your check or money order in the envelope provided with the bill.

**IN PERSON**
Pay at any Customer Service Center. Locations are listed on the back of your payment stub and at
*www.ladwp.com/servicecenters*

**PAST DUE REMINDER** Your bill includes a past due amount, which is due now. If you have recently made your payment, thank you.

This bill reflects a previous bill with credits that were charged in error. Charges were cancelled and then rebilled correctly. Details on the following page.

### CLOSING BILL
This acknowledges your request to stop services at your service address. Thank you for the opportunity to serve you.

### Account Summary

| | | |
|---|---|---|
| Previous Account Balance | | $ 512.95 |
| Payment Received | *No payment received* | - .00 |
| **Past Due Balance** | **Due Now** | **$ 512.95** |
| Corrections *(see details on page 3)* | | -$280.20 |
| New Charges | | + 33.17 |
| | **Total Amount Due** | **$ 265.92** |

SEWER SERVICE CHARGE of $ 27.71 *(handwritten)*
INCLUDED IN THE TOTAL OF THIS BILL. PROOF OF DEBT FOR THIS AMOUNT WILL BE FILED BY CITY CLERK, CITY OF LOS ANGELES

### Summary of New Charges
*Details on following pages*

**Los Angeles Department of Water and Power Charges**


800-499-8840

| | | |
|---|---|---|
| Electric Charges | 1/25/16 - 2/2/16  15 kWh | $24.45 |
| Water Charges | 1/25/16 - 2/2/16  1 HCF | $4.76 |
| | **Total LADWP Charges** | **$ 29.21** |

CITY TAX ON ELECTRICITY OF $ 22.79 *(handwritten)*
INCLUDED IN THE TOTAL OF THIS BILL. PROOF OF DEBT FOR THIS TAX WILL BE FILED BY CITY CLERK, CITY OF LOS ANGELES.

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Los Angeles | Department of Water & Power

| | | | | | |
|---|---|---|---|---|---|
| | | **PAST DUE AMOUNT** $ 512.95 Due NOW | **CURRENT CHARGES** + $-247.03 Due Mar 24, 2016 | = | **TOTAL AMOUNT DUE** $ 265.92 |

P.O. Box 30808 • Los Angeles, CA 90030-0808

**THIS IS YOUR BILL**

**CLOSING BILL**

ELECTRONIC SERVICE REQUESTED

CALIF HISPANIC COMM ON ALCOHOL & DRUG ABUSE INC
PO Box 51111
Los Angeles CA 90051

*Less Tax & Sewer (handwritten)*

| | |
|---|---|
| **ACCOUNT NUMBER** 224 810 0000 | |
| **AMOUNT DUE** | $ 265.92 |
| | − 50.50 *(handwritten)* |

Please enter amount enclosed

$ 215.42 *(handwritten)*

Write account number on check or money order and make payable to LADWP.

22481000000000000000265922

Los Angeles Department of Water & Power
www.ladwp.com

| | |
|---|---|
| BILL DATE | Mar 5, 2016 |
| DATE DUE | Mar 24, 2016 |
| ACCOUNT NUMBER | 224 810 0000 |
| AMOUNT DUE | $ 265.92 |

Page 2 of 6

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence
with your payment. It may be delayed
or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles,CA 90051-6707

**BUREAU OF SANITATION**
PO Box 79112
Los Angeles,CA 90079-0112

## Customer Service and Payment Information

**WHEN TO PAY YOUR BILL**
Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

**LATE PAYMENT CHARGE**
A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

**IF YOU QUESTION YOUR LADWP CHARGES**
Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

**ELECTRONIC CHECK CONVERSION**
Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion.*

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office ............................300 Mandich Street
**METROPOLITAN LOS ANGELES**
Main Office...... ... ................. 111 N. Hope St.
Boyle Heights........... ..........919 S. Soto St., #10
Central............. ............4619 S. Central Ave
Crenshaw-Baldwin Hills ... ....4030 Crenshaw Blvd
Hollywood................... .. ....6547-B Sunset Blvd
                    *(entrance on Schrader Blvd.)*
Lincoln Heights ... .. ............... 2417 Daly St.
Slauson-Vermont . .... ....5928 S. Vermont Ave.
Watts .............. .................1686 E. 103rd St.

**HARBOR AREA**
San Pedro ........... ................. 535 W. 9th St.
Wilmington ................ ..... 931 N. Avalon Blvd
**SAN FERNANDO VALLEY**
Canoga Park ...........7229 Winnetka Ave.
Mission Hills .........11100 Sepulveda Blvd. #3
Van Nuys .... ....... ..... 6550 Van Nuys Blvd
**WEST LOS ANGELES**
West Los Angeles ..... ......1394 S. Sepulveda Blvd

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 90030-0808

Please do not fold, staple, tape or paper clip your payment to the stub

PRINTED ON RECYCLED PAPER



| | |
|---|---|
| **BILL DATE** Mar 5, 2016 | **DATE DUE** Mar 24, 2016 |
| **ACCOUNT NUMBER** 224 810 0000 | **AMOUNT DUE** $ 265.92 |

Page 3 of 6

*LADWP provides billing services for the Bureau of Sanitation. All money collected for the services listed in the City of Los Angeles Bureau of Sanitation Charges section is forwarded to them.*

### City of Los Angeles Bureau of Sanitation Charges

| | | |
|---|---|---|
| Sewer Charges   1/25/16 - 2/2/16 | | $3.96 |
| **Total Sanitation Charges** | | **$ 3.96** |

800-773-2489

**Total New Charges**   **$ 33.17**

## Corrections *(See details below)*

| | CORRECTION DESCRIPTION | BILLING PERIOD CORRECTED | CANCELLED AMOUNT | CORRECTED AMOUNT | NET DIFFERENCE |
|---|---|---|---|---|---|
| 1 | Electric Service Charges - Clerical Error | 1/25/16 - 2/23/16 | $175.63 | $0.00 | -$175.63 |
| 2 | Sewer Service Charges - Clerical Error | 1/25/16 - 2/23/16 | $47.52 | $0.00 | -$47.52 |
| 3 | Water Service Charges - Clerical Error | 1/25/16 - 2/23/16 | $57.05 | $0.00 | -$57.05 |

**Total Corrections**   **-$280.20**



Los Angeles [P] Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 4 of 6 |
|---|---|---|
| Mar 5, 2016 | Mar 24, 2016 | |
| **ACCOUNT NUMBER** | **AMOUNT DUE** | |
| 224 810 0000 | $ 265 92 | |

## New Charges



**Los Angeles Department of Water & Power**
www.ladwp.com  1-800-499-8840
Hours of operation - 7 am to 6 pm

### DEFINITIONS

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service, and Energy Efficiency Programs

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, low income, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour.

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchases, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

 **Electric Charges**

**Cust Ref : ALCOHOL & DRUG ABUSE INC**
**SA # : 2248100534**

**BILLING PERIOD**        **DAYS**
1/25/16 - 2/2/16          8

**RATE SCHEDULE**
A-1 and A-1[i] Small General Electric - Rate A Standard Service
**METER NUMBER**
FM00009-01131377



**USAGE HISTORY** *(Total kWh)*

| | Prev Yr | Feb 16 |
|---|---|---|
| Total kWh used | 781 | 15 |
| Average daily kWh | 24 | 2 |
| Days in billing period | 32 | 8 |
| Your average daily cost of electricity | | $3.06 |
| Highest Demand in last 12 months | | 9.17 kW |

| DESCRIPTION | CURRENT READ | − | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| Demand kW | 4.12 | | | | 4.12 kW |
| Energy kWh | 21379 | | 21364 | | 15 kWh |
| | | | *ESTIMATED* | | |

| | | |
|---|---|---|
| Service Charge - 8 days | | 1.73 |
| Facilities Charge - 8 days | 9.17 kW x $5.36/kW | 13.11 |
| ESA - 8 days | 9.17 kW x $0.46/kW | 1.12 |
| RCA - 8 days | 9.17 kW x $0.96/kW | 2.35 |
| IRCA - 8 days | 9.17 kW x $0.70/kW | 1.71 |
| Energy Charge Low Season - 8 days | 15 kWh x $0.04929/kWh | 0.74 |
| ECA - 8 days | 15 kWh x $0.0569/kWh | 0.85 |
| VEA - 8 days | 15 kWh x $-0.00312/kWh | -0.05 |
| CRPSEA - 8 days | 15 kWh x $0.00253/kWh | 0.04 |
| VRPSEA - 8 days | 15 kWh x $0.00857/kWh | 0.13 |
| **Subtotal Electric Charges** | | **$21.73** |
| City of Los Angeles Utility Tax - 8 days | $21.73 x 12.5% | 2.72 |

**Total Electric Charges    $ 24.45**

*Green Power for a Green LA --LADWP's Green Power program replaces electricity from pol-luting power plants with energy generated from renewable resources. To learn more and sign up visit www.ladwp.com/greenpower*

PRINTED ON RECYCLED PAPER



 Department of Water & Power

| BILL DATE | DATE DUE | Page 5 of 6 |
|-----------|----------|-------------|
| Mar 5, 2016 | Mar 24, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 224 810 0000 | $ 265.92 | |

www.ladwp.com

## Los Angeles Department of Water & Power

www.ladwp.com    1-800-499-8840

*Hours of operation - 7 am to 6 pm*

### DEFINITIONS

**HCF** — (Hundred Cubic Feet) the units in which water usage is measured. One HCF equals 748 gallons

**Rate Schedule** — rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**Tier (Commercial)** — One of two usage ranges used In a pricing method that provides an incentive to conserve water. The first usage range (Tier 1) is based on 125% of the average consumption for the preceding Dec. – Mar. Any usage over the Tier 1 allotment is billed at a higher rate (Tier 2). During the Low Season months (Nov.1 – May 31) all usage is billed at Tier 1 rates. During shortage year water rates, the Tier 1 allotment is reduced by 15%, and customers are subject to Tier 2 High Season rates year-round.

## Water Charges

**Cust Ref : ALCOHOL & DRUG ABUSE INC**
**SA # : 2248100536**

### USAGE HISTORY *(Total HCF)*



| | Prev Yr | Feb 16 |
|---|---|---|
| Total HCF used | 13 | |
| Average daily gallons | 304 | 94 |
| Days in billing period | 32 | 8 |
| Your average daily cost of water | | $0.60 |
| Your average cost per gallon of water | | $0.01 |

*1 Hundred Cubic Feet (HCF) = 748 Gallons*

**BILLING PERIOD**    **DAYS**
1/25/16 - 2/2/16    8

**RATE SCHEDULE**
Water Schedule C - Comm, Ind, Govt and Temp Service

**TIER 1 ALLOTMENT**
9.15495 HCF

| METER NUMBER | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| 90084354 | 3024 | | 3023 | | 1 HCF |
| Tier 1 Water | | | 1 HCF x $4.76/HCF | | 4.76 |
| Subtotal Water Charges | | | | | $4.76 |

**Total Water Charges    $ 4.76**

**For the Quarterly Notice of Change in LADWP Water Rates, go to**
*www.ladwp.com/quarterlynotice*

 Los Angeles Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 6 of 6 |
|---|---|---|
| Mar 5, 2016 | Mar 24, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 224 810 0000 | $ 265.92 | |

www.lacitysan.org  1-800-773-2489
*Hours of operation - M-F, 7:30 am to 4:45 pm*

## Sewer Charges

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 224810D535

STOP SERVICE DATE

**DEFINITIONS**

**Low Income Sewer Surcharge** – an amount charged to each customer to help cover the costs of providing sewer service subsidies to low income customers, required by state and federal law.

**Sewer Service Charge** – (SSC) a charge for use of the sewer system, to cover the costs of constructing and maintaining wastewater facilities such as sewers and sewage treatment plants, and for treating sewage.

| BILLING PERIOD | DAYS | SEWER RATE SCHEDULE |
|---|---|---|
| 1/25/16 - 2/2/16 | 8 | Sewer Service Charge - Multi Dwell and Commercial |

| | | |
|---|---|---|
| Sewer Service Charge - 8 days* | 0.93000 HCF x $4.23/HCF | 3.93 |
| Sewer Service Low Income Surcharge* | | 0.03 |

**Total Sewer Charges    $ 3.96**

*Your Sewer Service Charge is calculated on 93% of your water consumption.*

## Electric Definitions

**Demand Charge** – a charge related to maximum power measured in kilowatts (kW). It is the highest kW as measured by the meter over a continuous 15 minute interval during the billing period.

**Facilities Charge** – a charge to recover the cost of transformer and line capacity used in meeting customer's maximum demand as recorded in the last twelve months.

**kVarh** – (kilo-var-hour) the units in which electric reactive energy usage is measured. One kVarh equals 1000 volt-ampere reactive energy use for one hour.

**Minimum Charge** – an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable.

**Power Factor** – the ratio of real Energy (kWh) to reactive energy (kVarh) for a given time period. The Maximum value is 1.0

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** – a charge for services provided such as meter reading, billing, postage, etc.

**Time-of-Use** – Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate.

PRINTED ON RECYCLED PAPER

Los Angeles Department of Water & Power

www.ladwp.com

**BILL DATE** Mar 3, 2016
**ACCOUNT NUMBER** 320 910 0000
**DATE DUE** Mar 22, 2016
**AMOUNT DUE** $ 147.92

Page 1 of 6

CUSTOMER SERVICE – 7:00 am - 6:00 pm
1-800-499-8840

CALIFORNIA HISPANIC COMMISSION dwp bky B5558,
2024 NEW JERSEY ST, LOS ANGELES, CA 90033

PAST DUE REMINDER    Your bill includes a past due amount, which is due now.
If you have recently made your payment, thank you.

## Paying Your Bill

 **AUTOMATIC PAYMENT**
Automatically pay from your checking or savings by logging in at *www.ladwp.com/combillpay*

 **ONLINE**
Pay from your checking or savings any time by logging in at *www.ladwp.com/myaccount*

 **BY PHONE**
Pay from your checking or savings any time by calling 1-800-DIAL-DWP and selecting "Make a Payment."

 **BY MAIL**
Place your payment stub and your check or money order in the envelope provided with the bill.

**IN PERSON**
Pay at any Customer Service Center. Locations are listed on the back of your payment stub and at *www.ladwp.com/servicecenters*

CLOSING BILL
This acknowledges your request to stop services at your service address. Thank you for the opportunity to serve you.

## Account Summary

| | | |
|---|---|---|
| Previous Account Balance | | $ 218.65 |
| Payment Received | No payment received | - .00 |
| Past Due Balance | Due Now | $ 218.65 |
| Corrections *(see details on page 3)* | | -$95.05 |
| New Charges | | + 24.32 |
| **Total Amount Due** | | **$ 147.92** |

CITY TAX ON ELECTRICITY OF $ 11.61 INCLUDED IN THE TOTAL OF THIS BILL. PROOF OF DEBT FOR THIS TAX AMOUNT WILL BE FILED BY CITY CLERK, CITY OF LOS ANGELES.

SEWER SERVICE CHARGE OF $ 19.80 INCLUDED IN THE TOTAL OF THIS BILL. PROOF OF DEBT FOR THIS AMOUNT WILL BE FILED BY CITY CLERK, CITY OF LOS ANGELES

## Summary of New Charges

*Details on following pages.*

**Los Angeles Department of Water and Power Charges**



| | | |
|---|---|---|
| Electric Charges  1/26/16 - 2/2/16  47 kWh | | $15.60 |
| Water Charges  1/26/16 - 2/2/16  1 HCF | | $4.76 |
| **Total LADWP Charges** | | **$ 20.36** |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Los Angeles Department of Water & Power

| PAST DUE AMOUNT | CURRENT CHARGES | | TOTAL AMOUNT DUE |
|---|---|---|---|
| $ 218.65 | + $-70.73 | = | $ 147.92 |
| Due NOW | Due Mar 22, 2016 | | |

P.O. Box 30808 · Los Angeles, CA 90030-0808

ELECTRONIC SERVICE REQUESTED

THIS IS YOUR BILL

CLOSING BILL

CALIFORNIA HISPANIC COMMISSION dwp bky B5558
PO Box 51111
Los Angeles CA 90051

*Less Tax & Sewer*

**ACCOUNT NUMBER**
320 910 0000

**AMOUNT DUE**   $ 147.92
-31.41
Please enter amount enclosed

$ 116.51

Write account number on check or money order and make payable to LADWP.

32091000000000000000147923

Los Angeles | Department of Water & Power
www.ladwp.com

| BILL DATE | DATE DUE | Page 2 of 6 |
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 320 910 0000 | $ 147 92 | |

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence
with your payment. It may be delayed
or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles, CA 90051-6707

**BUREAU OF SANITATION**
PO Box 79112
Los Angeles, CA 90079-0112

## Customer Service and Payment Information

### WHEN TO PAY YOUR BILL

Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

### LATE PAYMENT CHARGE

A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

### IF YOU QUESTION YOUR LADWP CHARGES

Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

### ELECTRONIC CHECK CONVERSION

Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion.*

---

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

---

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office.............................300 Mandich Street

**METROPOLITAN LOS ANGELES**
Main Office....................................111 N. Hope St.
Boyle Heights........................919 S. Soto St., #10
Central..................................4619 S. Central Ave.
Crenshaw-Baldwin Hills........4030 Crenshaw Blvd.
Hollywood..............................6547-B Sunset Blvd.
                    *(entrance on Schrader Blvd.)*
Lincoln Heights.............................2417 Daly St.
Slauson-Vermont....................5928 S. Vermont Ave.
Watts..................................1686 E. 103rd St.

**HARBOR AREA**
San Pedro...................................535 W. 9th St.
Wilmington..............................931 N. Avalon Blvd.

**SAN FERNANDO VALLEY**
Canoga Park..........................7229 Winnetka Ave.
Mission Hills................11100 Sepulveda Blvd., #3
Van Nuys.............................6550 Van Nuys Blvd.

**WEST LOS ANGELES**
West Los Angeles..............1394 S. Sepulveda Blvd.

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 30030-0808

Please do not fold, staple, tape or paper clip your payment to the stub.

PRINTED ON RECYCLED PAPER

Los Angeles [P̲W̲] Department of Water & Power

www.ladwp.com

| | |
|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 |
| **ACCOUNT NUMBER** 320 910 0000 | **AMOUNT DUE** $ 147 92 |

Page 3 of 6

*LADWP provides billing services for the Bureau of Sanitation. All money collected for the services listed in the City of Los Angeles Bureau of Sanitation Charges section is forwarded to them.*

### City of Los Angeles Bureau of Sanitation Charges

800-773-2489

Sewer Charges   1/26/16 - 2/2/16                    $3.96

**Total Sanitation Charges    $ 3.96**

**Total New Charges    $ 24.32**

## Corrections *(See details below)*

| | CORRECTION DESCRIPTION | BILLING PERIOD CORRECTED | CANCELLED AMOUNT | CORRECTED AMOUNT | NET DIFFERENCE |
|---|---|---|---|---|---|
| 1 | Electric Service Charges - Retro Stop Automatic Cancel | 1/26/16 - 2/24/16 | $68.91 | $0.00 | -$68.91 |
| 2 | Sewer Service Charges - Retro Stop Automatic Cancel | 1/26/16 - 2/24/16 | $11.88 | $0.00 | -$11.88 |
| 3 | Water Service Charges - Retro Stop Automatic Cancel | 1/26/16 - 2/24/16 | $14.26 | $0.00 | -$14.26 |

**Total Corrections    -$95.05**

 Los Angeles ⟨Rev⟩ Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 4 of 6 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 320 910 0000 | $ 147 92 | |

## New Charges

 Los Angeles Department of Water & Power

www.ladwp.com    1-800-499-8840
*Hours of operation - 7 am to 6 pm*

### DEFINITIONS

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service, and Energy Efficiency Programs.

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, low income, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour.

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchases, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

 **Electric Charges**

STOP SERVICE DATE

| BILLING PERIOD | DAYS |
|---|---|
| 1/26/16 - 2/2/16 | 7 |

**RATE SCHEDULE**
A-1 and A-1[i] Small General Electric - Rate A
Standard Service

**Cust Ref : COMMISSION**
**SA # : 3209100239**

**USAGE HISTORY** *(Total kWh)*



| | Prev Yr | Feb 16 |
|---|---|---|
| Total kWh used | 235 | 47 |
| Average daily kWh | 8 | 7 |
| Days in billing period | 30 | 7 |
| Your average daily cost of electricity | | $2.23 |
| Highest Demand in last 12 months | | 4 kW |

| METER NUMBER | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| 00009-00443913 | 86635 | | 86588 | | 47 kWh |

| | | | |
|---|---|---|---|
| Service Charge - 7 days | | | 1.52 |
| Facilities Charge - 7 days | 4 kW x $5.36/kW | | 5.00 |
| ESA - 7 days | 4 kW x $0.46/kW | | 0.43 |
| RCA - 7 days | 4 kW x $0.96/kW | | 0.90 |
| IRCA - 7 days | 4 kW x $0.70/kW | | 0.65 |
| Energy Charge Low Season - 7 days | 47 kWh x $0.04929/kWh | | 2.32 |
| ECA - 7 days | 47 kWh x $0.0569/kWh | | 2.67 |
| VEA - 7 days | 47 kWh x $-0.00312/kWh | | -0.15 |
| CRPSEA - 7 days | 47 kWh x $0.00253/kWh | | 0.12 |
| VRPSEA - 7 days | 47 kWh x $0.00857/kWh | | 0.40 |
| **Subtotal Electric Charges** | | | **$13.86** |
| City of Los Angeles Utility Tax - 7 days | $13.86 x 12.5% | | 1.73 |
| State Energy Surcharge - 7 days | 47 kWh x $0.00029/kWh | | 0.01 |

**Total Electric Charges  $ 15.60**

*Green Power for a Green LA—LADWP's Green Power program replaces electricity from polluting power plants with energy generated from renewable resources. To learn more and sign up visit www.ladwp.com/greenpower*

PRINTED ON RECYCLED PAPER

Los Angeles Department of Water & Power

www.ladwp.com

| | |
|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22. 2016    Page 5 of 6 |
| **ACCOUNT NUMBER** 320 910 0000 | **AMOUNT DUE** $ 147 92 |

Los Angeles
Department of
Water & Power

www.ladwp.com  1-800-499-8840
Hours of operation - 7 am to 6 pm

### DEFINITIONS

**HCF** — (Hundred Cubic Feet) the units in which water usage is measured. One HCF equals 748 gallons.

**Rate Schedule** — rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**Tier (Commercial)** — One of two usage ranges used in a pricing method that provides an incentive to conserve water. The first usage range (Tier 1) is based on 125% of the average consumption for the preceding Dec. – Mar. Any usage over the Tier 1 allotment is billed at a higher rate (Tier 2). During the Low Season months (Nov.1 – May 31) all usage is billed at Tier 1 rates. During shortage year water rates, the Tier 1 allotment is reduced by 15%, and customers are subject to Tier 2 High Season rates year-round.

**Water Charges**

**Cust Ref : COMMISSION**
**SA # : 3209100241**

**BILLING PERIOD**          **DAYS**
1/26/16 - 2/2/16              7
**RATE SCHEDULE**
Water Schedule C - Comm, Ind, Govt and Temp Service
**TIER 1 ALLOTMENT**
1.40182 HCF

**USAGE HISTORY** (Total HCF)



| | Prev Yr | Feb 16 |
|---|---|---|
| Total HCF used | 3 | |
| Average daily gallons | 75 | 107 |
| Days in billing period | 30 | 7 |
| Your average daily cost of water | | $0.68 |
| Your average cost per gallon of water | | $0.01 |

1 Hundred Cubic Feet (HCF) = 748 Gallons

| METER NUMBER | CURRENT READ | — | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| 96148673 | 191 | | 190 | | 1 HCF |
| Tier 1 Water | | | 1 HCF x $4.76/HCF | | 4.76 |
| Subtotal Water Charges | | | | | $4.76 |

**Total Water Charges  $ 4.76**

**For the Quarterly Notice of Change in LADWP Water Rates, go to**
www.ladwp.com/quarterlynotice

Los Angeles | Department of Water & Power

www.ladwp.com

| BILL DATE | DATE DUE | Page 6 of 6 |
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 320 910 0000 | $ 147.92 | |

**Sewer Charges**

Cust Ref : COMMISSION
SA # : 3209100240

www.lacitysan.org  1-800-773-2489
Hours of operation - M-F, 7:30 am to 4:45 pm

**DEFINITIONS**

**Low Income Sewer Surcharge** - an amount charged to each customer to help cover the costs of providing sewer service subsidies to low income customers, required by state and federal law.

**Sewer Service Charge** - (SSC) a charge for use of the sewer system, to cover the costs of constructing and maintaining wastewater facilities such as sewers and sewage treatment plants, and for treating sewage.

STOP SERVICE DATE

| BILLING PERIOD | DAYS | SEWER RATE SCHEDULE |
| 1/26/16 - 2/2/16 | 7 | Sewer Service Charge - Multi Dwell and Commercial |

| | | |
|---|---|---|
| Sewer Service Charge - 7 days* | 0.93000 HCF x $4.23/HCF | 3.93 |
| Sewer Service Low Income Surcharge * | | 0.03 |
| | **Total Sewer Charges** | **$ 3.96** |

*Your Sewer Service Charge is calculated on 93% of your water consumption

**Electric Definitions**

**Demand Charge** – a charge related to maximum power measured in kilowatts (kW). It is the highest kW as measured by the meter over a continuous 15 minute interval during the billing period.

**Facilities Charge** – a charge to recover the cost of transformer and line capacity used in meeting customer's maximum demand as recorded in the last twelve months.

**kVarh** – (kilo-var-hour) the units in which electric reactive energy usage is measured. One kVarh equals 1000 volt-ampere reactive energy use for one hour.

**Minimum Charge** – an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable.

**Power Factor** – the ratio of real Energy (kWh) to reactive energy (kVarh) for a given time period. The Maximum value is 1.0

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** – a charge for services provided such as meter reading, billing, postage, etc.

**Time-of-Use** – Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate.

PRINTED ON RECYCLED PAPER

Los Angeles Department of Water & Power
www.ladwp.com

| | |
|---|---|
| **BILL DATE** Mar 3, 2016 | **DATE DUE** Mar 22, 2016 |
| **ACCOUNT NUMBER** 832 190 0000 | **AMOUNT DUE** $ 1,432.37 |

Page 1 of 5

**CUSTOMER SERVICE**
1-800-DIAL-DWP (342-5397)
Monday-Friday: 7 a.m. - 7 p.m.
Saturday: 7 a.m. - 2 p.m.

**Paying Your Bill**

 **AUTOMATIC PAYMENT**
Automatically pay from your checking, savings or credit card by logging in at *www.ladwp.com/billpay*

 **ONLINE**
Pay from your checking, savings or credit card any time by logging in at *www.ladwp.com/myaccount*

 **BY PHONE**
Pay from your checking, savings or credit card any time by calling 1-800-DIAL-DWP and selecting "Make a Payment."

 **BY MAIL**
Place your payment stub and your check or money order in the envelope provided with the bill.

**IN PERSON**
Pay at any Customer Service Center. Locations are listed on the back of your payment stub and at *www.ladwp.com/servicecenters*



www.ladwp.com/paperless

CA HISPANIC COMMISSION ALCOHOL & DRUG ABUSE INC DW,
2436 WABASH AVE, LOS ANGELES, CA 90033

**PAST DUE REMINDER**   Your bill includes a past due amount, which is due now. If you have recently made your payment, thank you.

**CLOSING BILL**
This acknowledges your request to stop services at your service address. Thank you for the opportunity to serve you.

## Account Summary

| | | |
|---|---|---|
| Previous Account Balance | | $ 1,078.60 |
| Payment Received | *No payment received* | - .00 |
| Past Due Balance | Due Now | $ 1,078.60 |
| New Charges | | + 353.77 |
| | **Total Amount Due** | **$ 1,432.37** |

## Summary of New Charges

*Details on following pages.*

**Los Angeles Department of Water and Power Charges**


800-342-5397

| | | |
|---|---|---|
| Electric Charges   1/11/16 - 2/2/16   812 kWh | | $150.01 |
| Water Charges   1/11/16 - 2/2/16   17 HCF | | $79.29 |
| | **Total LADWP Charges** | **$ 229.30** |

*LADWP provides billing services for the Bureau of Sanitation. All money collected for the services listed in the City of Los Angeles Bureau of Sanitation Charges section is forwarded to them.*

**City of Los Angeles Bureau of Sanitation Charges**

800-773-2489

| | |
|---|---|
| Sewer Charges   1/11/16 - 2/2/16 | $78.68 |
| Solid Waste Charges   1/12/16 - 2/2/16 | $45.79 |
| **Total Sanitation Charges** | **$ 124.47** |

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. IF PAYING IN PERSON, BRING ENTIRE BILL TO CUSTOMER SERVICE CENTER.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Los Angeles Department of Water & Power

| PAST DUE AMOUNT | CURRENT CHARGES | TOTAL AMOUNT DUE |
|---|---|---|
| $ 1,078.60 Due NOW | + $353.77 Due Mar 22, 2016 | = $ 1,432.37 |

P.O. Box 30808 • Los Angeles, CA 90030-0808

ELECTRONIC SERVICE REQUESTED

**THIS IS YOUR BILL**        **CLOSING BILL**

CA HISPANIC COMMISSION ALCOHOL & DRUG ABUSE INC DW
PO Box 51111
Los Angeles CA 90051

*Less Tax & Sewer*

**ACCOUNT NUMBER**
832 190 0000

**AMOUNT DUE**   **$ 1,432.37**
− 435.85
Please enter amount enclosed

$ 996.52

Write account number on check or money order and make payable to LADWP.

SEWER SERVICE CHARGE OF $ 314.71 INCLUDED IN THE TOTAL OF THIS BILL. PROOF OF DEBT FOR THIS AMOUNT WILL BE FILED BY CITY CLERK, CITY OF LOS ANGELES

CITY TAX ON ELECTRICITY OF $ 121.14 INCLUDED IN THE TOTAL OF THIS BILL. PROOF OF DEBT FOR THIS TAX AMOUNT WILL BE FILED BY CITY CLERK, CITY OF LOS ANGELES

8321900000000000001432373

Los Angeles Department of Water & Power
www.ladwp.com

| BILL DATE | DATE DUE | Page 2 of 5 |
|---|---|---|
| Mar 3, 2016 | Mar 22, 2016 | |
| ACCOUNT NUMBER | AMOUNT DUE | |
| 832 190 0000 | $ 1,432.37 | |

## Other Important Phone Numbers

**HEARING OR SPEECH-IMPAIRED - TTY**
1-800-HEAR-DWP(432-7397)

**STATE OF CALIFORNIA HOME ENERGY ASSISTANCE PROGRAM**
1-866-675-6623, toll-free

**CITY OF LOS ANGELES UTILITY TAX**
1-800-215-6277

## Correspondence Addresses

*Please do not send correspondence with your payment. It may be delayed or lost.*

**LOS ANGELES DEPT OF WATER & POWER**
PO Box 515407
Los Angeles, CA 90051-6707

**BUREAU OF SANITATION**
PO Box 79083
Los Angeles, CA 90079-0083

## Customer Service and Payment Information

**WHEN TO PAY YOUR BILL**

Your bill is due and payable on presentation and shall become delinquent nineteen days after the date of presentation. The payment due on your bill applies to the current charges only and does not extend the due date on any unpaid previous balance. Current City of Los Angeles policy provides for notification ten (10) days prior to discontinuance of service for nonpayment.

**LATE PAYMENT CHARGE**

A Late Payment Charge amounting to an 18% annual rate, computed on a daily basis, may be assessed on electric and water balances that are not paid by the due date. The charge is made for each day of the billing period shown on the current bill. Service may be discontinued for nonpayment.

**IF YOU QUESTION YOUR LADWP CHARGES**

Please contact a representative by calling the Customer Service Telephone Number or by going into any of the Department of Water and Power Customer Service Centers listed on the back of your payment stub or email us using our Customer Service form at www.ladwp.com/contactus. After receiving an explanation, you may ask for more information from a supervisor. If you still disagree with the charges, you have a right to a management-level review. To ask for a management-level review, send a written request to: LADWP Customer Relations Office, P.O. Box 51111, Los Angeles, CA 90051-0100. You must pay the undisputed portion of the bill within 7 days of the request for a management-level review. Your account will be reviewed and you will be informed of the result.

**ELECTRONIC CHECK CONVERSION**

Your payment may be processed as a check transaction or a one-time electronic fund transfer, which means funds may be withdrawn the same day as payment, and you will not receive your check back from your bank. For more information on electronic fund transfers and fees for insufficient funds, please see *www.ladwp.com/checkconversion*.

---

Mail payments to LADWP, PO BOX 30808, LOS ANGELES, CA 90030-0808

---

## WHERE TO PAY YOUR BILL

All LADWP Customer Service Centers below are open Mon-Fri, except holidays, from 9:00 am to 5:00 pm. After hours payment depositories are located at all offices.

**BISHOP**
Main Office...................... ...300 Mandich Street

**METROPOLITAN LOS ANGELES**
Main Office.......... ................111 N. Hope St.
Boyle Heights ................ ....919 S. Soto St.. #10
Central.... ........ ... ... ...4619 S. Central Ave.
Crenshaw-Baldwin Hills .....4030 Crenshaw Blvd.
Hollywood.......... .... .......6547-B Sunset Blvd.
*(entrance on Schrader Blvd.)*
Lincoln Heights................ ...2417 Daly St.
Slauson-Vermont ........... 5928 S. Vermont Ave.
Watts .............................1686 E  103rd St

**HARBOR AREA**
San Pedro .......................... ...... ...535 W. 9th St.
Wilmington ........ ....... ............931 N. Avalon Blvd

**SAN FERNANDO VALLEY**
Canoga Park ................ ......7229 Winnetke Ave.
Mission Hills ................ 11100 Sepulveda Blvd., #3
Van Nuys ...... ...... .....6550 Van Nuys Blvd.

**WEST LOS ANGELES**
West Los Angeles........ ......1394 S. Sepulveda Blvd

Place your payment stub in the provided envelope so that the address below shows through the window.

PO BOX 30808
LOS ANGELES, CA 90030-0808

Please do not fold, staple, tape or paper clip your payment to the stub.

PRINTED ON RECYCLED PAPER

 Los Angeles  Department of Water & Power
www.ladwp.com

| | |
|---|---|
| BILL DATE | Mar 3, 2016 |
| ACCOUNT NUMBER | 832 190 0000 |

| | |
|---|---|
| DATE DUE | Mar 22, 2016 |
| AMOUNT DUE | $ 1,432.37 |

Page 3 of 5

**Total New Charges    $ 353.77**

## Los Angeles Department of Water & Power
www.ladwp.com   1-800-342-5397
*Hours of operation - 7 am to 7 pm*

### DEFINITIONS

**CRPSEA** – (Capped Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs associated with RPS Operations and Maintenance, RPS debt service, and Energy Efficiency Programs.

**ECA** – (Energy Cost Adjustment) an adjustment that reflects the variations of fuel, energy and other associated costs.

**ESA** – (Electric Subsidy Adjustment) a charge reflecting the costs of subsidies including senior, disabled, low income, traffic control lighting, and enterprise zone.

**IRCA** – (Incremental Reliability Cost Adjustment) a charge reflecting Operations and Maintenance and debt service related to Power Reliability Program cost and legacy RCA under-collection.

**kWh** – (kilo-watt-hour) the units in which electric usage is measured. One kWh equals 1000 watts of electricity used for one hour.

**RCA** – (Reliability Cost Adjustment) a charge reflecting the costs to support additional capital investments needed to improve reliability in areas of power distribution, transmission and generation infrastructure.

**VEA** – (Variable Energy Adjustment) a charge reflecting the costs of fuel, non-RPS power purchase agreements, non-RPS economy purchase, legacy ECAF under-collection, and base rate decoupling from energy efficiency impact.

**VRPSEA** – (Variable Renewable Portfolio Standard Energy Adjustment) a charge reflecting the costs of RPS market purchases and RPS costs above and beyond any Operations and Maintenance and debt service payments.

### Electric Charges

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 8321900809

**BILLING PERIOD**    **DAYS**
1/11/16 - 2/2/16    22

**RATE SCHEDULE**
A-1 and A-1[I] Small General Electric - Rate A Standard Service

**METER NUMBER**    **SERVES**
FM00009-01210905    ROOMING HOUSE

**USAGE HISTORY** *(Total kWh)*

| | Prev Yr. | Feb 16 |
|---|---|---|
| Total kWh used | 1,761 | 812 |
| Average daily kWh | 29 | 37 |
| Days in billing period | 61 | 22 |
| Your average daily cost of electricity | | $6.82 |
| Highest Demand in last 12 months. | | 6.5 kW |

| DESCRIPTION | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| Demand kW | 0 | | | | 0 kW |
| Energy kWh | 86236 | | 85424 | | 812 kWh |
| Service Charge - 22 days | | | | | 4.77 |
| Facilities Charge - 22 days | | | 6.5 kW x $5.36/kW | | 25.55 |
| ESA - 22 days | | | 6.5 kW x $0.46/kW | | 2.19 |
| RCA - 22 days | | | 6.5 kW x $0.96/kW | | 4.58 |
| IRCA - 22 days | | | 6.5 kW x $0.70/kW | | 3.34 |
| Energy Charge Low Season - 22 days | | | 812 kWh x $0.04929/kWh | | 40.02 |
| ECA - 22 days | | | 812 kWh x $0.0569/kWh | | 46.20 |
| VEA - 22 days | | | 812 kWh x $-0.00312/kWh | | -2.53 |
| CRPSEA - 22 days | | | 812 kWh x $0.00253/kWh | | 2.05 |
| VRPSEA - 22 days | | | 812 kWh x $0.00857/kWh | | 6.96 |
| **Subtotal Electric Charges** | | | | | **$133.13** |
| City of Los Angeles Utility Tax - 22 days | | | $133.13 x 12.5% | | 16.64 |
| State Energy Surcharge - 22 days | | | 812 kWh x $0.00029/kWh | | 0.24 |

**Total Electric Charges    $ 150.01**

*Green Power for a Green LA--LADWP's Green Power program replaces electricity from polluting power plants with energy generated from renewable resources. To learn more and sign up, visit www.ladwp.com/greenpower*

Los Angeles  Department of Water & Power

| | | | |
|---|---|---|---|
| | **BILL DATE**<br>Mar 3, 2016 | **DATE DUE**<br>Mar 22, 2016 | Page 4 of 5 |
| | **ACCOUNT NUMBER**<br>832 190 0000 | **AMOUNT DUE**<br>$ 1,432.37 | |

www.ladwp.com



## Los Angeles Department of Water & Power

www.ladwp.com   1-800-342-5397
*Hours of operation - 7 am to 7 pm*

### DEFINITIONS

**HCF** — (Hundred Cubic Feet) the units in which water usage is measured. One HCF equals 748 gallons.

**Rate Schedule** – rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**Water Charges**

STOP SERVICE?

**BILLING PERIOD**       **DAYS**
1/11/16 - 2/2/16         22

**RATE SCHEDULE**
Water Schedule B - Multi-Dwelling Unit
Residential

**TIER 1 ALLOTMENT**
45 03233 HCF

**SERVES**
ROOMING HOUSE

Cust Ref : **ALCOHOL & DRUG ABUSE INC**
SA # : 8321900812

**USAGE HISTORY** *(Total HCF)*

| | Prev Yr | Feb 16 |
|---|---|---|
| Total HCF used | 78 | 17 |
| Average daily gallons | 956 | 578 |
| Days in billing period | 81 | 22 |
| Your average daily cost of water | $3.60 | |
| Your average cost per gallon of water | $0.01 | |

*1 Hundred Cubic Feet (HCF) = 748 Gallons*

| METER NUMBER | CURRENT READ | – | PREVIOUS READ | = | TOTAL USED |
|---|---|---|---|---|---|
| 96176179 | 1885 | | 1868 | | 17 HCF |
| Tier 1 Water | | | 17 HCF x $4.66412/HCF | | 79.29 |
| Subtotal Water Charges | | | | | $79.29 |

**Total Water Charges   $ 79.29**

**For the Quarterly Notice of Change in LADWP Water Rates, go to**
*www.ladwp.com/quarterlynotice*

PRINTED ON RECYCLED PAPER



Los Angeles Department of Water & Power
www.ladwp.com

| BILL DATE | Mar 3, 2016 | DATE DUE | Mar 22, 2016 | Page 5 of 5 |
| ACCOUNT NUMBER | 832 190 0000 | AMOUNT DUE | $ 1,432.37 | |

## Sewer Charges

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 8321900811

www.lacitysan.org   1-800-773-2489
Hours of operation - M-F, 7:30 am to 4.45 pm

STOP SERVICE 2/2/16

| BILLING PERIOD | DAYS | SEWER RATE SCHEDULE |
| 1/11/16 - 2/2/16 | 22 | Sewer Service Charge - Multi Residential Customers |

### DEFINITIONS

**Low Income Sewer Surcharge** - an amount charged to each customer to help cover the costs of providing sewer service subsidies to low income customers, required by state and federal law.

**Sewer Service Charge** - (SSC) a charge for use of the sewer system, to cover the costs of constructing and maintaining wastewater facilities such as sewers and sewage treatment plants, and for treating sewage.

**Solid Resources Fee (Trash Fee)** – a charge to cover the costs (including, but not limited to, staff, equipment, and facilities) of collections and/or availability of collections for the handling (including but not limited to, transfer, recycling or recovery) and disposal of trash and other solid wastes.

Standard Single Family Allotment of Containers:
60 gallons for refuse (Black)
90 gallons for yard trimmings (Green)
90 gallons for recyclables (Blue)
Extra capacity is billed in increments of 30 gallons.

| | | |
|---|---|---|
| Sewer Service Charge - 22 days* | 18.48 HCF x $4.23000/HCF | 78.17 |
| Sewer Service Low Income Surcharge* | | 0.51 |

**Total Sewer Charges  $ 78.68**

*Your Sewer Service Charge is calculated on 0% of your water consumption.

## Solid Waste Charges

Cust Ref : ALCOHOL & DRUG ABUSE INC
SA # : 8321900811

STOP SERVICE 2/2/16

| BILLING PERIOD | DAYS | SOLID WASTE RATE SCHEDULE |
| 1/12/16 - 2/2/16 | 21 | Solid Resources Fee |

| | | |
|---|---|---|
| Solid Resources Fee (Trash Fee) Single-Family - 21 days | 1 Unit(s) | 25.08 |
| Extra Capacity Yard Trimmings - 21 days | 2.00000 Unit(s) | 3.45 |
| Extra Capacity Refuse - 21 days | 6.00000 Unit(s) | 20.71 |
| Extra Capacity Refuse Discount (Household Size 7-10) - 21 days | | -3.45 |

**Total Solid Waste Charges  $ 45.79**

## Electric Definitions

**Minimum Charge** -- an amount charged if your usage falls below a certain minimum level to cover costs for services provided such as meter reading, billing, postage, etc. when a service charge is not applicable.

**Rate Schedule** -- rates, based on type of use, approved by the Board of Water and Power Commissioners and adopted by the City Council. For a list, visit www.ladwp.com

**RPS** – Renewable Portfolio Standard program to increase the use of energy from photovoltaics, wind, biomass, and other renewable sources.

**Service Charge** -- a charge for services provided such as meter reading, billing, postage, etc.

**Temperatures Zone** -- Two groupings of zip codes, based on generally common average temperatures, used to determine a customer's electrical allotment for each pricing tier.

**Tier (Residential)** – one of three usage ranges, based on zone, with associated rates to provide an incentive to conserve electricity. The lowest rate for usage is in Tier 1.

**Time-of-Use** -- Time-of-Use rates are based on the time of day that you use electricity. During the Base hours, when customer use is low, your price will be lower than the standard residential rate. Prices during Low Peak hours are slightly higher than standard rate. In High Peak hours, the cost to supply energy is the highest, and it will cost more than the standard rate. See your Usage History for days and times of day for High, Low and Base periods.

**To view the Connections newsletter, go to**
www.ladwp.com/connections

## PROOF OF SERVICE via VARIOUS METHODS

I, Marie Guerrero, declare as follows: I am employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 200 N. Main St., Rm. 920 C.H.E., Los Angeles, California 90012.

On **May 1, 2019**, served the foregoing document described as: **"OPPOSITION OF THE LOS ANGELES DEPARTMENT OF WATER AND POWER TO "SECOND OMNIBUS MOTION FOR ORDER DISALLOWING THE SCHEDULED CLAIMS THAT HAVE BEEN SATISFIED"; DECLARATION OF SYNTHIA GORDON"** on the interested parties in this action by placing a **[X]** true copy **[ ]** original copy thereof enclosed in a sealed envelope addressed as follows:

Counsel for Liquidating Trust:
Jeffrey K. Garfinkle
Mirco J. Haag
Buchalter, a P.C.
18400 Von Karman Ave., Suite 800
Irvine, CA 92612

Judge's Copy:
The Honorable Scott C. Clarkson
Ronald Reagan Federal Building and Courthouse
 411 West Fourth Street, Suite 5130/Courtroom 5C
Santa Ana, CA 92701-4593

**[ x ]    MAIL** - I caused such envelope to be deposited in the United States mail at Los Angeles, California, with first class postage thereon fully prepaid.  I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid.

**[ ]    BY PERSONAL SERVICE** - ( )  I delivered by hand, or (x)  I caused to be delivered via messenger service, the judge's courtesy copy, within one business day of filing:

**[ x ]    Federal -** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 1, 2019,** at Los Angeles, California.

*Marie Guerrero*
MARIE GUERRERO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[ x ]    **E-MAIL TRANSMISSION-** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. **On May 1, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Bert Briones**    helpdesk@redhilllawgroup.com, bb@redhilllawgroup.com;BrionesBR69043@notify.bestcase.com
- **Larry Butler**    notices@becket-lee.com
- **Alberto J Campain**    campain@ecofflaw.com, kay@ecofflaw.com
- **Linda F Cantor**    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- **Thomas H Casey**    kdriggers@tomcaseylaw.com, msilva@tomcaseylaw.com
- **Adam C Clanton**    Adam.clanton@coco.ocgov.com, simon.perng@coco.ocgov.com
- **Andy J Epstein**    taxcpaesq@gmail.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Mirco J Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **James C Harman**    james.harman@coco.ocgov.com, patti.owens@coco.ocgov.com
- **James KT Hunter**    jhunter@pszjlaw.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Victoria Newmark**    vnewmark@pszjlaw.com
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Dean G Rallis**    drallis@afrct.com, msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com;drallis@ecf.courtdrive.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Michael R Totaro**    Ocbckatty@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **John H Wunsch**    bankruptcycls@wellsfargo.com, wunschjh@wellsfargo.com

WENDY A. LOO-SMART